Charles M. Lizza
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs*
*Jazz Pharmaceuticals, Inc.*
*and Gentium S.r.l.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JAZZ PHARMACEUTICALS, INC. and GENTIUM S.R.L.,** | Civil Action No. _____ |
| **Plaintiffs,** | **COMPLAINT FOR PATENT INFRINGEMENT** |
| **v.** | |
| **ALMAJECT, INC., ALVOGEN, INC., and ALVOGEN PB RESEARCH AND DEVELOPMENT LLC,** | **(Filed Electronically)** |
| **Defendants.** | |

Plaintiffs Jazz Pharmaceuticals, Inc. and Gentium S.r.l. (together, "Jazz

Pharmaceuticals"), by their undersigned attorneys, for their Complaint against Defendants

Almaject, Inc., Alvogen, Inc., and Alvogen PB Research and Development LLC (collectively,

"Almaject" or "Defendants"), allege as follows:

### Nature of the Action

1.      This is an action for patent infringement under the patent laws of the United

States, 35 U.S.C. §100, *et seq.*, arising from Almaject's submission of Abbreviated New Drug

Application ("ANDA") No. 216293 ("Almaject's ANDA") to the United States Food and Drug

Administration ("FDA") seeking approval to manufacture, use, import, distribute, offer to sell, and/or sell a generic version of Jazz Pharmaceuticals' Defitelio® (defibrotide sodium) drug product prior to the expiration of United States Patent Nos. 12,529,052 ("the '052 patent") and 12,534,722 ("the '722 patent") (collectively "the patents-in-suit"), owned by Jazz Pharmaceuticals.

## The Parties

2.      Plaintiff Jazz Pharmaceuticals, Inc. is a corporation organized and existing under the laws of the State of Delaware, having a principal place of business at 3000 El Camino Real, 2 Palo Alto Square, Suite 600, Palo Alto, CA 94306.

3.      Plaintiff Gentium S.r.l. is a corporation organized and existing under the laws of Italy, having a principal place of business at Piazza XX Settembre, 2, 22079 Villa Guardia CO, Italy.

4.      On information and belief, Defendant Almaject, Inc. is a corporation organized and existing under the laws of the State of Delaware, having a principal place of business at 44 Whippany Road, Suite 300, Morristown, New Jersey 07960.

5.      On information and belief, Defendant Alvogen, Inc. is a corporation organized and existing under the laws of the State of Delaware, having a principal place of business at 44 Whippany Road, Suite 300, Morristown, New Jersey 07960.

6.      On information and belief, Defendant Alvogen PB Research and Development LLC is a corporation organized and existing under the laws of the State of Delaware, having a principal place of business at 10 Bloomfield Ave., Building B, Pine Brook, NJ 07058.  On information and belief, Alvogen PB Research and Development LLC is the regulatory agent for Almaject, Inc.

7.     On information and belief, Almaject, Inc. and Alvogen PB Research and Development LLC are wholly owned subsidiaries of Alvogen, Inc.

## The Patents-in-Suit

8.     On January 20, 2026, the United States Patent and Trademark Office ("USPTO") duly and lawfully issued the '052 patent, entitled, "Euglobulin-based Method for Determining the Biological Activity of Defibrotide."  The face of the '052 patent identifies Terenzio Ignoni, Vijay Kumar, and Khalid Islam as the inventors.  A copy of the '052 patent is attached hereto as Exhibit A.

9.     On January 27, 2026, the USPTO duly and lawfully issued the '722 patent, entitled, "Euglobulin-based Method for Determining the Biological Activity of Defibrotide." The face of the '722 patent identifies Terenzio Ignoni, Vijay Kumar, and Khalid Islam as the inventors.  A copy of the '722 patent is attached hereto as Exhibit B.

## The Defitelio® Drug Product

10.     Jazz Pharmaceuticals holds an approved New Drug Application ("NDA") under Section 505(a) of the Federal Food Drug and Cosmetic Act ("FFDCA"), 21 U.S.C. § 355(a), for defibrotide sodium (NDA No. 208114), which it sells under the trademark Defitelio®.  Defitelio® is an FDA-approved medication used for the treatment of adult and pediatric patients with hepatic veno-occlusive disease (VOD), also known as sinusoidal obstruction syndrome (SOS), with renal or pulmonary dysfunction following hematopoietic stem-cell transplantation (HSCT).

11.     The claims of the patents-in-suit cover, *inter alia*, defibrotide formulations.

12.     Pursuant to 21 U.S.C. § 355(b)(1) and attendant FDA regulations, the patents-in-suit are listed in the FDA publication, "Approved Drug Products with Therapeutic Equivalence Evaluations" (the "Orange Book"), with respect to Defitelio®.

**Jurisdiction and Venue**

13.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202.

14.     On information and belief, Almaject, Inc. derives substantial revenue from directly or indirectly selling generic pharmaceutical products and/or active pharmaceutical ingredient(s) used in generic pharmaceutical products sold throughout the United States, including in this Judicial District.

15.     This Court has personal jurisdiction over Almaject, Inc. because, *inter alia*, it: (1) on information and belief, maintains a regular and established, physical place of business at 44 Whippany Road, Suite 300, Morristown, New Jersey 07960; and (2) maintains extensive and systematic contacts with the State of New Jersey, including through the marketing, distribution, and/or sale of generic pharmaceutical drugs in New Jersey including through, directly or indirectly, Alvogen PB Research and Development LLC.  On information and belief, Almaject, Inc. is registered with the State of New Jersey's Division of Revenue and Enterprise Services as a business operating in New Jersey under Business ID No. 0101049834.  On information and belief, Almaject, Inc. is registered with the State of New Jersey's Department of Health as a drug manufacturer and wholesaler under Registration No. 5005555.  By virtue of its physical presence in New Jersey, this Court has personal jurisdiction over Almaject, Inc.  On information and belief, Almaject, Inc. purposefully has conducted and continues to conduct business in this Judicial District.

16.     On information and belief, Alvogen, Inc. derives substantial revenue from directly or indirectly selling generic pharmaceutical products and/or active pharmaceutical ingredient(s)

used in generic pharmaceutical products sold throughout the United States, including in this Judicial District.

17.     This Court has personal jurisdiction over Alvogen, Inc. because, *inter alia*, it: (1) on information and belief, maintains a regular and established, physical place of business at 44 Whippany Road, Suite 300, Morristown, New Jersey 07960; and (2) maintains extensive and systematic contacts with the State of New Jersey, including through the marketing, distribution, and/or sale of generic pharmaceutical drugs in New Jersey including through, directly or indirectly, Almaject, Inc. and/or Alvogen PB Research and Development LLC.  On information and belief, Alvogen, Inc. is registered with the State of New Jersey's Division of Revenue and Enterprise Services as a business operating in New Jersey under Business ID No. 0400326850. On information and belief, Alvogen, Inc. is registered with the State of New Jersey's Department of Health as a drug manufacturer and wholesaler under Registration No. 5003865.  By virtue of its physical presence in New Jersey, this Court has personal jurisdiction over Alvogen, Inc.  On information and belief, Alvogen, Inc. purposefully has conducted and continues to conduct business in this Judicial District.

18.     On information and belief, Alvogen PB Research and Development LLC derives substantial revenue from directly or indirectly selling generic pharmaceutical products and/or active pharmaceutical ingredient(s) used in generic pharmaceutical products sold throughout the United States, including in this Judicial District.

19.     This Court has personal jurisdiction over Alvogen PB Research and Development LLC because, *inter alia*, it: (1) on information and belief, maintains a regular and established, physical place of business at 10 Bloomfield Ave., Building B, Pine Brook, NJ 07058; and (2) maintains extensive and systematic contacts with the State of New Jersey, including through

the marketing, distribution, and/or sale of generic pharmaceutical drugs in New Jersey including

through, directly or indirectly, Almaject, Inc. and/or Alvogen, Inc.  By virtue of its physical

presence in New Jersey, this Court has personal jurisdiction over Alvogen PB Research and

Development LLC.  On information and belief, Alvogen PB Research and Development LLC

purposefully has conducted and continues to conduct business in this Judicial District.

20.     On information and belief, Defendants Almaject, Inc., Alvogen, Inc., and

Alvogen PB Research and Development LLC are in the business of, among other things,

manufacturing, marketing, importing, offering for sale, and selling pharmaceutical products,

including generic drug products, throughout the United States, including in this Judicial District.

On information and belief, Almaject, Inc., Alvogen, Inc., and Alvogen PB Research and

Development LLC also prepare and/or aid in the preparation and submission of ANDAs to the

FDA, including Almaject's ANDA.

21.     On information and belief, this Judicial District is a likely destination for the

generic drug product described in Almaject's ANDA.

22.     This Court also has personal jurisdiction over Almaject, Inc., Alvogen, Inc., and

Alvogen PB Research and Development LLC because, *inter alia*, they have committed an act of

patent infringement under 35 U.S.C. § 271(e)(2).  On information and belief, Almaject, Inc.,

Alvogen, Inc., and Alvogen PB Research and Development LLC intend a future course of

conduct that includes acts of patent infringement in New Jersey.  These acts have led and will

continue to lead to foreseeable harm and injury to Jazz Pharmaceuticals in New Jersey and in this

Judicial District.

23.     On information and belief, Almaject, Inc., Alvogen, Inc., and Alvogen PB

Research and Development LLC work in privity and/or concert either directly or indirectly

through one or more of their wholly owned subsidiaries with respect to the regulatory approval, manufacturing, use, importation, marketing, offer for sale, sale, and distribution of generic pharmaceutical products throughout the United States, including in this Judicial District.

24.    On information and belief, each of Almaject, Inc., Alvogen, Inc., and Alvogen PB Research and Development LLC actively participated in the submission of Almaject's ANDA. On information and belief, Almaject, Inc., Alvogen, Inc., and Alvogen PB Research and Development LLC will work in privity and/or concert with one another and/or other related entities towards the regulatory approval, manufacturing, use, importation, marketing, offer for sale, sale, and distribution of generic pharmaceutical products, including the proposed product described in Almaject's ANDA, throughout the United States, including in New Jersey and in this Judicial District, prior to the expiration of the patents-in-suit.

25.    On information and belief, Almaject, Inc. intends to benefit directly if Almaject's ANDA is approved by participating in the manufacture, importation, distribution, and/or sale of the generic drug product that is the subject of Almaject's ANDA.

26.    On information and belief, Alvogen, Inc. intends to benefit directly if Almaject's ANDA is approved by participating in the manufacture, importation, distribution, and/or sale of the generic drug product that is the subject of Almaject's ANDA.

27.    On information and belief, Alvogen PB Research and Development LLC intends to benefit directly if Almaject's ANDA is approved by participating in the manufacture, importation, distribution, and/or sale of the generic drug product that is the subject Almaject's ANDA.

28.     On information and belief, Almaject, Inc. and Alvogen PB Research and Development LLC act at the direction, and for the benefit, of Alvogen, Inc., and are controlled and/or dominated by Alvogen, Inc.

29.     On information and belief, Defendants Almaject, Inc., Alvogen, Inc., and Alvogen PB Research and Development LLC act, operate, and/or hold themselves out to the public as a single integrated business.

30.     On information and belief, Defendants Almaject, Inc., Alvogen, Inc., and Alvogen PB Research and Development LLC have previously been sued in this District and have not challenged personal jurisdiction.  *See, e.g.*, *Salix Pharmaceuticals, Inc. et al. v. Norwich Pharmaceuticals, Inc. et al.,* Civ. Action No. 1:24-cv-07140 (ESK)(AMD) (D.N.J.) (Alvogen, Inc. and Alvogen PB Research and Development LLC);  *Boehringer Ingelheim Pharmaceuticals Inc. et al. v. Alvogen, Inc.*, Civ. Action No. 2:23-cv-03911 (MEF)(JRA) (D.N.J.) (Alvogen, Inc.); *Jazz Pharmaceuticals, Inc., et al. v. Almaject, Inc., et al.,* Civ. Action No. 2:25-cv-02785 (SRC)(LDW) (D.N.J.) (Almaject, Inc., Alvogen, Inc., and Alvogen PB Research and Development LLC).

31.     Venue is proper in this Judicial District pursuant to 28 U.S.C. §§ 1391 and/or 1400(b).

## Acts Giving Rise to This Suit

32.     Pursuant to Section 505 of the FFDCA, Almaject submitted Almaject's ANDA seeking approval to engage in the commercial manufacture, use, sale, or offer for sale in, or importation into, the United States of defibrotide sodium vials, 250 mg/2.5 mL ("Almaject's Proposed Product") before the patents-in-suit expire.

33.    On information and belief, following FDA approval of Almaject's ANDA, Almaject will make, use, sell, or offer to sell Almaject's Proposed Product throughout the United States, or import such generic product into the United States.

34.    On information and belief, in connection with the submission of Almaject's ANDA as described above, Almaject provided written certification to the FDA pursuant to Section 505 of the FFDCA, 21 U.S.C. § 355(j)(2)(A)(vii)(IV) ("Almaject's Paragraph IV Certification"), alleging that the claims of the '052 patent and '722 patent are invalid and/or will not be infringed by the activities described in Almaject's ANDA.  The '052 patent and '722 patent are listed in the Orange Book with respect to Defitelio®.

35.    On information and belief, Almaject seeks approval to market Almaject's Proposed Product before the patents-in-suit expire.  No earlier than March 4, 2026, Almaject sent notice of its Paragraph IV Certification to Jazz Pharmaceuticals ("Almaject's Notice Letter"). Almaject's Notice Letter alleged that the claims of the '052 patent and '722 patent are invalid and/or will not be infringed by the activities described in Almaject's ANDA.  Almaject's Notice Letter also informed Jazz Pharmaceuticals that Almaject seeks approval to market Almaject's Proposed Product before the expiration of the patents-in-suit.

**Count I for Infringement of the '052 Patent**

36.    Jazz Pharmaceuticals repeats and realleges the allegations of the preceding paragraphs as if fully set forth herein.

37.    Almaject's submission of Almaject's ANDA to obtain approval to engage in the commercial manufacture, use, sale, or offer for sale in, or importation into, the United States of Almaject's Proposed Product, prior to the expiration of the '052 patent, constitutes infringement

of one or more of the claims of that patent under 35 U.S.C. § 271(e)(2)(A), including at least claim 1.

38.    Upon information and belief, Almaject's ANDA Product satisfies each and every element of at least claim 1 of the '052 patent.

39.    There is a justiciable controversy between the parties hereto as to the infringement of the '052 patent.

40.    Unless enjoined by this Court, upon FDA approval of Almaject's ANDA, Almaject, Inc., Alvogen, Inc., and Alvogen PB Research and Development LLC will infringe one or more claims of the '052 patent under 35 U.S.C. § 271(a), including at least claim 1, by making, using, offering to sell, selling, and/or importing Almaject's Proposed Product in or for the United States.

41.    Unless enjoined by this Court, upon FDA approval of Almaject's ANDA, Almaject, Inc., Alvogen, Inc., and Alvogen PB Research and Development LLC will induce infringement of one or more claims of the '052 patent under 35 U.S.C. § 271(b), including at least claim 1, by making, using, offering to sell, selling, and/or importing Almaject's Proposed Product in or for the United States.  On information and belief, upon FDA approval of Almaject's ANDA, Almaject, Inc., Alvogen, Inc., and Alvogen PB Research and Development LLC will intentionally encourage acts of direct infringement with knowledge of the '052 patent and knowledge that their acts are encouraging infringement.

42.    Unless enjoined by this Court, upon FDA approval of Almaject's ANDA, Almaject, Inc., Alvogen, Inc., and Alvogen PB Research and Development LLC will contributorily infringe one or more claims of the '052 patent under 35 U.S.C. § 271(c), including at least claim 1, by making, using, offering to sell, selling, and/or importing Almaject's Proposed

Product in or for the United States. On information and belief, Almaject, Inc., Alvogen, Inc., and Alvogen PB Research and Development LLC have had and continue to have knowledge that Almaject's Proposed Product is especially adapted for a use that infringes one or more claims of the '052 patent and that there is no substantial non-infringing use for Almaject's Proposed Product.

43.    Jazz Pharmaceuticals will be substantially and irreparably damaged and harmed if Almaject, Inc., Alvogen, Inc., and Alvogen PB Research and Development LLC's infringement of the '052 patent is not enjoined.

44.    Jazz Pharmaceuticals does not have an adequate remedy at law.

45.    This case is an exceptional one, and Jazz Pharmaceuticals is entitled to an award of its reasonable attorneys' fees under 35 U.S.C. § 285.

### Count II for Infringement of the '722 Patent

46.    Jazz Pharmaceuticals repeats and realleges the allegations of the preceding paragraphs as if fully set forth herein.

47.    Almaject's submission of Almaject's ANDA to obtain approval to engage in the commercial manufacture, use, sale, or offer for sale in, or importation into, the United States of Almaject's Proposed Product, prior to the expiration of the '722 patent, constitutes infringement of one or more of the claims of that patent under 35 U.S.C. § 271(e)(2)(A), including at least claim 1.

48.    Upon information and belief, Almaject's ANDA Product satisfies each and every element of at least claim 1 of the '722 patent.

49.    There is a justiciable controversy between the parties hereto as to the infringement of the '722 patent.

50.    Unless enjoined by this Court, upon FDA approval of Almaject's ANDA, Almaject, Inc., Alvogen, Inc., and Alvogen PB Research and Development LLC will infringe one or more claims of the '722 patent under 35 U.S.C. § 271(a), including at least claim 1, by making, using, offering to sell, selling, and/or importing Almaject's Proposed Product in or for the United States.

51.    Unless enjoined by this Court, upon FDA approval of Almaject's ANDA, Almaject, Inc., Alvogen, Inc., and Alvogen PB Research and Development LLC will induce infringement of one or more claims of the '722 patent under 35 U.S.C. § 271(b), including at least claim 1, by making, using, offering to sell, selling, and/or importing Almaject's Proposed Product in or for the United States.  On information and belief, upon FDA approval of Almaject's ANDA, Almaject, Inc., Alvogen, Inc., and Alvogen PB Research and Development LLC will intentionally encourage acts of direct infringement with knowledge of the '722 patent and knowledge that their acts are encouraging infringement.

52.    Unless enjoined by this Court, upon FDA approval of Almaject's ANDA, Almaject, Inc., Alvogen, Inc., and Alvogen PB Research and Development LLC will contributorily infringe one or more claims of the '722 patent under 35 U.S.C. § 271(c), including at least claim 1, by making, using, offering to sell, selling, and/or importing Almaject's Proposed Product in or for the United States.  On information and belief, Almaject, Inc., Alvogen, Inc., and Alvogen PB Research and Development LLC have had and continue to have knowledge that Almaject's Proposed Product is especially adapted for a use that infringes one or more claims of the '722 patent and that there is no substantial non-infringing use for Almaject's Proposed Product.

53.     Jazz Pharmaceuticals will be substantially and irreparably damaged and harmed if Almaject, Inc., Alvogen, Inc., and Alvogen PB Research and Development LLC's infringement of the '722 patent is not enjoined.

54.     Jazz Pharmaceuticals does not have an adequate remedy at law.

55.     This case is an exceptional one, and Jazz Pharmaceuticals is entitled to an award of its reasonable attorneys' fees under 35 U.S.C. § 285.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Jazz Pharmaceuticals respectfully requests the following relief:

(A)     A Judgment that Almaject, Inc., Alvogen, Inc., and Alvogen PB Research and Development LLC have infringed the patents-in-suit by submitting ANDA No. 216293;

(B)     A Judgment that Almaject, Inc., Alvogen, Inc., and Alvogen PB Research and Development LLC have infringed, and that Almaject, Inc., Alvogen, Inc., and Alvogen PB Research and Development LLC's making, using, selling, offering to sell, or importing Almaject's Proposed Product will infringe, one or more claims of the patents-in-suit;

(C)     An Order, pursuant to 35 U.S.C. § 271(e)(4)(A), that the effective date of FDA approval of ANDA No. 216293 be a date which is not earlier than the later of the expiration of the patents-in-suit, or any later expiration of exclusivity to which Jazz Pharmaceuticals is or becomes entitled;

(D)     Preliminary and permanent injunctions enjoining Almaject, Inc., Alvogen, Inc., and Alvogen PB Research and Development LLC and their officers, agents, attorneys, and employees, and those acting in privity and/or concert with them, from making, using, offering to sell, selling, or importing Almaject's Proposed Product until after the expiration of the patents-

in-suit, or any later expiration of exclusivity to which Jazz Pharmaceuticals is or becomes entitled;

(E)     A permanent injunction, pursuant to 35 U.S.C. § 271(e)(4)(B), restraining and enjoining Almaject, Inc., Alvogen, Inc., and Alvogen PB Research and Development LLC, their officers, agents, attorneys, and employees, and those acting in privity and/or concert with them, from practicing any formulations claimed in the patents-in-suit, or from actively inducing or contributing to the infringement of any claim of the patents-in-suit, until after the expiration of the patents-in-suit, or any later expiration of exclusivity to which Jazz Pharmaceuticals is or becomes entitled;

(F)     A Judgment that the manufacture, use, offer for sale, or sale in, and/or importation into, the United States of Almaject's Proposed Product will directly infringe, induce, and/or contribute to infringement of the patents-in-suit;

(G)     To the extent that Almaject, Inc., Alvogen, Inc., and Alvogen PB Research and Development LLC, their officers, agents, attorneys, and/or employees, or those acting in privity and/or concert with them, have committed any acts with respect to the formulations claimed in the patents-in-suit, a Judgment awarding Jazz Pharmaceuticals damages for such acts;

(H)     If Almaject, Inc., Alvogen, Inc., and Alvogen PB Research and Development LLC, their officers, agents, attorneys, and/or employees, or those acting in privity and/or concert with them, engage in the manufacture, use, offer for sale, or sale in, and/or importation into, the United States of Almaject's Proposed Product prior to the expiration of the patents-in-suit, a Judgment awarding damages to Jazz Pharmaceuticals resulting from such infringement, together with interest;

(I)     A Judgment declaring that the patents-in-suit remain valid and enforceable;

14

(J)    A Judgment that this is an exceptional case pursuant to 35 U.S.C. § 285 and awarding Jazz Pharmaceuticals its attorneys' fees incurred in this action;

(K)    A Judgment awarding Jazz Pharmaceuticals its costs and expenses incurred in this action; and

(L)    Such further and other relief as this Court may deem just and proper.

Dated: March 13, 2026

*Of Counsel*:

F. Dominic Cerrito
Eric C. Stops
Evangeline Shih
Gabriel P. Brier
Frank C. Calvosa
John P. Galanek
Abigail DeMasi
Abigail M. Graegin
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
295 Fifth Avenue
New York, New York 10016
(212) 849-7000

By: s/ Charles M. Lizza
    Charles M. Lizza
    Sarah A. Sullivan
    Alexander L. Callo
    SAUL EWING LLP
    One Riverfront Plaza, Suite 1520
    Newark, New Jersey 07102-5426
    (973) 286-6700
    clizza@saul.com

    *Attorneys for Plaintiffs*
    *Jazz Pharmaceuticals, Inc.*
    *and Gentium S.r.l.*

## <u>CERTIFICATION PURSUANT TO L. CIV. R. 11.2 & 40.1</u>

Pursuant to Local Civil Rules 11.2 and 40.1, I hereby certify that the matter captioned *Jazz Pharmaceuticals, Inc., et al. v. Almaject, Inc., et al.*, No. 25-2785 (SRC)(LDW) (D.N.J.) is related to the matter in controversy because the matter in controversy involves the same plaintiffs, the same defendants, and related patents, and because Almaject is seeking FDA approval to market a generic version of the same pharmaceutical product.

I further certify that, to the best of my knowledge, the matter in controversy is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.

Dated:  March 13, 2026

*Of Counsel*:

F. Dominic Cerrito
Eric C. Stops
Evangeline Shih
Gabriel P. Brier
Frank C. Calvosa
John P. Galanek
Abigail DeMasi
Abigail M. Graegin
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
295 Fifth Avenue
New York, New York 10016
(212) 849-7000

By: s/ Charles M. Lizza
Charles M. Lizza
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs*
*Jazz Pharmaceuticals Inc.*
*and Gentium S.r.l.*

# EXHIBIT A

Case 2:25-cv-02529    Document 1    Filed 03/13/26    Page 18 of 54 PageID: 18



US012529052B2

(12) **United States Patent** (10) Patent No.: **US 12,529,052 B2**
Ignoni et al. (45) **Date of Patent:** *\*Jan. 20, 2026**

(54) **EUGLOBULIN-BASED METHOD FOR DETERMINING THE BIOLOGICAL ACTIVITY OF DEFIBROTIDE**

(71) Applicant: **Gentium S.R.L.**, Villa Guardia (IT)

(72) Inventors: **Terenzio Ignoni**, Solbiate (IT); **Vijay Kumar**, Casnate (IT); **Khalid Islam**, Massagno (CH)

(73) Assignee: **Gentium S.R.L.**, Villa Guardia (IT)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **19/173,657**

(22) Filed: **Apr. 8, 2025**

(65) **Prior Publication Data**

US 2025/0236867 A1 Jul. 24, 2025

**Related U.S. Application Data**

(63) Continuation of application No. 18/953,184, filed on Nov. 20, 2024, which is a continuation of application No. 18/351,241, filed on Jul. 12, 2023, now abandoned, which is a continuation of application No. 17/396,028, filed on Aug. 6, 2021, now Pat. No. 11,746,348, which is a continuation of application No. 16/816,741, filed on Mar. 12, 2020, now Pat. No. 11,085,043, which is a continuation of application No. 15/844,801, filed on Dec. 18, 2017, now abandoned, which is a continuation of application No. 14/408,272, filed as application No. PCT/IT2012/000193 on Jun. 22, 2012, now Pat. No. 9,902,952.

(51) **Int. Cl.**
| | |
|---|---|
| *C12N 15/11* | (2006.01) |
| *A61K 31/711* | (2006.01) |
| *A61K 38/36* | (2006.01) |
| *C12N 9/68* | (2006.01) |
| *C12Q 1/37* | (2006.01) |
| *C12Q 1/56* | (2006.01) |
| *G01N 33/86* | (2006.01) |

(52) **U.S. Cl.**
CPC ............ *C12N 15/11* (2013.01); *A61K 31/711* (2013.01); *C12Q 1/37* (2013.01); *C12Q 1/56* (2013.01); *G01N 33/86* (2013.01); *C12N 2310/127* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,770,720 | A | 11/1973 | Butti et al. |
| 3,829,567 | A | 8/1974 | Butti et al. |
| 3,899,481 | A | 8/1975 | Butti et al. |
| 4,234,682 | A | 11/1980 | Bartl et al. |
| 4,649,134 | A | 3/1987 | Bonomini |
| 4,693,995 | A | 9/1987 | Prino et al. |
| 4,694,134 | A | 9/1987 | Ross |
| 4,753,221 | A | 6/1988 | Kensey et al. |
| 4,853,221 | A | 8/1989 | Elslager et al. |
| 4,985,552 | A | 1/1991 | Fedeli et al. |
| 5,081,109 | A | 1/1992 | Ulutin |
| 5,116,617 | A | 5/1992 | Mantovani et al. |
| 5,223,609 | A | 6/1993 | Fedeli et al. |
| 5,231,006 | A | 7/1993 | Kolde |
| 5,624,912 | A | 4/1997 | Burcoglu et al. |
| 5,646,127 | A | 7/1997 | Lanzarotti et al. |
| 5,646,268 | A | 7/1997 | Lanzarotti et al. |
| 5,856,444 | A | 1/1999 | Kawakita et al. |
| 5,919,772 | A | 7/1999 | Szyf et al. |
| 5,977,083 | A | 11/1999 | Burcoglu |
| 6,046,172 | A | 4/2000 | Ennio et al. |
| 6,335,356 | B1 | 1/2002 | Schwartz et al. |
| 6,573,372 | B2 | 6/2003 | McCall et al. |
| 6,699,985 | B2 | 3/2004 | Burcoglu |
| 7,338,777 | B2 | 3/2008 | Porta et al. |
| 7,785,797 | B2 | 8/2010 | Wohlgemuth et al. |
| 8,551,967 | B2 | 10/2013 | Ferro et al. |
| 8,980,862 | B2 | 3/2015 | Iacobelli |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 101301306 A | 11/2008 |
| DE | 19740384 A1 | 3/1999 |

(Continued)

OTHER PUBLICATIONS

Abdalla, S.A. et al., "Prognostic relevance of microvessel density in colorectal tumours," Oncology Reports, vol. 6, Apr. 16, 1999, pp. 839-842.

Akaogi, Jun, et al. "Role of PGE2 and EP Receptors in the Pathogenesis of Rheumatoid Arthritis and as a Novel Therapeutic Strategy." E Endocrine, Metabolic & Immune Disorders-Drug Targets (Formerly Current Drug Targets—Immune, Endocrine & Metabolic Disorders) (2006); 6(4): 383-394.

Albini, A. et al., "A Rapid in Vitro Assay for Quantitating the Invasive Potential of Tumor Cells," American Association for Cancer Research, vol. 47, Jun. 15, 1987, pp. 3239-3245.

Algire, G., "An Adaptation of the Transparent-Chamber Technique to the Mouse," Journal of the National Cancer Institute, vol. 4, No. 1, Aug. 1943, 11 pages.

Andersen, N.F. et al., "Syndecan-1 and angiogenic cytokines in multiple myeloma: correlation with bone marrow angiogenesis and survival," British Journal of Haematology, 2004, vol. 128, pp. 210-217.

(Continued)

*Primary Examiner* — Marsha Tsay

(74) *Attorney, Agent, or Firm* — COOLEY LLP

(57) **ABSTRACT**

It is disclosed a method for determining the biological activity of defibrotide, which comprises the steps of: a) bringing into contact defibrotide, mammalian euglobulin and a substrate specific for the plasmin which, by reaction with the plasmin, provides a measurable product; and b) measuring the amount of product formed at successive times, to thereby determine the biological activity of the defibrotide. Liquid defibrotide formulations are also disclosed, preferably water solutions, having a defined biological activity and, in particular, having an activity of 25 to 35 IU/mg of defibrotide, preferably from 27 to 32 IU/mg and, more preferably, from 28 to 32 IU/mg.

**10 Claims, 2 Drawing Sheets**

# US 12,529,052 B2

Page 2

## (56) References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 9,539,277 | B2 | 1/2017 | Iacobelli |
| 9,867,843 | B2 | 1/2018 | Iacobelli |
| 9,902,952 | B2 | 2/2018 | Ignoni et al. |
| 10,393,731 | B2 | 8/2019 | Ignoni et al. |
| 11,085,043 | B2 | 8/2021 | Ignoni et al. |
| 11,236,328 | B2 | 2/2022 | Ignoni et al. |
| 11,746,348 | B2 | 9/2023 | Ignoni et al. |
| 2002/0142029 | A1 | 10/2002 | Porta et al. |
| 2002/0155432 | A1 | 10/2002 | Schwartz et al. |
| 2003/0013669 | A1 | 1/2003 | Burcoglu |
| 2004/0131588 | A1 | 7/2004 | Ferro et al. |
| 2004/0248834 | A1 | 12/2004 | Klinman et al. |
| 2005/0009131 | A1 | 1/2005 | Porta et al. |
| 2005/0059629 | A1 | 3/2005 | Gaarde et al. |
| 2005/0196382 | A1 | 9/2005 | Vaillant et al. |
| 2005/0215498 | A1 | 9/2005 | Eissner et al. |
| 2007/0037144 | A1 | 2/2007 | Wohlgemuth et al. |
| 2009/0131362 | A1 | 5/2009 | Echart et al. |
| 2010/0254938 | A1 | 10/2010 | Ferro et al. |
| 2011/0092576 | A1 | 4/2011 | Stein et al. |
| 2012/0121698 | A1 | 5/2012 | Manku et al. |
| 2013/0231470 | A1 | 9/2013 | Iacobelli |
| 2015/0176003 | A1 | 6/2015 | Ignoni et al. |
| 2015/0196580 | A1 | 7/2015 | Echart et al. |
| 2015/0297624 | A1 | 10/2015 | Iacobelli |
| 2017/0080012 | A1 | 3/2017 | Iacobelli |
| 2017/0304349 | A1 | 10/2017 | Iacobelli |
| 2017/0322199 | A1 | 11/2017 | Ignoni et al. |
| 2018/0334672 | A1 | 11/2018 | Ignoni et al. |
| 2020/0057051 | A1 | 2/2020 | Ignoni et al. |
| 2021/0052622 | A1 | 2/2021 | Iacobelli |
| 2021/0338707 | A1 | 11/2021 | Dimitrova et al. |
| 2021/0363519 | A1 | 11/2021 | Ignoni et al. |
| 2021/0388350 | A1 | 12/2021 | Ignoni et al. |
| 2022/0023533 | A1 | 1/2022 | Dimitrova et al. |
| 2023/0190783 | A1 | 6/2023 | Wang et al. |
| 2023/0194502 | A1 | 6/2023 | Ignoni et al. |
| 2023/0357762 | A1 | 11/2023 | Ignoni |
| 2025/0075206 | A1 | 3/2025 | Ignoni et al. |
| 2025/0236866 | A1 | 7/2025 | Ignoni |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0558833 A2 | 9/1993 |
| EP | 0937461 A1 | 8/1999 |
| EP | 1059092 A1 | 12/2000 |
| EP | 1147777 A1 | 10/2001 |
| EP | 1325962 A1 | 7/2003 |
| EP | 1550462 A1 | 7/2005 |
| EP | 1276497 B1 | 11/2005 |
| EP | 1872787 A1 | 1/2008 |
| EP | 1660100 B1 | 7/2008 |
| EP | 1456404 B1 | 9/2010 |
| JP | H02149527 A | 6/1990 |
| JP | H08127539 A | 5/1996 |
| JP | 2005527636 A | 9/2005 |
| WO | WO-8706235 A1 | 10/1987 |
| WO | WO-9221402 A1 | 12/1992 |
| WO | WO-9848843 A1 | 11/1998 |
| WO | WO-9854313 A2 | 12/1998 |
| WO | WO-9912935 A1 | 3/1999 |
| WO | WO-9957153 A1 | 11/1999 |
| WO | WO-0074634 A2 | 12/2000 |
| WO | WO-0178761 A1 | 10/2001 |
| WO | WO-02053700 A2 | 7/2002 |
| WO | WO-03004705 A1 | 1/2003 |
| WO | WO-03027313 A2 | 4/2003 |
| WO | WO-03052130 A2 | 6/2003 |
| WO | WO-03101468 A1 | 12/2003 |
| WO | WO-2004003166 A2 | 1/2004 |
| WO | WO-2004028516 A2 | 4/2004 |
| WO | WO-2004078922 A2 | 9/2004 |
| WO | WO-2005023273 A1 | 3/2005 |
| WO | WO-2005089503 A2 | 9/2005 |
| WO | WO-2006092036 A1 | 9/2006 |

| | | |
|---|---|---|
| WO | WO-2006094916 A1 | 9/2006 |
| WO | WO-2006094917 A2 | 9/2006 |
| WO | WO-2006119619 A1 | 11/2006 |
| WO | WO-2008000549 A1 | 1/2008 |
| WO | WO-2008125424 A1 | 10/2008 |
| WO | WO-2009012237 A1 | 1/2009 |
| WO | WO-2009126310 A2 | 10/2009 |
| WO | WO-2010101903 A2 | 9/2010 |
| WO | WO-2012063272 A1 | 5/2012 |
| WO | WO-2013190582 A1 | 12/2013 |
| WO | WO-2016083297 A1 | 6/2016 |
| WO | WO-2019028340 A1 | 2/2019 |

### OTHER PUBLICATIONS

Arauz-Pacheco, C. et al., "The treatment of hypertension in adult patients with diabetes," Diabetes Care, vol. 25, No. 1, Jan. 2002, pp. 134-147.

Argoff, C.E. et al., "Diabetic Peripheral Neuropathic Pain: Clinical and Quality-of-Life Issues," Mayo Clinic Proceedings, Supplement, Apr. 2006, vol. 81, No. 4, 34 pages.

Becker, A. et al., "Organikum: organisch-chemisches grundpraktikum" 1990, Deutscher Verlag der Wissenschaften, Berlin, with Google translation, 3 pages.

Belcaro, G. et al., "Fibrinolytic Enhancement in Diabetic Microangiopathy with Defibrotide," Angiology, The Journal of Vascular Diseases, vol. 43, No. 10, Oct. 1992, pp. 793-800.

Belcaro, G. et al., "Laser Doppler Flowmetry and Transcutaneous Oximet Evaluation in Microangiopathic Diabetic Patients Treated with Defibrotide," Current Therapeutic Research, vol. 46, No. 5, May 1989, pp. 726-732.

Benimetskaya et al., "Angiogenesis alteration by defibrotide: implications for its mechanism of action in severe hepatic veno-occlusive disease," Blood, vol. 112, No. 10, Nov. 15, 2008, pp. 4343-4352.

Berti, F. et al., "Effects of defibrotide on prostacyclin release from isolated rabbit kidneys and protection from post-ischemic acute renal failure in vivo," Eicosanoids, vol. 4, 1991, pp. 209-215.

Bianchi, G. et al., "Defibrotide, a Prostacyclin Releasing Agent, Protects the Rabbit Kidney from Acute Failure," Advances in Prostaglandin, Thromboxane, and Leukotriene Research, vol. 21, 1990, pp. 711-714.

Biedermann, B.C., "Vascular endothelium and graft-versus-host-disease," Best Practice & Research Clinical Haematology, vol. 21(2): 129-138, 2008.

Bonomini, V. et al., "Use of Defibrotide in Renal Transplantation in Man," Haemostasis, vol. 16, Supp. 1, 1986, pp. 48-50.

Bonomini, V., et al., "Effect of a New Antithrombotic Agent (Defibrotide) in Acute Renal Failure Due to Thrombotic Microangiopathy," Nephron, 1985, vol. 40(2), pp. 195-200.

Bostwick, D.G. et al., "Microvessel density in prostate cancer: prognostic and therapeutic utility," Seminars in Urologic Oncology, vol. 16, No. 3, Aug. 1998, pp. 118-123.

Brenchley, "Antagonising angiogenesis in rheumatoid arthritis," Annals of the Rheumatic Diseases, vol. 60, 2001, pp. 71-74.

Budavari, S. et al. (eds.), The Merck Index, Twelfth Edition, Merck & Co., Inc., Whitehouse Station, NJ, p. 484 (1996).

Burra, P. et al., "Warm Hepatic Ischemia in Pigs: Effects of L-Arginine and Oligotide Treatment," Journal of Investigative Surgery, vol. 14, 2001, pp. 303-312.

Cao, Y., "Tumor angiogenesis and therapy," Biomedicine & Pharmacotherapy, vol. 59, 2005, pp. S340-S343.

Cappelli, B., et al., "Absence of VOD in paediatric thalassaemk HSCT recipients using defibrotide prophylaxis and intravenous Busulphan", British Journal of Heamatology, 2009, vol. 147:554-560.

Carlo-Stella, C. et al., "Defibrotide in Combination with Granulocyte Col Significantly Enhances the Mobilization of Primitive and Committed Peripheral Cells in Mice," Cancer Research, vol. 62, Nov. 1, 2002, pp. 6152-6157.

Carlo-Stella, C. et al. "Defibrotide significantly enhances peripheral blood progenitor cell mobilization induced by recombinant human granulocyte colony-stimulating factor (rhG-CSF)." Blood. vol. 96. No. 11. Abstract #2374, 2000, p. 553a, 2 pages.

Case 2:25-cv-02529   Document 1   Filed 03/13/26   Page 20 of 54 PageID: 20

(56)                **References Cited**

OTHER PUBLICATIONS

Chalandon, Y., et al., "Prevention of Veno-Occlusive Disease with Defibrotide after Allogeneic Stem Cell Transplantation." Biology of Blood and Marrow Transplantation (2004); 10: 347-354.
Chapter II Demand for related International Application No. PCT/EP2007/054633, dated Apr. 9, 2008, 10 pages.
Cheuk D.K.L., "Interventions for prophylaxis of hepatic veno-occlusive disease in people undergoing haematopoietic stem cell transplantation," 2015 Cochrane Database of Systematic Reviews Issue 5, Art No. CD009311, 82 pages.
Chopra, S., et al., "Defibrotide for the treatment of hepatic veno-occlusive disease: results of the European compassionate-use study," British Journal of Haematology 111:1122-1129, 2000.
Coccheri et al. "Defibrotide," Cardiovascular Drug Reviews, vol. 9: 172-196, 1991.
Coccheri, S. et al., "Defibrotide as a Possible Anti-Ischemic Drug," Seminars in Thrombosis and Hemostasis, vol. 22, Supp. 1, 1996, pp. 9-14.
Comandella, M.G. et al., "Functional and morphological effects of defibrotide on renal ischema," Research in Experimental Medicine, vol. 193, 1993, pp. 65-71.
Conde-Knape, K. et al., "Heparan sulfate proteoglycans in experimental models of diabetes: a role for perlecan in diabetes complications," Diabetes/Metabolism Research and Reviews, vol. 17, 2001, pp. 412-421.
Copelan, E.A. et al., "Hematopoietic Stem-Cell Transplantation," N Engl. J. Med. 354:17, Apr. 27, 2006, pp. 1813-1826.
Coppell, J.A. et al., "Hepatic Veno-Occlusive Disease following Stem Cell Transplantation: Incidence, Clinical Course, and Outcome," Biol. Blood Marrow Transplant (2010) 16, pp. 157-168.
Corbacioglu et al., "Stem cell transplantation in children with infantile osteopetrosis is associated with a high incidence of VOD, which could be prevented with defibrotide," Bone Marrow Transplantation (2006) 38, 547-553.
Corbacioglu, S. et al., "Defibrotide for Prophylaxis of Hepatic Veno-Occlusive Disease in Paediatric Haemopoietic Stem-Cell Transplantation: An Open-Label, Phase 3, Randomised Controlled Trial," Lancet 379: 1301-1309, 2012.
Corsi, M. et al., "Antiischaemic effect of defibrotide treatment in rat kidney," Drugs Experimental Clinical Research, vol. 19, No. 6, 1993, pp. 261-265.
Corsi, M. et al., "Possible Role of Defibrotide in Endothelial Cell Protection," International Journal of Tissue Reactions, XV(4), 1993, pp. 157-161.
Craddock et al., "Antibodies to VLA4 Integrin Mobilize Long-Term Repopulating Cells and Augment Cytokine-Induced Mobilization in Primates and Mice," Blood, vol. 90, No. 12, Dec. 15, 1997, pp. 4779-4788.
Davi, G. et al., "Effects of Defibrotide on Fibrinolytic Activity in Diabetic Patients with Stable Angina Pectoris," Thrombosis Research, vol. 65, No. 2, 1992, pp. 211-220.
Davis, S. "Insulin, Oral Hypoglycemic Agents, and the Pharmacology of the Endocrine Pancreas," Goodman and Gilman's The Pharmacological Basis of Therapeutics, Chapter 60, Section XII, Hormone sand Hormone Antagonists, McGraw-Hill, 2006, pp. 1613-1645.
De Mestre, A.M. et al., "Regulation of Inducible Heparanase Gene Transcription in Activated T Cells by Early Growth Response 1," The Journal of Biological Chemistry, vol. 278, No. 50, Dec. 12, 2003, pp. 50377-50385.
"Defibrotide"—Clinic Medication, First Edition, Mar. 2000, pp. 887-888 with English translation.
"Defibrotide"—Substance Summary, SIDS 51091757, PubChem Substance, Retrieved from http://pubchem.ncbi.nlm.nih.gov on Mar. 11, 2009, 3 pages.
Dempsey, L. et al., "Heparanase expression in invasive trophoblasts and acute vascular damage," Glycobiology, vol. 10, No. 5, 2000, pp. 467-475.
Denne, J.S., "Sample size recalculation using conditional power," Statist. Med. 2001; 20: pp. 2645-2660.

Dickerson, R.E. et al., "The Anatomy of A-, B- and Z-DNA," Science, vol. 216, No. 4545, 1982, pp. 475-485.
Dignan, F., et al., "Prophylactic defibrotide in allogeneic stem cell transplantation: minimal morbidity and zero mortality from veno-occlusive disease." Bone Marrow Transplantation (2007); 40: 79-82.
DrugBank, "Showing drug card for Defibrotide (DB04932)," retrieved Jan. 21, 2007 from http://www.drugbank.ca/cgi-bin/getCard.cgi?CARD=DB04932.txt, 10 pages.
Echart, C.L. et al., "The fibrinolytic mechanism of defibrotide: effect of defibrotide on plasmin activity," Blood Coagulation and Fibrinolysis 2009, vol. 20, No. 8, pp. 627-634.
Eissner, G. et al., "Defibrotide, a DNA-based drug, modulates endothelial cell function in multiple ways—impact for transplantation and cancer therapy," Vascular Pharmacology, vol. 45, No. 3, Sep. 1, 2006, pp. E152-E153.
Eissner, G. et al., "Fludarabine induces apoptosis, activation, and allogenicity in human endothelial and epithelial cells: protective effect of defibrotide," Blood, Jul. 1, 2002 vol. 100, No. 1, pp. 334-340.
Eissner, G. et al., "Oligotide, a defibrotide derivative, protects human microvascular endothelial cells against fludarabine-induced activation, damage and allogenicity," Bone Marrow Transplantation, Mar. 2005, 35, pp. 915-920.
Ertault-Daneshpouy, M et al., "Pericapillary hemorrhage as criterion of severe human digestive graft-versus-host disease," Blood, Jun. 15, 2004, vol. 103, No. 12, pp. 4681-4684.
Esau, Christine C. et al., "Therapeutic potential for microRNAs," Advanced Drug Delivery Reviews, vol. 59, 2007, pp. 101-114.
European Pharmacopoeia 5.0, 5.3 Statistical Analysis, pp. 475-504 (2005), 30 pages.
"Everything you ever wanted to know concerning Oligonucleotides but were afraid to ask," downloaded Jul. 9, 2010 from http://www.auburn.edu/.about.santosr/protocols/OligoProtocols.pdf, 5 pages.
Falanga, A. et al., "Defibrotide reduces procoagulant activity and increases fibrinolytic properties of endothelial cells," Leukemia (2003); 17(8):1636-1642.
Fernandez Pujol, B. et al., "Dendritic cells derived from peripheral monocytes express endothelial markers and in the presence of angiogenic growth factors differentiate into endothelial-like cells," European Journal of Cell Biology, vol. 80, Issue 1, 2001, pp. 99-110.
Ferrara, J.L.M. et al., "Graft-versus-host disease," Lancet 2009: vol. 373, May 2, 2009, pp. 1550-1561.
Ferrero, M.E. et al., "Efficacy of Defibrotide Treatment in Favoring the Function of the Grafted Heart and Kidney in Rats," Transplantation Proceedings, vol. 26, No. 1, Feb. 1994, pp. 251-252.
Ferrero, M.E. et al., "Prostacyclin Release from Endothelial Cells, Induced by Defibrotide Treatment, Favours the Function of Grafted Rat Hearts and Kidneys," International Journal of Tissue Reactions, XIII 4, 1991, pp. 215-218.
"Fibrinolytic System," Pediatric Hemorrhagic Diseases, First Edition, May 2009, Chapter 5, pp. 81-85 with English translation.
Folkman, J. et al., "Isolation of a tumor factor responsible for angiogenesis," Journal of Experimental Medicine, vol. 133, Issue 2, Feb. 1, 1971, pp. 275-288.
Folkman, J. et al., "Switch to the Angiogenic Phenotype during Tumorigenesis," Princess Takamatsu symposia, Jan. 1991, Boca Raton, pp. 339-347.
Fong, D.S. et al., "Diabetic Retinopathy," Diabetes Care, vol. 27, No. 10, Oct. 2004, pp. 2540-2553.
Fontanini, G. et al., "Microvessel count predicts metastatic disease and survival in non-small cell lung cancer," Journal of Pathology, vol. 177, 1995, pp. 57-63.
Frasca, G.M. et al., "Defibrotide Treatment and Disease Progression in Patients with IgA Nephropathy and Impaired Renal Function at Diagnosis," Clinical Drug Investigation, vol. 13, Issue 4, Apr. 1997, pp. 185-191.
Frasca, G.M. et al., "Effects of defibrotide treatment in patients with IgA nephropathy and reduced renal function," Nephrology Dialysis Transplantation, vol. 11, No. 2, 1996, pp. 392-393.
Friberger, P. et al., "Methods for determination of plasmin, antiplasmin and plasminogen by means of substrate S-2251," Haemostasis, 7:138-145 (1978).

(56)                 **References Cited**

OTHER PUBLICATIONS

Gharib et al., "Venous occlusive disease in children," Thrombosis Research, vol. 118: 27-38, 2006.

Giraud-Panis, M-J. et al., "Transplatin-modified oligonucleotides as modulators of gene expression," Pharmacology & Therapeutics, vol. 85, 2000, pp. 175-181.

Goldshmidt, O. et al., "Cell surface expression and secretion of heparanase markedly promote tumor angiogenesis and metastasis," Proceedings of the National Academy of Sciences, vol. 99, No. 15, Jul. 23, 2002, pp. 10031-10036.

Guba, M. et al., "Rapamycin induces tumor-specific thrombosis via tissue factor in the presence of VEGF," Blood, vol. 105, Jun. 1, 2005, pp. 4463-4469.

Guba, M. et al., "Rapamycin inhibits primary and metastatic tumor growth by antiangiogenesis: involvement of vascular endothelial growth factor," Nature Medicine, vol. 8, No. 2, Feb. 2002, pp. 128-135.

Gulati et al., "Parenteral Drug Delivery: A Review," Recent Patents on Drug Delivery & Formulation 2011 , 5, 133-145.

Gura et al., "Systems for Identifying New Drugs are Often Faulty" Science. (1997) 278:1041-1042.

Guvakova, M.A. et al., "Phosphorothioate oligodeoxynucleotides bind to basic fibroblast growth factor, inhibit its binding to cell surface receptors, and remove it from low affinity binding sites on extracellular matrix," The Journal of Biological Chemistry, vol. 278, No. 6, Feb. 10, 1995, pp. 2620-2627.

Hames, B.D. et al., "Nucleic Acid Hybridisation," Practical Approach Series, IRL Press, Oxford, 1985, 141 pages.

Han, J. et al., "Endothelial cell injury by high glucose and heparanase is prevented by insulin, heparin and basic fibroblast growth factor," Cardiovascular Diabetology, Aug. 9, 2005, vol. 4, Issue 12, pp. 1-12.

Hanahan, D. et al., Patterns and emerging mechanisms of the angiogenic switch during tumorigenesis, Cell, vol. 85, Aug. 9, 1996, pp. 353-364.

Hasan, J. et al. "Intra-tumoural microvessel density in human solid tumours," British Journal of Cancer, vol. 86, 2002, pp. 1566-1577.

Hazlehurst, L.A. et al., "Adhesion to fibronectin via b1 integrins regulate p27 kip1 levels and contributes to cell adhesion mediated drug resistance (CAM-DR)," Oncogene, vol. 19, 2000, pp. 4319-4327.

Helmlinger, G. et al., "Interstitial pH and p02 gradients in solid tumors in vivo: high-resolution measurements reveal a lack of correlation," Nature Medicine, vol. 3, No. 2, Feb. 1997, pp. 177-182.

Hershkoviz, R. et al., "Differential effects of polysulfated polysaccharide on experimental encephalomyelitis, proliferation of autoimmune T cells, and inhibition of heparanase activity," Journal of Autoimmunity, vol. 8, No. 5, Oct. 1995, pp. 741-750. Abstract Only.

Imaginis.com, Centre for Women's Health, "Breast Health, Breast Cancer Glossary of Medical Terms" Retrieved from http://www.imaginis.com/glossary/breast-cancer-glossary-of-medical-terms-- 11, date unknown, 4 pages.

International Application No. PCT/IT2012/000193, International Preliminary Report on Patentability, dated Dec. 23, 2014, 8 pages.

International Application No. PCT/IT2012/000193, International Search Report and Written Opinion, dated Nov. 27, 2012, 12 pages.

International Preliminary Report on Patentability for International Application No. PCT/EP2015/077355, dated May 30, 2017, 7 pages.

International Preliminary Report on Patentability for International Application No. PCT/EP2004/009723, dated May 31, 2005, 7 pages.

International Preliminary Report on Patentability for International Application No. PCT/EP2006/060304, dated Jun. 8, 2007, 7 pages.

International Preliminary Report on Patentability for International Application No. PCT/EP2006/060306, dated Sep. 12, 2007, 6 pages.

International Preliminary Report on Patentability for International Application No. PCT/EP2007/054633, dated Sep. 11, 2008, 7 pages.

International Preliminary Report on Patentability for International Application No. PCT/EP2008/053461, dated Oct. 20, 2009, 11 pages.

International Preliminary Report on Patentability for International Application No. PCT/EP2009/053002 dated Sep. 21, 2010, 7 pages.

International Preliminary Report on Patentability for International Application No. PCT/IT2010/000451, dated May 14, 2013, 5 pages.

International Search Report and Written Opinion for International Application No. PCT/EP2015/077355, mailed Jan. 22, 2016, 10 pgs.

International Search Report and Written Opinion for International Application No. PCT/US2018/045152, dated Dec. 5, 2018, 13 pages.

International Search Report and Written Opinion for International Application No. PCT/EP2004/009723, mailed Dec. 22, 2004, 12 pages.

International Search Report and Written Opinion for International Application No. PCT/EP2006/060304 mailed Apr. 8, 2006, 8 pages.

International Search Report and Written Opinion for International Application No. PCT/EP2006/060306 mailed Sep. 25, 2006, 8 pages.

International Search Report and Written Opinion for International Application No. PCT/EP2007/054633 mailed Aug. 24, 2007, 9 pages.

International Search Report and Written Opinion for International Application No. PCT/EP2008/053461 mailed Oct. 9, 2008, 15 pages.

International Search Report and Written Opinion for International Application No. PCT/EP2009/053002 mailed Jun. 5, 2009, 11 pages.

International Search Report for International Application No. PCT/EP2002/013371, mailed Jul. 23, 2003, 4 pages.

International Search Report for International Application No. PCT/IT2010/000451, dated Jun. 22, 2011, 2 pages.

Irony-Tur-Sinai, M. et al., "A synthetic heparin-mimicking polyanionic compound inhibits central nervous system inflammation," Journal of the Neurological Sciences, Jan. 2003, vol. 206, No. 1, Jan. 15, 2003, pp. 49-57. Abstract Only.

Isaji, M. et al., "Tranilast inhibits the proliferation, chemotaxis and tube formation of human microvascular endothelial cells in vitro and angiogenesis in vivo," British Journal of Pharmacology, vol. 122, 1997, pp. 1061-1066.

Japanese Patent Application No. 2013-538335, Official Notice of Rejection mailed Sep. 24, 2014 (with English translation), 6 pages.

Jeffery, C.J. et al., "The Escherichia coli aspartate receptor: sequence specificity of a transmembrane helix studied by hydrophobic-biased random mutagenesis," Protein Engineering, vol. 12, No. 10, 1999, pp. 863-871.

Kainz, C. et al., "Prognostic value of tumour microvessel density in cancer of the uterine cervix stage IB to IIB," Anticancer Research, vol. 15, No. 4, Jul.-Aug. 1995; pp. 1549-1551.

Kaiser, "First Pass at Cancer Genome Reveals Complex Landscape," Science, vol. 313, Sep. 8, 2006, p. 1370.

Karlsson et al., "N-acetyl-L-cysteine promotes T-cell mediated immunity in allogeneic settings in vivo and in vitro," Oral Session 11: Immunotherapy/Experimental Graft-Versus-Host-Disease, 35th Annual Meeting of the European Group for Blood and Marrow Transplantation, Göteborg, Sweden, Mar. 31, 2009, 1 page.

Kaushansky, K. et al., "Hematopoietic Growth Factors: Understanding Functional Diversity in Structural Terms," The Journal of The American Society of Hematology, Blood, vol. 82, No. 11, Dec. 1, 1993, pp. 3229-3240.

Kelland, "'Of mice and men': values and liabilities of the athymic nude mouse model in anticancer drug development," European Journal of Cancer, vol. 40, 2004, pp. 827-836.

Kerbel, "Human tumor Xenografts as Predictive Preclinical Models for Anticancer Drug Activity in Humans," Cancer Biology & Therapy, vol. 2, No. 4, Suppl. 1, Jul./Aug. 2003, pp. S134-S139.

Khaled, Z. et al., "Multiple mechanisms may contribute to the cellular anti-adhesive effects of phosphorothioate oligodeoxynucleotides," Nucleic Acids Research, vol. 24, No. 4, 1996, pp. 737-745.

(56) **References Cited**

OTHER PUBLICATIONS

Kochar, D.K. et al., "Sodium valproate for painful diabetic neuropathy: a randomized double-blind placebo-controlled study," QJM: An International Journal of Medicine, vol. 97, 2004, pp. 33-38.

Koehl, G.E. et al., "Defibrotide an endothelium protecting and stabilizing drug, has an anti-angiogenic potential in vitro and in vivo," Cancer Biology & Therapy, vol. 6, No. 5, May 2007, pp. 686-690.

Kojima, S. et al., "Enhancement of plasminogen activator activity in cultured endothelial cells by granulocyte colony-stimulating factor," Journal of Cellular Physiology, vol. 138, Jan. 1989, pp. 192-196. Abstract Only.

Kornblum, Noah, et al. "Defibrotide, a polydisperse mixture of single-stranded phosphodiester oligonucleotides with lifesaving activity in severe hepatic veno- occlusive disease: clinical outcomes and potential mechanisms of action." Oligonucleotides (2006); 16.1: 105-114.

Lee, S.J. et al., "Recognizing and Managing Chronic Graft-Versus-Host Disease," American Society of Hematology (2008) pp. 134-141.

Levidiotis, V. et al., "A synthetic heparanase inhibitor reduces proteinuria in passive heymann nephritis," Journal of the American Society of Nephrology, vol. 15, 2004, pp. 2882-2892.

Levidiotis, V. et al., "Heparanase inhibition reduces proteinuria in a model of accelerated anti-glomerular basement membrane antibody disease," Nephrology, vol. 10, 2005, pp. 167-173.

Levidiotis, V. et al., "Heparanase is involved in the pathogenesis of proteinuria as a result of glomerulonephritis," Journal of the American Society of Nephrology, vol. 15, 2004, pp. 68-78.

Levidiotis, V. et al., "Increased expression of heparanase in puromycin aminonucleoside nephrosis," Kidney International, vol. 60, 2001, pp. 1287-1296.

Li, Q., et al., "Involvement of caspase -3 and p38MAPK in allogeneic CD8+T cell—induced apoptosis of vascular endothelial cells," Chinese Journal of Pathophysiology, 2009, vol. 25, Issue 9, Published Sep. 15, 2009, pp. 1671-1675 (English Abstract).

Maeshima, Y. et al., "Identification of the Anti-angiogenic Site within Vascular Basement Membrane-derived Tumstatin," The Journal of Biological Chemistry, vol. 276, No. 18, May 4, 2001, pp. 15240-15248.

Marni, A. et al. "Anti-ischemic effect of oligotide treatment in rat kidney: comparison with the effect of nifedipine and isosorbide dinitrate," Transplantation Proceedings, vol. 28, No. 1, Feb. 1996, pp. 301-303.

Marni, A. et al., "Protection of Kidney from Postischemic Reperfusion Injury in Rats Treated with Defibrotide," Transplantation Proceedings, vol. 22, No. 5, Oct. 1990, pp. 2226-2229.

Maxhimer, J.B. et al., "Heparanase-1 gene expression and regulation by high glucose in renal epithelial cells," Diabetes, Jul. 2005, vol. 54, pp. 2172-2178.

McDonald, G.B. et al., "Venocclusive Disease of the Liver after Bone Marrow Transplantation: Diagnosis, Incidence, and Predisposing Factors," Hepatology vol. 4, No. 1, 1984, pp. 116-122.

McDonald, G.B. et al., "Veno-occlusive Disease of the Liver and Multiorgan Failure after Bone Marrow Transplantation: A Cohort Study of 355 Patients," Annals of Internal Medicine, 1993;118:255-267.

Mitsiades, C.S., et al., "Defibrotide (DF) has anti-neoplastic activity against multiple myeloma: Clinical implications for the incorporation of DF in cytotoxic chemotherapeutic regimes," Blood, vol. 102, No. 11, Nov. 16, 2003, p. 693a, Abstract 2567, Poster Board #-Session: 738-II.

Mitsiades, C.S. et al., "Defibrotide (DF) Targets Tumor-Microenvironmental Interactions and Sensitizes Multiple Myeloma and Solid Tumor Cells to Cytotoxic Chemotherapeutics," Blood (ASH Annual Meeting Abstracts), 2004, vol. 104, Abstract 286, 1 page.

Mitsiades, C.S. et al., "Preclinical Studies in Support of Defibrotide for the Treatment of Multiple Myeloma and Other Neoplasias," Clin Cancer Res 2009; 15(4), Feb. 15, 2009, pp. 1210-1221.

Mitsiades, C.S., "Defibrotide (DF) an Orally Bioavailable Modulator of Myeloma Tumor-Microenvironment Interactions: Molecular Sequelae and Clinical Implications," Blood (ASH Annual Meeting Abstracts), 2006 108: Abstract 3523, Poster Board #—Session: 752-III, 2 pages.

Mondesire, W. et al., "Targeting Mammalian Target of Rapamycin Synergistically Enhances Chemotherapy-Induced Cytotoxicity in Breast Cancer Cells," Clinical Cancer Research, vol. 10, Oct. 2004, pp. 7031-7042.

Morabito, A. et al., "Antiangiogenic strategies, compounds, and early clinical results in breast cancer," Critical Reviews in Oncology/Hematology, vol. 49, 2004, pp. 91-107.

Murohara, T. et al., "Cardioprotective actions of oligotide, a single stranded polydeoxyribunucleotide complex, in myocardial ischaemia and reperfusion injury," British Journal of Pharmacology, vol. 117, 1996, pp. 1000-1008.

National Library of Medicine, "Defibrotide"—Medical Subject Heading, 2009 MeSH, MeSH Supplementary Concept Data, 1 page.

Niada, R., et al., "PGI2-generation and antithrombotic activity of orally administered defibrotide," Pharmacological Research Communications, vol. 14, Issue 10, Nov. 1982, pp. 949-957. Abstract Only.

Nieuwenhuizen, W. et al., "Fluorogenic substrates for sensitive and differential estimation of urokinase and tissue plasminogen activator," Haemostasis, 7:146-149 (1978).

Orsino, A. et al., "Childhood acute myelomonocytic leukemia (AML-M4) presenting as catastrophic antiphospholipid antibody syndrome," Journal of Pediatric Hematology/Oncology, vol. 26, No. 5, May 2004, pp. 327-330.

Osterberg and See, "Toxicity of Excipients-A Food and Drug Administration Perspective," International Journal of Toxicology, 2003, 22:377-380.

Ostrovsky, O. et al., "Genetic variations in the heparanase gene (HPSE) associate with increased risk of GVHD following allogeneic stem cell transplantation: effect of discrepancy between recipients and donors." Blood, Mar. 18, 2010, vol. 115, No. 11, pp. 2319-2328.

Palmer, K.J., et al., "Defibrotide A Review of its Pharmacodynamic and Pharmacokinetic Properties, and Therapeutic Use in Vascular Disorders," Drugs, vol. 45, No. 2, 1993, pp. 259-294.

Parish, C.R. et al., "Heparanase: a key enzyme involved in cell invasion," Biochimica et Biophysica Acta, vol. 1471, 2001, M99-M108.

Parish, C.R. et al., "Treatment of central nervous system inflammation with inhibitors of basement membrane degradation," Immunology and Cell Biology, vol. 76, No. 1, Feb. 1998, pp. 104-113.

Pellegatta, F. et al., "The anti-ischemic drugs defibrotide and oligotide analogously inhibit leukocyte-endothelial cell adhesion in vitro," Transplant International, vol. 9, Suppl. 1, 1996, pp. S420-S424.

Persengiev, S.P. et al., "Nonspecific, concentration-dependent stimulation and repression of mammalian gene expression by small interfering RNAs (siRNAs)," RNA, vol. 10, 2004, pp. 12-18.

Pescador, R. et al., "An Integrated View of the Activities of Defibrotide," Seminars in Thrombosis and Hemostasis, vol. 22, Suppl. 1, 1996, pp. 71-75.

Plaut, "p-Nitrobenzyl p-Toluenesulfonyl-L-Arginine: A Chromogenic Substrate for Thrombin, Plasmin, and Trypsin," Haemostasis, vol. 7: 105-108, 1978.

Podar, K. et al., "The pathophysiologic role of VEGF in hematologic malignancies: therapeutic implications," Blood, vol. 105, No. 4, Feb. 15, 2005, pp. 1383-1395.

Porta et al., "High-Performance Liquid Chromatography Determination of Polydeoxyribonucleotides in Plasma: Its Application to the Determination of Defibrotide's Pharmacokinetics in the Rabbit," Analytical Biochemistry, vol. 204: 143-146, 1992.

Prino, G. et al., Indagini preliminari sull'attivita fibrinolitica, nell'animale E nell'uomo, di una nuova sostanza presente in diversi organi animali, Simposio Internazionale, La Ricerca Scientifica Nell'Industria Farmaceutica in Italia, Risultati e Ruolo Internazionale, Roma, Oct. 2-4, 1975 (with English summary), 7 pages.

Prosper, F. et al., "Mobilization and Homing of Peripheral blood Progenitors Is Related to Reversible Downregulation of a4B1

(56) **References Cited**

OTHER PUBLICATIONS

Integrin Expression and Function," The American Society for Clinical Investigation, Inc., vol. 101, No. 11, Jun. 1998, pp. 2456-2467.

PureLink Brochure, "Nucleic Acid Purification" Invitrogen, 2007, 8 pages.

Ranieri et al., "Defibrotide in the treatment of Raynaud's phenomenon in patients with progressive systemic sclerosis or essential mixed cryoglobulinemia," Current Therapeutic Research, vol. 53:48-58, 1993.

Richardson et al., "Defibrotide for the Treatment of Severe Hepatic Veno-Occlusive Disease and Multiorgan Failure after Stem Cell Transplantation: A Multicenter, Randomized, Dose-Finding Trial," Biol Blood Marrow Transplant 16: 1005-1017, 2010.

Richardson et al., "Multi-institutional use of defibrotide in 88 patients after stem cell transplantation with severe veno-occlusive disease and multisystem organ failure: response without significant toxicity in a high-risk population and factors predictive of outcome," Blood 100(13):4337-4343, 2002.

Richardson et al., "Defibrotide (DF) in the Treatment of Severe Hepatic Veno- Occlusive Disease and Multi-Organ Failure (MOF) Following Stem Cell Transplantation (SCT): Results of a Phase 3 Study Utilizing a Historical Control," Blood, vol. 114, 22, Abstract 654, 2009, 3 pages.

Richardson, P.G. et al., "Treatment of severe veno-occlusive disease with defibrotide: compassionate use results in response without significant toxicity in a high-risk population," Blood, vol. 92, No. 3, Aug. 1, 1998, pp. 737-744.

Rowlings, P.A. et al., "IBMTR Severity Index for grading acute graft-versus-host disease: retrospective comparison with Glucksberg grade," British Journal of Haematology, 1997, 97, pp. 855-864.

Ruutu, T et al., "Diagnostic criteria for hematopoietic stem cell transplant-associated microangiopathy: results of a consensus process by an International Working Group," Haematologica/The Hematology Journal, 2007; 92(1):95-100.

Schroder, "Defibrotide protects endothelial cells, but not L929 tumour cells, from tumour necrosis factor-alpha-mediated cytotoxicity," Journal of Pharmacy and Pharmacology, vol. 47, 1995, pp. 250-252.

Simizu, S. et al., "Heparanase as a molecular target of cancer chemotherapy," Cancer Science, vol. 95, No. 7, Jul. 2004, pp. 553-558.

Sosa E.C., "Veno-Occlusive Disease in Hematopoietic Stem Cell Transplantation Recipients," Clinical Journal of Oncology Nursing, 2012, 16(5): pp. 507-513.

Stanford Health Care ECL sheet: 1 page total. Retrieved from the internet Oct. 7, 2016, 1 page.

Staton, C.A. et al., "Current methods for assaying angiogenesis in vitro and in vivo," International Journal of Experimental Pathology, vol. 85, 2004, pp. 233-248.

Stephan, S. et al., "Effect of Rapamycin Alone and in Combination with Antiangiogenesis Therapy in an Orthotopic Model of Human Pancreatic Cancer," American Association for Cancer Research, 2004, vol. 10, pp. 6993-7000.

Sun, H.C. et al., "Microvessel density of hepatocellular carcinoma: its relationship with prognosis," Journal of Cancer Research and Clinical Oncology, vol. 125, 1999, pp. 419-426.

Tai, BC et al., "Competing risks analysis of patients with osteosarcoma: a comparison of four different approaches," Statis. Med. 2001; 20:661-684.

Tamsma, J.T. et al., "Expression of glomerular extracellular matrix components in human diabetic nephropathy: decrease of heparan sulphate in the glomerular basement membrane," Diabetologia, vol. 37, 1994, pp. 313-320.

Trichon, B.H. et al., "Acute coronary syndromes and diabetes mellitus," Diabetes and Vascular Disease Research, vol. 1, Issue 1, May 2004, pp. 23-32.

Van Den Born, J. et al., "Distribution of GBM heparan sulfate proteoglycan core protein and side chains in human glomerular diseases," Kidney International, vol. 43, 1993, pp. 454-463.

Van't Veer et al., "Gene expression profiling predicts clinical outcome of breast cancer," Nature, vol. 415, Jan. 31, 2002, pp. 530-536.

Verheul, H.M.W. et al., "Are tumours angiogenesis-dependent?," Journal of Pathology, vol. 202, 2004, pp. 5-13.

Vermeulen, M. et al., "Role of Adhesion Molecules in the Homing and Mobilization of Murine Hematopoietic Stem and Progenitor Cells," Blood, vol. 92, No. 3, Aug. 1, 1998, pp. 894-900.

Vingolo, E.M., et al., "Treatment of nonproliferative diabetic retinopathy with Defibrotide in noninsulin-dependent diabetes mellitus: A pilot study," Acta Opthalmologica, vol. 77, 1999, pp. 315-320.

Vlodavsky, I. et al., "Mammalian heparanase: Gene cloning, expression and function in tumor progression and metastasis," Nature Medicine, vol. 5, No. 7, Jul. 1999, pp. 793-802.

Vlodavsky, I. et al., "Molecular properties and involvement of heparanase in cancer metastasis and angiogenesis," The Journal of Clinical Investigation, vol. 108, No. 3, Aug. 2001, pp. 341-347.

Voskoglou-Nomikos, T, et al., "Clinical Predictive Value of the In Vitro Cell Line, Human Xenograft, and Mouse Allograft Preclinical Cancer Models", Clinical Cancer Research 9(11), (2003), 4227-4239.

Weidner, N. et al., "Tumor angiogenesis: a new significant and independent prognostic indicator in early-stage breast carcinoma," Journal of the National Cancer Institute, vol. 84, No. 24, Dec. 16, 1992, pp. 1875-1887.

Written Opinion for International Application No. PCT/IT2010/000451, dated Jun. 22, 2011, 4 pgs.

Xiangming, C. et al., "Angiogenesis as an unfavorable factor related to lymph node metastasis in early gastric cancer," Annals of Surgical Oncology, vol. 5, No. 7, 1998, pp. 585-589.

Yang, Y. et al., "Heparanase promotes the spontaneous metastasis of myeloma cells to bone," Blood, vol. 105, No. 3, Feb. 1, 2005, pp. 1303-1309.

Yanik et al., "Defibrotide Therapy for Sars Cov2 Acute Respiratory Distress Syndrome" Blood, 138, 3237-3238, 2021.

Abecasis et al., "Defibrotide as salvage therapy for refractory veno-occlusive disease of the liver complicating allogenic bone marrow transplantation," Bone Marrow Transplantation, (1999) 23, 843-846.

Abshire et al., "Laboratory Assessment of Fibrinolysis," Transfusion Medicine and Hemostasis (editor Hillyer et al.), 2009, Chapter 130, 7 pages.

Almaject's Preliminary Invalidity Contentions For Plaintiffs' Jul. 28, 2025 Asserted Claims, Civil Action No. 25-cv-02785, Aug. 20, 2025, 598 pages.

Barker et al., "Plasminogen and plasmin in Alzheimer's disease," Brain Research, 2010, 1355: 7-15.

Bastian et al., "Casein Interference in Bovine Plasmin Assays Using a Synthetic Substrate," Journal of Dairy Science, 1991, vol. 74, No. 12, 4119-4124.

Bearman, S., "The Syndrome of Hepatic Veno-occlusive Disease After Marrow Transplantation," Blood, vol. 85, No. 11 (Jun. 1), 1995: pp. 3005-3020.

Bearman, S., "Veno-occlusive disease of the liver," Current Opinion in Oncology 2000, 12:103-109.

Bianchi, G. et al., "Difibrotide, a single-stranded polydeoxyribonucleotide acting as an adenosine receptor agonist," European Journal of Pharmacology, 238 (1993) 327-334.

Bonini et al., "Low-dose defibrotide after allogeneic stem cell transplantation as prophylaxis of veno-occlusive disease of the liver. A single-centre experience," Bone Marrow Transplantation, 2008, vol. 41, Abstract R1298, p. S419.

Bulley et al., "Difibrotide for the Treatment of Hepatic Veno-Occlusive Disease in Children," Pediatr Blood Cancer 2007;48:700-704.

Carreras et al., "Defibrotide for the Treatment of Veno-Occlusive Disease Post SCT: Preliminary Results of EU Compassionate Use Program in 332 Patients Confirm Promising Activity and Manageable Toxicity," Blood (2007) 110 (11) :613 (2 pages).

Carreras et al., "Early complications after HSCT," Haematopoietic Stem Cell Transplantation (eds.: Apperley J. et al.) 2012, Chapter 11, pp. 177-195.

(56)        **References Cited**

OTHER PUBLICATIONS

Carreras et al., "Incidence and Outcome of Hepatic Veno-Occlusive Disease After Blood or Marrow Transplantation: A Prospective Cohort Study of the European Group for Blood and Marrow Transplantation," Blood, vol. 92, No. 10 (Nov. 15), 1998: pp. 3599-3604.

Carreras et al., "The Incidence of Veno-Occlusive Disease Following Allogeneic Hematopoietic Stem Cell Transplantation Has Diminished and the Outcome Improved over the Law Decade," Biol Blood Marrow Transplant 17:1698-1720, 2011.

Cash, J.D. et al., "Technical Methods: Automatic Determinations of Euglobulin Lysis Time," Journal of Clinical Pathology, 1965, vol. 18, No. 6, 821-23.

Center for Drug Evaluation and Research, Defibrotide Injection, Application No. 2081140rig1s000, Chemistry Review(s), NDA 208114, Addendum to Review #1, Review Date: Mar. 25, 2016, 41 pages.

Center for Drug Evaluation and Research, Defibrotide Injection, Application No. 2081140rig1s000, Medical Review(s), Mar. 29, 2016, 241 pages.

Center for Drug Evaluation and Research, Defibrotide Injection, Application No. 2081140rig1s000, Other Review(s), Mar. 29, 2016, 95 pages.

Cesari et al., "Plasminogen activator inhibitor-1 (PAI-1): a key factor linking fibrinolysis and age-related subclinical and clinical conditions," Cardiovasc Ther. Oct. 2010; 28(5): e72-e91.

Chakrabarti et al., "Methodological study and a recommended technique for determining the eublobulin lysis time," J. Clin. Path. (1968), 21, 698-701.

Coccheri et al., "Acute Effects fo Defibrotide, an Experimental Antithrombotic Agent, on Fibrinolysis and Blood Prostanoids in Man," Eur J. Clin Pharmacol, 1998, 35: 151-156.

Cochran et al., "The CD-loop of PAI-2 (SERPINB2) is redundant in the targeting, inhibition and clearance of cell surface uPA activity," BMC Biotechnology, 2009, 9:43, 9 pages.

Corbacioglu et al., "Defibrotide (DF) for the Prevention of Hepatic Veno-Occlusive Disease (VOD) in Pediatric Stem Cell Transplantation: Results of a Prospective Phase II/III Randomized, Multicenter Study," Blood (2009) 114 (22) : 653, Abstract 653 (3 pages provided).

Carbacioglu et al., "Defibrotide in the treatment of children with veno-occlusive disease (VOD): a retrospective multicentre study demonstrates therapeutic efficacy upon early intervention," Bone Marrow Transplantation (2004) 33, 189-195.

Corbacioglu, S. et al., "Defibrotide for the treatment of hepatic veno-occlusive disease in children after hematopoietic stem cell transplantation," Expert Rev Hematol. Jun. 2012; 5(3):291-302.

Dobrovolsky et al., "The Fibrinolysis System: Regulation of Activity and Physiologic Functions of Its Main Components," Biochemistry (Moscow), vol. 67, No. 1, 2002, pp. 99-108. Translatedfrom Biokhimiya, vol. 67, No. 1, 2002, pp. 116-126.

Drenos et al., "Increase of Plasma Fibrinogen Levels and Variability with Age in a Sample of Middle Aged Healthy Men," Annals of Human Genetics (2007) 71, 43-53.

Dubash D. et al., "Water," Handbook of Pharmaceutical Excipients (ed. Rowe et al.), Sixth edition, Pharmaceutical Press, American Pharmacists Association, 2009, 766-770.

Echart et al., "Defibrotide Counteracts the Modifications of Anti-Thrombotic Phenotype of Endothelial Cells Induced by Thalidomide," Blood (2007) 110 (11) :2502, Abstract (2 pages provided).

Echart et al., "Reduced Fibrinolysis in the Hepatic Venous Occlusive Disease: Effect of Difibrotide on Plasmin Activity," Blood (2007) 110 (11):1192, Abstract (2 pages provided).

Elder and Crowley, "Antimicrobial Preservatives Part Three: Challenges Facing Preservative Systems," American Pharmaceutical Review, Jan. 1, 2012, 13 pages.

EU Clinical Trials Register, EudraCT No. 2004-000592-33, Prospective Study of the Incidence and Outcome of Venoocclusive Disease (VOD) with the Prophylactic Use of Defibrotide (DR, Gentium, Italy) in Pediatric Stem Cell Transplantation, Jan. 20, 2006, 5 pages.

FDA, Drug Approvals and Databases, Defitelio Injection, Mar. 30, 2016, 1 page.

FDA Label for "Defitelio (defibrotide sodium) injection, for intravenous use", Highlights of Prescribing Information, Revised Mar. 2016, 11 pages.

Ferraresso et al., "Immunosuppressive Effects of Defibrotide," Transplantation, Oct. 1993, vol. 56, No. 4, 928-933.

Flight et al., "Resistance of porcine blood clots to lysis relates to poor activation of porcine plasminogen by tissue plasminogen activator," Blood Coagulation and Fibrinolysis 2006, 17:417-420.

Friberger et al., "Appendix 1-6," Scandinavian Journal of Clinical and Laboratory Investigation, 1982, 42:sup162, 79-88.

Friberger et al., "Chromogenic Substrates," Scandinavian Journal of Clinical and Laboratory Investigation, 1982, 42:sup162, 15-24.

Friberger et al., "Functional Assays of the Components of the Fibrinolytic System Using A Plasmin Sensitive Substrate—A Review," Synthetic Substrates In Clinical Blood Coagulation Assays (ec.: Lijnen et al.), 1980, pp. 73-92.

Gaffney et al., "Activation of Plasminogen as a Feature in its Assay," Haemostasis 6: 72-88 (1977).

Gaffney, "Plasminogen activity", ECAT Assay Procedures A Manual of Laboratory Techniques (edl: Jespersen et al.), 1992, Chapter 20, pp. 155-163.

Gaffney, "Plasminogen activity", ECAT Assay Procedures A Manual of Laboratory Techniques (ed.: Jespersen et al.), 1999, Chapter 27, pp. 247-255.

Gaffney, "Standardization of Plasminogen Assays", Haemostasis 18: suppl. 1, pp. 47-60 (1988).

Gagné, F., "Tissue Preparation and Subcellular Fractionation Techniques," Biochemical Ecotoxicology, Principles and Methods, 2014, Chapter 2, pp. 21-31.

Gagné, F., "Tissue Preparation and Subcellular Fractionation Techniques," Biochemical Ecotoxicology, Principles and Methods, 2014, Chapter 2, pp. 21-31 (Chapter 2, 4 pages only).

Gentium S.p.A. Form 20-F 2009 Filing Details, 1 page.

Gentium S.p.A., Form 20-F, As filed with the Securities and Exchange Commission on Mar. 31, 2009, 176 pages.

Gentium S.p.A., "Gentium Announces NDA Submission for Defibrotide," Worldwide Biotech, Aug. 1, 2011, vol. 23; Issue 8, 3 pages.

Gentium S.p.A., "Gentium Announces Submission of a Marketing Authorization Application for Defibrotide to the European Medicines Agency," GlobalNewswire, May 10, 2011, 3 pages.

Gentium S.p.A., "Gentium signs technical transfer services agreement with Patheon," Datamonitor Financial Deals Tracker, Feb. 2, 2009, 2 pages.

Good, N. E. et al., "Hydrogen Ion Buffers for Biological Research," Biochemistry. Feb. 1966; 5(2): 467-477.

Grimaudo et al., "Diurnal Variation of the Fibrinolytic System," Thrombosis and Haemostasis, 59(3): 495-499 (1988).

Guglielmelli et al., "Update on the use of defibrotide," Expert Opin. Biol. Ther. (2012) 12(3):353-361.

Gyzander and Teger-Nilsson, "Activity of the alpha 2-macroglobulin-plasmin complex on the plasmin specific substrate H-D-Val-Leu-Lys-p-nitroanilide," Thrombosis Research, 1980, 19:165-175.

Hasenkamp et al., "Prevention of Veno-Occlusive Disease in hematopoietic Stem Cell Transplantation Due to Defibrotide Prophylaxis," Blood (2004) 104 (11): 1139, Abstract, 2 pages.

Hastings et al., "Neuroserpin, a Brain-associated Inhibitor of Tissue Plasminogen Activator Is Localized Primarily in Neurons," The Journal of Biological Chemistry, 1997, vol. 272, No. 52, pp. 33062-33067.

Haussmann et al., "Hepatic veno-occlusive disease in pediatric stem cell transplantation: impact of pre-emptive antithrombin III replacement and combined antithrombin III/defibrotide therapy," Haematologica 2006; 91-795-800.

Hedlin et al., "A Comparative Study of Fibrinolytic Activity in Human, Rat, Rabbit, and Dog Blood," Canadian Journal Physiol. Pharmacol., 1972, vol. 50, pp. 11-16.

Case 2:25-cv-02529   Document 1   Filed 03/13/26   Page 24 of 54 PageID: 24

(56) **References Cited**

OTHER PUBLICATIONS

Heegaard et al., "Plasminogen Activators in Bovine Milk During Mastitis, an Inflammatory Disease," Fibrinolysis, 1994, 8, 22-30.

Hellgren, M., "Hemostasis during Normal Pregnancy and Puerperium," Semin Thromb Hemost. Apr. 2003; 29(2): 125-130.

Helmy et al., "Review article: updates in the pathogenesis and therapy of hepatic sinusoidal obstruction syndrome," Aliment Pharmacol Ther 2006, 23, 11-25.

Hizal et al., "Investigation of the Fibrinolytic Activity of Defibrotide Fractions," Gen. Pharmar. vol. 25, No. 8, pp. 1617-1620, 1994.

Ho et al., "Hepatic veno-occlusive disease after hematopoietic stem cell transplantation: updated on defibrotide and other current investigational therapies," Bone Marrow Transplantation (2008) 41, 229-237.

Hommeyer et al., "Venocclusive Disease of the Liver: Prospective Study of US Evaluation," Radiology 1992, 184: 683-686.

Jalandhara et al., "Hepatic Veno-Occlusive Disease in a Kidney Transplant Patient: Case Report and Review of the Literature," Dialysis and Transplantation, May 2011, 226-230.

*Jazz Pharmaceuticals, Inc. And Gentium S.r.L.*, Plaintiffs, v. *Almalect, Inc., Alvogen, Inc., and Alvogen PB Research and Development LLC*, Defendants. Complaint For Patent Infringement. United States District Court District of New Jersey. Case 2:25-cv-02785-SRC-LDW, filed Apr. 16, 2025, 67 pages.

Jones and Safi, "Ecology and evolution of mammalian biodiversity," Phil. Trans. R. Soc. B (2011) 366, 2451-2461.

Jones et al., "Venoocclusive Disease Of The Liver Following Bone Marrow Transplantation," Transplantation, 1987, vol. 44, No. 6, 778-783.

Kato et al., "New Fluorogenic Peptide Substrates for Plasmin," J. Biochem. 88, 183-190 (1980).

Korycka-Dahl et al., "Plasmin Activity in Milk," J Dairy Sci. 1983 66: 704-711.

Kumar et al., "Hepatic Veno-occlusive Disease (Sinusoidal Obstruction Syndrome) After Hematopoietic Stem Cell Transplantation," Mayo CGn Proc. 2003;78:589-598.

Latallo et al., "Fibrinolytic system of guinea pig serum," Am. J. Physiol., 196(4):775-778, 1959.

Lawson et al., "A Sensitive Fluorescent Assay for Determining 2-Plasmin Inhibitor Using a Synthetic Substrate," Thrombosis Research, 1979, 14; 323-332.

Lee et al., "Historical introduction," Textbook of Hemophilia, Second Edition, 2010, pp. 1-6.

Lijnen et al., "In Vitro Fibrinolytic Activity of Recombinant Tissue Type Plasminogen Activator in the Plasma of Various Primate Species," Thromb Haemostas (Stuttgart) 52 (3) 308-310 (1984).

Lämmle et al., "Different Assessment of Plasmin with Different Substrates. In vitro Aleteration of Plasmin, Influence of Epsilon-Aminocaproic Acid and Tranexamic Acid upon its Activity," Thromb Haemost., 1980, 43(2): 112-117.

Mantovani et al., "Activation of fibrinolytic processes by a substance of polydesoxynucleotidic nature (Fraction P)," Advances in coagulation, fibrinolysis, platelet aggregation and atherosclerosis, Proceedings of the European Symposium, S. Flavia (Palermo), Oct. 6-9, 1976, pp. 274-281.

Matute-Bello et al., "Association of pulmonary function testing abnormalities and severe veno-occlusive disease of the liver after marrow transplantation," Bone Marrow Transplantation, (1998) 21, 1125-1130.

Milone et al., "Defibrotide in Prevention of Liver Toxicity in Patients at High Risk of VOD after HSC Transplantation," Blood (2008) 112 (11) :3275, Abstract, 2 pages.

Mitsiades et al., "Defibrotide (DF), an Orally Bioavailable Modulator of Myeloma Tumor-Microenvironment Interactions: Molecular Sequelae and Clinical Implications," Blood (2006) 108(11): 3523, Abstract, 2 pages.

Mohan, C., "Buffers: A guide for the preparation and use of buffers in biological systems," Calbiochem, 2003 EMD Biosciences, Inc, 37 pages.

Morabito et al., "Insights into defibrotide: an updated review," Expert Opin. Biol. Ther. (2009) 9(6)763-772.

Mussoni et al., "Plasminogen Assay in Rabbit, Rat and Mouse Plasma Using the Chromogenic Substrate S-2251," Thrombosis Research, 1979, 13; 341-349.

Noseda et al., "Pharmacokinetics of Defibrotide in Healthy Volunteers," Haemostasis 16: suppl. 1, pp. 26-30 (1986).

Novokhatny et al., "Thrombolytic potency of acid-stabilized plasmin: superiority over tissue-type plasminogen activator in an in vitro model of catheter-assisted thrombolysis," Journal of Thrombosis and Haemostasis, 2003, 1: 1034-1041.

Ohki, Y. et al., "Automated plasmin assay of euglobulin fraction with chromogenic substrate S-2251 and ABA-100," Blood & Vessel. 1980; 11(3): 491-494.

Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations, Patent and Exclusivity for: N208114, Aug. 15, 2025, 2 pages.

Palomo et al., "Defibrotide Prevents the Activation of Macrovascular and Microvascular Engothelia Cause by Soluble Factors Released to Blood by Autologous Hematopoietic Stem Cell Transplantation," Biol Blood Marrow Transplant 17: 497-506 (2011).

Palumbo et al., "Lephalan, prednisone, thalidomide and defibrotide in relapsed/refractory multiple myeloma: results of a multicenter phase I/II trial," Haematologica 2010, 95(7): 1144-1149.

Pasuini et al., "2013 Report from the Center for International Blood and Marrow Transplant Research (CIBMTR): Current Uses and Outcomes of Hematopoietic Cell Transplants for Blood and Bone Marrow Disorders," Clinical Transplants 2013, Chapter 22, pp. 187-197.

Pescador, R. et al., "Effects of defibrotide on leukocytosis in rabbits with diet-induced atherosclerosis," Life Sci. 1995: 57(6): 579-589.

Philo, R. D. et al., "Plasmin potency estimates; influence of the substrate used in assay," Thromb Haemost. Apr. 30, 1981; 45(2): 107-109.

Pihusch, M. et al., "Diagnosis of hepatic veno-occlusive disease by plasminogen activator inhibitor-1 plasma antigen levels: a prospective analysis in 350 allogeneic hematopoietic stem cell recipients," Transplantation. Nov. 27, 2005; 80(10): 1376-1382.

Porta, R. et al., "Pharmacokinetics of defibrotide and of its profibrinolytic activity in different animal species. Effects on the levels of fibrinolysis inhibitors and of fibrinogen/fibrin degradation products (FD) (* DCI)," Progress in Fibrinolysis (ed. Davidson et al.), vol. 7, Longman Group Limited. 1985; Chapter 83, 322-326.

Prisco, D. et al., "Euglobulin lysis time in fresh and stored samples," Am J Clin Pathol. Dec. 1994; 102(6): 794-796.

Qureshi, A. et al., "Defibrotide in the prevention and treatment of veno-occlusive disease in autologous and allgenic stem cell transplantation in children," Pediatr Blood Cancer. Apr. 2008; 50(4): 831-832.

Ramasamy, K. et al., "Incidence and management of hepatic venocclusive disease in 237 patients undergoing reduced-intensity conditioning (RIC) haematopoietic stem cell transplantation (HSCT)," Bone Marrow Transplant. Dec. 2006; 38(12): 823-824.

Richardson, P. et al., "Defibrotide (DF) for the Treatment of Severe Veno-Occlusive Disease (sVOD) and Multi-Organ Failure (MOF) Post SCT: Final Results of a Multi-Center, Randomized, Dose-Finding Trial," Blood. Nov. 16, 2006; 108(11): 2 pages.

Richardson, P. et al., "Defibrotide (DF) In The Treatment of Severe Hepatic Veno-Occlusive Disease (VOD) with Multi-Organ Failure (MOF): Results of a Treatment IND Expanded Access Protocol," Blood. Nov. 19, 2010; 116(21): 3 pages.

Richardson, P. et al., "Use of defibrotide in the treatment and prevention of veno-occlusive disease," Expert Rev Hematol. Aug. 2009; 2(4): 365-376.

Richardson, P. G. et al., "Safety and efficacy of defibrotide for the treatment of severe hepatic veno-occlusive disease," Ther Adv Hematol. Aug. 2012; 3(4): 253-265.

Richrdson, P. G. et al., "Meta-Analysis of Defibrotide (DF) In the Treatment of Severe Hepatic Veno-Occlusive Disease (VOD) with Multi-Organ Failure (MOF) with Comparison to a Historical Control (HC)," Blood. Nov. 19, 2010; 116(21): 3 pages.

# US 12,529,052 B2

Page 9

(56)    **References Cited**

OTHER PUBLICATIONS

Rowe et al. (eds.), Handbook of Pharmaceutical Excipients, Sixth edition, 2009, pp. 5-6, 181-183, 441-445, 596-596, 620-622, 640-642 (22 pages).

Sacha, G. A. et al., "Practical fundamentals of glass, rubber, and plastic sterile packaging systems," Pharm Dec Technol. Jan.-Feb. 2010; 15(1): 6-34.

Salat, C. et al., "Plasminogen activator inhibitor-1 confirms the diagnosis of hepatic veno-occlusive disease in patients with hyperbilirubinemia after bone marrow transplantation," Blood. Mar. 15, 1997; 89(6): 2184-2188.

Salat, C. et al., "The Relevance of Plasminogen Activator Inhibitor 1 (PAI-1) as a Marker for the Diagnosis of Hepatic Veno-Occlusive Disease in Patients after Bone Marrow Transplantation," Leuk Lymphoma. Mar. 1999; 33 (1-2): 25-32.

Sane, D. C. et al., "Elevated Urokinase-Type Plasminogen Activator Level and Bleeding in Amyloidosis: Case Report and Literature Review," Am J Hematol. May 1989; 31(1): 53-57.

Scicli, A. G. et al., "Relationship between structure and correcting activity of bovine high molecular weight kininogen upon the clotting time of Fizgerald-trait plasma," J Exp Med. Apr. 1, 1979; 149(4): 847-855.

Sherry, S. et al., "Acvitity of plasmin and streptokinase-activator on substituted arginine and lysine ester," Thromb Diath Haemorrh. Jul. 31, 1966; 16(1): 18-31.

Shulman, H. M. et al., "Venoocclusive Disease of the Liver After Marrow Transplantation: Histological Correlates of Clinical Signs and Symptoms," Hepatology. May 1994; 19(5): 1171-1181.

Siller-Matula, J. M. et al., "Interspecies differences in coagulation profile," Thromb Haemost. Sep. 2008; 100(3): 397-404.

Simon, M. et al., "Retrospective multivariate analysis of hepatic veno-occlusive disease after blood or marrow transplantation: possible beneficial use of low molecular weight heparin," Bone Marrow Transplant. Mar. 2001; 27(6): 627-633.

Simon, R. A., "Adverse reactions to drug additives," J Allergy Clin Immunol. Oct. 1984; 74(4 Pt 2): 623-630.

Steele, G., "Preformulation as an Aid to Product Design in Early Drug Development," Pharmaceutical Preformulation and Formulation: A Practical Guide from Candidate Drug Selection to Commercial Dosage Form (ed. Gibson), 2nd edition, Drugs and the Pharmaceutical Sciences. CRC Press, 2009; 199: 219-220.

Stevens, J. D. et al., "Plasminogen activator in human tears," Eye (Lond). 1992:6 (Pt 6): 653-658.

Sucak, G. T. et al., "Treatment of sinusoidal obstruction syndrome with defibrotide: a single-center experience," Transplant Proc. Jun. 2007; 39(5): 1558-1563.

Takada, A. et al., "Fluctuations of euglobulin lysis time, tissue plasminogen activator, and free and total plasminogen activator inhibitor levels in plasma in daytime," Thromb Res. Jan. 1, 1990; 57(1): 13-20.

Takada, A. et al., "Influence of Coagulation on the Activation of Plasminogen by Streptokinase and Urokinase," Thromb Haemost. Oct. 31, 1979; 42(3): 901-908.

Technical Transfer Services Agreement between Patheon International A.G. and Gentium S.p.A. dated Feb. 2, 2009, 16 pages.

Teger-Nilsson, A. C., "Use of chromogenic substrates for screening of inhibitors of coagulation and fibrinolysis in patients," Chromogenic Peptide Substrates: chemistry and clinical usage (ed. Scully et al.), Longman Group Limited. 1979; Chapter 27, 269-276.

U.S. Department of Health and Human Services et al., "Defitelio Approval Letter", Mar. 30, 2016, NDA 208114, 8 pages.

Vallet-Pichard, A. et al., "Veno-occlusive disease of the liver in renal transplant patients," Nephrol Dial Transplant. Aug. 2003; 18(8): 1663-1666.

Van Vliet, H. H. D. M., "Experiences with the Determination of Kallikrein, Plasminogen and Antiplasmin Using Chromogenic Substrates: Clinical Application," Synthetic Substrates in Clinical Blood Coagulation Assays (ed. Lijnen et al.), Martinus Nijhoff Publishers. 1980; 103-112.

Verheijen, J. H. et al., "A Simple, Sensitive Spectrophotometric Assay for Extrinsic (Tissue Type) Plasminogen Activator Applicable to Measurements in Plasma," Thromb Haemost. Dec. 27, 1982; 48(3): 266-269.

Versluys, B. et al., "Prophylaxis with defibrotide prevents veno-occlusive disease in stem cell transplantation after gemtuzumab ozogamicin exposure," Blood. Mar. 1, 2004; 103(5): pp. 1968.

Violi, F. et al., "Effect of oral defibrotide on tissue-plasminogen activator and tissue-plasminogen activator inhibitor balance," Eur J Clin Pharmacol. 1992; 42(4): 379-383.

Violi, F. et al., "Improvement of Walking Distance by Defibrotide in Patients with Intermittent Claudication—results of randomized, placebo-controlled study (the DICLIS study)," Thromb Haemost. May 2000; 83(5): 672-677.

Winek, C. L., "History of Excipient Safety and Toxicity," Excipient Toxicity and Safety (ed. Weiner et al.), Marcel Dekker, Inc., 2000; Chapter 3, 59-72.

Wun, T. C. et al., "An inhibitor of plasminogen activation from human placenta. Purification and characterization," J Biol Chem. Mar. 15, 1987; 262(8): 3646-3653.

Zhang, L. et al., "Defibrotide for the prevention of hepatic veno-occlusive disease after hematopoietic stem cell transplantation: a systematic review," Clin Transplant. Jul.-Aug. 2012; 26(4): 511-519, Epub Mar. 20, 2012.

Case 2:26-cv-02529   Document 1   Filed 03/13/26   Page 27 of 54 PageID: 27

Figure 1



Figure 2



Figure 3



US 12,529,052 B2

1

# EUGLOBULIN-BASED METHOD FOR DETERMINING THE BIOLOGICAL ACTIVITY OF DEFIBROTIDE

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 18/953,184, filed Nov. 20, 2024, which is a continuation of U.S. application Ser. No. 18/351,241, filed Jul. 12, 2023, which is a continuation of U.S. application Ser. No. 17/396, 028, filed Aug. 6, 2021, now U.S. Pat. No. 11,746,348, which is a continuation of U.S. application Ser. No. 16/816, 741, filed Mar. 12, 2020, now U.S. Pat. No. 11,085,043, which is a continuation of U.S. application Ser. No. 15/844, 801 filed Dec. 18, 2017, now abandoned, which is a continuation of U.S. application Ser. No. 14/408,272 filed Dec. 15, 2014, now U.S. Pat. No. 9,902,952, and which is a 371 of international PCT/IT2012/000193, filed Jun. 22, 2012, each of which is herein incorporated by reference in its entirety.

## TECHNICAL FIELD OF THE INVENTION

The present invention relates to a method for determining the biological activity of defibrotide and, more especially, relates to an inert enzymatic method for determining the biological activity of defibrotide.

## BACKGROUND OF THE INVENTION

Defibrotide (Merck Index, 1996, no. 2915) is a substance of natural origin which is obtained by extraction from animal organs and which is constituted by the sodium salt of polydeoxyribonucleotides having a low molecular weight. Defibrotide has been the subject of numerous pharmacological investigations which have suggested that it be applied in therapy as an anti-thrombotic agent (U.S. Pat. No. 3,829, 567).

In addition, defibrotide has also been used successfully in the treatment of peripheral arteriopathies, in acute renal insufficiency (U.S. Pat. No. 4,694,134) or in acute myocardial ischaemia (U.S. Pat. No. 4,693,995).

Defibrotide is currently undergoing clinical trials to be used for the treatment and prevention of venous occlusive disease (VOD).

Like other biological substances which are obtained by extraction, defibrotide is also subject to a limited variability of composition which is typical of natural biopolymers. A classical example of this situation is provided by heparin whose variability from batch to batch in terms of chain length, molecular weight, composition, degree of sulphatation, etc. is well known. The consequence of this is that the same amounts by weight of defibrotide could in fact be non-equivalent from the point of view of a specific biological activity.

The process of extraction, isolation and purification cannot per se ensure absolute reproducibility of the product, precisely owing to its intrinsic biopolymeric nature.

However, if well controlled, it is possible to reduce this variability: for that purpose, studies have been made of standardized industrial processes for isolating defibrotide by extraction from organs, such as, for example, that described in United States patent U.S. Pat. No. 4,985,552.

The product obtained according to the above-mentioned process is characterized by the determination of some specific physico-chemical parameters, such as, for example,

2

electrophoretic mobility, the coefficient of extinction, optical rotatory power and mass-average relative molecular mass. However, those parameters depend basically on the structure of defibrotide and are not capable of providing information on the biological activity thereof.

As far as we know, the only methods that have been reported to be used hitherto to evaluate the biological activity of defibrotide are the fibrin plate test and the thromboelastographic recording of the euglobulin lysis time [Prino G., Mantovani M., Niada R., Coccheri S., Butti A., Indagini preliminari sull'attivita fibrinolitica, nell'animale e nell'uomo, di una nuova sostanza presente in diversi organi animali, Simposio Internazionale: La ricerca scientifica nell'industria farmaceutica in Italia, Rome, 2-4 Oct. 1975-11 Farmaco, Ed. Prat.) (1969), 24,552-561] and the method based on plasmin disclosed in U.S. Pat. No. 7,338,777, herein incorporated by reference.

However, the above-mentioned method thromboelastographic recording of the euglobulin lysis time is characterized by considerable experimental complexity, by unsatisfactory reproducibility and precision and, in the specific case of thromboelastographic recording, by a response linearity limited to very restricted concentration ranges.

As to the plasmin-based method, the enzymatic activity of plasmin is normally determined by various standard in vitro tests. One of the most commonly used methods is the determination by spectrophotometry or fluorimetry of the chromogenic or fluorogenic compounds that are freed by the action of plasmin on suitable substrates [Haemostasis, (1978), 7, 138-145]. Peptide substrates having the formula $A_1$-$A_2$-$A_3$-X are generally used in which $A_1$ and $A_2$ are amino acids that are predominantly non-polar, $A_3$ is lysine or arginine and X represents the measurable freed compound, for example para-nitroaniline (pNa) or 2-naphthylamine (NA) [Haemostasis, (1978), 7, 146-149]. In addition to the above-mentioned peptide substrates, success has been achieved using other, simpler, compounds, such as, for example, p-nitrobenzyl-p-toluenesulphonyl-L-arginine [Haemostasis, (1978), 7, 105-108].

The rate at which the compound X is released into the incubation medium is proportional to the activity (Units/mg) of plasmin present in the sample. The method disclosed in U.S. Pat. No. 7,338,777 is thus based on the finding that, in the plasmin-evaluation tests described above, defibrotide increases the rate of release of compound X proportionally to its concentration.

However, such a method is conducted in TRIS buffer without any other plasma/serum activator/inhibitor. Therefore, the procedure does not reflect the physiological condition nor accurately simulates the mechanism of action of defibrotide in vivo.

Hitherto, therefore, no truly valid, precise and reproducible methods have been described and validated for determining the biological activity of defibrotide reflecting in an accurate way the mechanism of action of the product in a complex biological system (in vivo).

We have developed a simple and reliable method for determining the biological activity of defibrotide, which enables the samples obtained by extraction to be controlled and therefore enables medicinal preparations based on defibrotide to be standardized.

The method to which the present invention relates enables the specific biological activity of defibrotide to be determined in comparison with a reference standard with a high degree of precision and accuracy.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a plot showing the kinetics of release of pNA from the substrate S-2251, by means of mammalian

Case 2:25-cv-02529   Document 1   Filed 03/13/26   Page 30 of 54 PageID: 30

3

euglobulin fraction which is activated and non-activated with defibrotide (concentration 0-50 µg/ml, 0-100 min).

FIG. 2 is a plot illustrating the sigmoid that arises in relation to a standard and test sample of defibrotide.

FIG. 3 is a plot showing the "absorbance versus time" of the standard preparations (ex.: S1_Ca, S1_Cb, S1_Cc) identify a suitable linear range (ex.: from 30 to 35 min).

## DESCRIPTION OF THE INVENTION

The present invention therefore relates to a method for determining the specific biological activity of samples of defibrotide, which method comprises the steps of:

a) bringing into contact defibrotide, euglobulin and a substrate specific for the plasmin which, by reaction with the plasmin, provides a measurable product and

b) measuring the amount of product formed at successive times.

The method of the invention is an indirect in vitro method for determining the activity of defibrotide, which is based on the functional interactions between defibrotide and euglobulin.

Euglobulin is that fraction of serum globulin that is insoluble in distilled water but soluble in saline solutions.

Euglobulin contains fibrinogen, PAI-1, tissue plasminogen activator (tPA), plasminogen, and to a lesser extent alpha 2-antiplasmin and also factor VIII.

The present inventors have surprisingly found that defibrotide catalyzes the hydrolysis of plasminogen into plasmin. Consequently, when defibrotide is incubated with euglobulin and a substrate specific for plasmin, such as a peptide of formula A1-A2-A3-X as disclosed by Haemostasis, (1978), 7, 138-149, herein incorporated by reference, the rate at which the compound X is released into the incubation medium increases proportionally to the concentration of defibrotide itself.

In other terms, defibrotide catalyzes the hydrolysis of plasminogen contained in euglobulin into plasmin; which plasmin enzymatically reacts with the substrate specific for plasmin, preferably a cromogenic substrate, to provide a measurable product.

The method of the present invention thus further comprises the steps of: c) determining the rate of release of the measurable product during the course of the enzymatic reaction of both a standard sample and a test sample of defibrotide; d) correlating, mathematically and/or graphically, the rate of release with the corresponding defibrotide concentration to obtain the biological activity of the test sample of defibrotide.

The defibrotide sample used for the determination according to the present invention is generally prepared by extraction from organs in accordance with known procedures, such as described, for example, in U.S. Pat. No. 4,985,552 which has already been mentioned and which is also herein incorporated by reference.

A batch of normal industrially manufactured defibrotide was chosen as the reference sample (standard) and was used to prepare the calibration curves in accordance with the method of the present invention.

In general, the present method provides precise and accurate measurements of defibrotide even in the presence of contaminants, such as, for example, RNA, heparin, degraded defibrotide (defibrotide from which purin or pyrimidine has been removed) or ethanol, provided they are in concentrations, generally less than 10% by weight, such as not to impair the system.

4

In addition to permitting the determination of defibrotide, the method also allows the determination of other biologically equivalent substances derived from defibrotide, such as, for example, deaminated defibrotide or, more simply, defibrotide denatured/degraded by combination of physicochemical conditions.

The present method is sufficiently sensitive to detect concentrations of defibrotide lower than or equal to 2.5 µg/ml (final concentration in the determination system) and, generally, expresses good correlation up to maximum concentration values higher than or equal to 1000 µg/ml.

The euglobulin used is generally any mammalian euglobulin fraction, such as, for example, bovine, porcine, rabbit 'or human euglobulin, with a preference for human and bovine euglobuline.

However, although euglobulin fraction is the enzymatic system of choice, the use of other equivalent enzymatic systems, such as, for example, diluted plasma and serum (up to 1:10 with buffers), artificially created or isolated combinations of plasminogen, tPA, uPA, PAI-1&2 alpha 2 antiplasmin and the like enzymatic systems which are chemically and biologically related and have similar functionality, falls within the scope of the present invention.

In the method of the present invention, the substrate for the plasmin may be understood as being any substrate specific for plasmin which, under the conditions of the method, frees a detectable hydrolysis product X.

Depending on the nature of the detectable group X, alternative systems of detection commonly known to the person skilled in the art can be adopted equally well. Spectrophotometric or fluorimetric detection systems are particularly advantageous, especially spectrophotometric systems.

The substrates generally used are ones that are specific for plasminogen-plasmin assay. It is preferable to use peptides of the formula $A_1$-$A_2$-$A_3$-X, in which $A_1$ and $A_2$ are amino acids that are predominantly non-polar, $A_3$ is lysine or arginine and X is the detectable group. Examples of those substrates are Val-Leu-Lys-pNa, Val-Phe-Lys-pNa or pyro-Glu-Phe-Lys-pNa in which the group X detectable by spectrophotometry is para-nitroaniline (pNA). Other suitable substrates, for example Val-Gly-Arg-2NA, contain 2-naphthylamine, which is measurable by fluorimetry. A particularly preferred substrate is the compound H-D-Valyl-L-Leucyl-L-Lysine-p-nitroaniline (H-D-Val-Leu-Lys-pNA).

The specific substrates used for determining defibrotide activity in euglobulin fraction are generally commercially available.

The determination method of the present invention is carried out by placing defibrotide sample in euglobulin solution, at a specific pH and molarity.

In particular, euglobulin fractions obtained from mammalian plasma are reconstituted dissolving and diluting the euglobulin to the original volume of the generating plasma with saline buffer (ex.: the quantity of euglobulin fraction obtained from 10 mL plasma are dissolved and reconstituted to 10 mL with saline buffer at pH between 7 and 8).

However, as regards of the substrate concentrations of from 0.3 to 4 mM, preferably from 2.5 to 3.5 mM and advantageously of 3 mM, are generally used in the case of a chromogenic substrate, while concentrations of from 0.05 to 0.15 mM are used in the case of a fluorogenic substrate.

The determination method of the invention, like other enzymatic methods, is sensitive to the pH of the medium.

In fact, it cannot generally be applied at extreme pH values where the enzymatic system would be inactivated.

US 12,529,052 B2

5

It is also preferable for the pH of the medium not to undergo variation at any time during the period when measurements are being taken, and therefore euglobuline fraction is reconstituted with buffer systems selected from those normally used for biological tests. Suitable buffer systems may be, for example, phosphate buffer, citrate buffer or tris(hydroxymethyl)aminomethane hydrochloride and sodium chloride (TRIS-NaCl) buffer. The reconstitution of the euglobuline fraction is preferably carried out with TRIS-NaCl.

In the present method it is usually preferred to maintain the pH of the medium in a range of approximately from 7 to 8, more preferably at approximately 7.4-7.6.

In addition, it is preferred to maintain the concentration of the buffer system in a range of from 10 to 200 mM, preferably at approximately 50 mM. More specifically for the TRIS-NaCl the concentrations should be 50 mM for TRIS and 150 mM for sodium chloride.

The method of the invention for determining defibrotide biological activity, defibrotide sample solutions is diluted directly into euglobulin fraction, then the chromogenic or fluorogenic substrate is added. In particular, in order to enable the measurements it is preferable to preliminary dilute/dissolve defibrotide in TRIS-NaCl buffer in order to obtain a mother stock solution of both, sample and standard. From the mother stock solutions the sample and the standard are diluted, by serial dilution, into defined volume of euglobulin fraction till the analytical concentration range which is about 1 to 1000 μg/mL of defibrotide.

An important parameter in the present method of determination is the temperature. It is preferable for the same temperature to be maintained throughout the entire duration of the measurements and for all of the samples determined, both as regards the construction of the reference curves and during the measuring stage. To that end, it is preferable to use temperature controlled apparatus and also, where necessary, it is possible to proceed with several sets of measurements, changing the position of the samples appropriately in order to ensure that the system has maximum thermal homogeneity.

Generally, this method of determination is applied in a temperature range of, for example, from 25 to 40° C., preferably from 35 to 39° C., and even more preferably at 37° C.

According to the present invention, measurement of the concentration of compound X released in the medium by the action of defibrotide starts when all of the reagents have been added and continues for a predetermined time and at a predetermined frequency as a function of the chemical nature of X and of the detection system.

Similarly to other methods of biological determination, the method of the invention also provides for a calibration stage and a measuring stage which are preferably carried out in the same microplateplate in order to reduce as far as possible the incidence of experimental variability.

The calibration stage comprises the acquisition of the absorbance data relating to the samples at known increasing concentrations of defibrotide (standard), the statistical reprocessing of those data and the extrapolation of calibration curves, which express the correlation between the increase in the rate of the enzymatic reaction of the invention and the concentration of defibrotide present in the euglobulin fraction. In the measuring stage, owing to the correlation obtained in the calibration stage, it is possible to determine the unknown biological activities of samples of defibrotide on the basis of the absorbance values measured and processed under the same conditions.

6

In more detail, the experimental protocol generally provides for the preparation of several samples, both standard and unknown, at various known concentrations of defibrotide. The defibrotide samples are prepared by progressive dilution of the mother solutions in accordance with a predetermined dilution factor.

In the present method, it is preferred to prepare at least 5 concentrations of the standard and 5 concentrations of the sample to be tested, preparing at least 4 replicates for each concentration of the standard and, similarly, for each concentration of the test sample, generally for successive 1:2 dilutions of mother solutions.

Both the standard and test-sample concentrations of defibrotide are generally from 0.1 to 1000 μg/ml.

The concentrations of the test sample are preferably of the same order of magnitude as the concentrations of the standard.

In accordance with the above illustration, the measurements for each concentration are preferably carried out on 1 microplates where the position of each sample, the standard and the test sample, respectively, at corresponding concentration is preferably alternated. According to this scheme for the arrangement of the samples, which is explained in more detail in the experimental part, for each concentration of both standard and test-sample defibrotide, at least 4 absorbance values are measured for each time.

The set of measurements described above are taken at predetermined times, that is to say, first of all at time to, that is to say, when all of the components have been added, before the enzymatic reaction of the invention has started, and subsequently at precise intervals and for a period of time sufficient to acquire the necessary data.

Preferably, the absorbance measurements are continued up to a maximum of 90 minutes, with readings taken every 1-10 minutes. More advantageously, the readings are taken every minute. The photometric absorbance readings are performed at a wavelength which depends on the nature of the detectable group X freed in the course of the enzymatic hydrolytic reaction. In the specific case in which X is p-NA, the absorbance is measured at 405 nm.

The absorbance readings of the standard and unknown defibrotide samples, known as raw data, generally originate directly from the same apparatus that provides for the reading operation; they are tabulated in such a manner that an absorbance value is expressed for each time and well.

The raw data are then processed, using, for example, the Spread Sheet-Microsoft Excel®. This first processing operation leads to the calculation of the average absorbance and of the associated standard deviation, at each time and for each set of readings, each set comprising at least 4 replicates for each concentration of both standard and test-sample defibrotide.

Further statistical processing of the data is carried out with commercially available software for biological assay determination as described by Finney D J, Statistical Method in Biological Assay, 2nd ed. Ch. Griffin, London and relevant Pharmacopoeias.

To be more precise, according to the present invention, defibrotide biological assay determination can be performed using parallel line model, slope ration model and four-parameter logistic curve models as defined, for example, by the relevant European Pharmacopoeia General text 5.3, Statistical Analysis.

As illustrated in FIG. 1, by placing the time on the abscissa and the absorbance on the ordinate, straight lines will be obtained whose slope "b" will be proportional to the rate of enzymatic reaction: by increasing the concentration

US 12,529,052 B2

7

of defibrotide, the rate of hydrolysis and, proportionally, the value of "b" will increase. Finally, the slope values, calculated as described above for each set of replicates of standard defibrotide and test-sample defibrotide, are correlated with the concentration of defibrotide to which they relate. Suitable mathematical transformation of the abscissa (i.e. log of defibrotide concentration) can be used in lieu of the real value.

Graphically, that correlation gives rise to a sigmoid for the standard and a sigmoid for the test sample (FIG. 2); the central portions of the sigmoid have two straight lines which are generally parallel and the distance between which is a function of the difference in biological activity between the test sample and the standard. This interval is used for potency determination using the parallel line model as described by Finney D J, Statistical Method in Biological Assay, 2nd ed. Ch. Griffin, London.

For a more specific determination, the four-parameter logistic curve models is used and in this case the entire sigmoid curve of both, sample and standard, is used for the calculation of the relative biological potency of the sample.

In a preferred embodiment of the present invention, the standard solutions and the solutions of the samples of defibrotide to be determined are introduced into the respective wells of the microplate. The euglobulin fraction are prepared at the moment of use and it is the dilution media of defibrotide stock solution. Finally, the solution containing the chromogenic substrate is added. The microplate is then placed in the thermostated reader and, after rapid agitation, readings of the system's absorbance are taken at predetermined intervals and for the predetermined period of time. The raw data obtained are then processed, thus determining the unknown activities of the defibrotide samples.

As it shall be appreciated from the following examples, the method according to the present invention allows to obtain liquid defibrotide formulations, preferably water solutions, having a defined biological activity and, in particular, having an activity of 25 to 35 IU/mg of defibrotide, preferably from 27.5 to 32.5 IU/mg and, more preferably, from 28 to 32 IU/mg.

Liquid defibrotide formulations are preferably marketed in form of containers, more preferably vials, containing 200 mg of defibrotide in 2.5 ml of buffered water solution (preferably at a pH from 6.5 to 8.5, more preferably from 7 to 8), to be diluted before use; consequently, when the biological activity is assessed with the method of the present invention, each container presents a defibrotide activity of 5000 to 7000 IU, preferably 5500 to 6500 IU, more preferably 5600 to 6400.

Those and other aspects of the invention will be better illustrated in the following examples which are not, however, to be regarded as limiting the invention.

## EXAMPLES

The following materials were used in the examples given here:

| Apparatus | |
|---|---|
| Main features: | Microplate reader for UV-Vis absorbance determination equipped with thermostatic chamber and absorbance filter at 405 nm. |
| Detection | Kinetic Absorbance determination at 405 nm |
| Plate Type | 96-well clear for UV-Vis Determination |

8

-continued

| Apparatus | | |
|---|---|---|
| Chamber Temperature | 37° C. | Total Absorbance recording time | 45-60 min |
| Absorbance recording frequency | | About 1 × min |

Programs & Software
  Microsoft Excel® (Microsoft Corporation, Redmond, Wash., USA)
Substances
  Defibrotide (Gentium)
  Chromogenic substrate S-2251 (Chromogenix Instrumentation Laboratory S.p.A., Milan, Italy)
  Tris(hydroxymethyl) aminomethane (TRIS)-NaCl, (Sigma-Aldrich, Milan, Italy)
  1N HCl (Carlo Erba reagenti, Milan, Italy)
  1N NaOH (Carlo Erba reagenti, Milan, Italy)
  Bovine Plasma (Tebu Bio Italia, Magenta (MI), Italy)
  Glacial Acetic Acid (Carlo Erba reagenti, Milan, Italy)
Solutions
  TRIS-NaCl (1 L Preparation): Into a 1 L beaker quantitatively transfer 6.06 g of TRIS-HCl and 2.2 g of NaCl. Dissolve in 500 mL of purified water and adjust the pH to 7.4 with about 40 mL of HCl 1N. Quantitatively transfer the solution into a volumetric flask of 1 L and dilute the solution to volume with purified water. Store the solution into refrigerator (2-8° C.)
  Chromogenic Substrate S2251 (CAS 63589-93-5) 3 mM (15.2 mL Preparation): Dissolve about 25 mg of chromogenic substrate with 15.2 mL of purified water. Store the solution into refrigerator (2-8° C.)
  Bovine euglobulins (10 mL Preparation). In a container with a minimum capacity of 300 mL introduce 240 mL of ice-cooled purified water and under stirring add 10 mL bovine plasma. Adjust the pH to 5.3±0.1 with acetic acid 1%. Allow to settle at 2-8° C. for 1 to 16 hours. Remove the clear supernatant solution by siphoning and collect the precipitate by centrifugation at 2.800 rpm for 5 minutes and 4° C. Suspend the precipitate dispersing mechanically (e.g., by means of a laboratory glass rod) in 5 mL of ice-cooled purified water, shake for about 5 min and collect the precipitate by centrifugation at 2.800 rpm for 5 minutes and 4° C. Disperse the precipitate mechanically into about 10 mL of TRIS-NaCl; to facilitate the dissolution of the precipitate crush the particles of the precipitate with a suitable instrument (es.: laboratory glass rod). Store the obtained suspension at 2-8° C. for not less than 1 hour and not more than 6 hours before its use.
Standard and Sample Defibrotide Solutions
Reference Stock Solution
  Into 20 mL volumetric flask quantitatively transfer about 100 mg of defibrotide reference standard accurately weighed. Dissolve the powder with about 10 mL TRIS-NaCl and bring the volume with the same solvent. Dilute 1:4 the obtained solution with TRIS-NaCl in order to obtain a defibrotide RS solution of about 1.25 mg/mL.
Sample Stock Solution
  Into 20 mL volumetric flask quantitatively transfer about 100 mg of defibrotide sample accurately weighed. Dissolve the powder with about 10 mL TRIS-NaCl and bring the volume with the same solvent. Dilute 1:4 the obtained solution with TRIS-NaCl in order to obtain a defibrotide sample solution of about 1.25 mg/mL.

Reference and Sample Solutions Preparation

a) Defibrotide 125 μg/mL: dilute 1:10 defibrotide stock solution (Reference and Sample) with TRIS NaCl (corresponding to 50 μg/mL into the plate well). Into an eppendorf tube quantitatively transfer 500 μL of the prepared solution and mix with 500 μL of euglobulin. Close the tube and store in ice-cooled water.

b) Defibrotide 62.5 μg/mL: dilute 1:2 solution (a) with TRIS NaCl (corresponding to 25 μg/mL into the plate well). Into an eppendorf tube quantitatively transfer 500 μL of the prepared solution and mix with 500 μL of euglobulin. Close the tube and store in ice-cooled water.

c) Defibrotide 31.25 μg/mL: dilute 1:2 solution (b) with TRIS NaCl (corresponding to 12.5 μg/mL into the plate well). Into an eppendorf tube quantitatively transfer 500 μL of the prepared solution and mix with 500 μL of euglobulin. Close the tube and store in ice-cooled water.

d) Defibrotide 12.5 μg/mL: dilute 1:2.5 solution (d) with TRIS NaCl (corresponding to 5 μg/mL into the plate well). Into an eppendorf tube quantitatively transfer 500 μL of the prepared solution and mix with 500 μL of euglobulin. Close the tube and store in ice-cooled water.

Blank Solution

Mix 1 volume of euglobulins with 1 volume of TRIS NaCl solution (ex.: 500 μL+500 μL)

S1, S2, S3, S4: Reference Solution deposition 1, deposition 2, deposition 3, deposition 4, U1, U2, U2, U5: Sample solution deposition 1, deposition 2 deposition 3, deposition 4, Ca, Cb, Cc etc.: Defibrotide reference and sample concentration a, b, c etc.

BLK Blank Solution

Calculation and Results

From the kinetic plot "absorbance versus time" of the standard preparations (ex.: S1_Ca, S1_Cb, S1_Cc) identify a suitable linear range (ex.: from 30 to 35 min, see FIG. 3).

Identification of the linear kinetic range (A@405 nm vs time).

Calculate for each preparation of the standard and of the sample the response of the assay (Slope) in the pre-defined time range as follow.

$$\text{Sample \& Standard Response} = \frac{A_b - A_a}{T_b - T_a} \times 1000$$

Where:

Aa is the Absorbance values at Time Ta (30 min from the plot above)

Ab is the Absorbance value at Time Tb (35 min from the plot above)

Report the obtained value in a tabular format as reported in table 2.

TABLE 2

| Concentration | Standard Preparation | | | | Sample Preparation | | | |
|---|---|---|---|---|---|---|---|---|
| Level [μg/mL] | S1 | S2 | S3 | S4 | U1 | U2 | U3 | U4 |
| 5 | S1_Cd | S2_Cd | S3_Cd | S4_Cd | U1_Cd | U2_Cd | U3_Cd | U4_Cd |
| 12.5 | S1_Cc | S2_Cc | S3_Cc | S4_Cc | U1_Cc | U2_Cc | U3_Cc | U4_Cc |
| 25 | S1_Cb | S2_Cb | S3_Cb | S4_Cb | U1_Cb | U2_Cb | U3_Cb | U4_Cb |
| 50 | S1_Ca | S2_Ca | S3_Ca | S4_Ca | U1_Ca | U2_Ca | U3_Ca | U4_Ca |

Plate Deposition

According to the proposed deposition scheme (see Table 1 below) add in each well of the plate 200 μL of standard or sample or blank solution. Note different deposition scheme can be used according to the availability and configuration of automatic pipettes. However not less than 4 depositions for each reference and sample solution must be used for the assay.

Immediately before incubation of the plate into the micro-plate reader add in each well 50 μL of Chromogenic substrate.

Plot the responses for the substance to be examined and for the standard against the logarithms of the concentration and calculate the activity of the substance to be examined using the parallel line model as defined by the relevant 5.3.2 chapter of the Ph. Eur Current edition.

Not less than 3 consecutive serial dilutions of the reference and of the sample should be used (e.g., defibrotide concentration 5 μg/mL, 12.5 μg/mL, 25 μg/mL, 50 μg/mL, or 5 μg/mL, 12.5 μg/mL, 25 μg/mL, or 12.5 μg/mL, 25 μg/mL, 50 μg/mL).

TABLE 1

|   | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | — | BLK | S1_Ca | S1_Cb | S1_Cc | S1_Cd | — | — | — | — | — | — |
| B | — | BLK | S2_Ca | S2_Cb | S2_Cc | S2_Cd | — | — | — | — | — | — |
| C | — | BLK | S3_Ca | S3_Cb | S3_Cc | S3_Cd | — | — | — | — | — | — |
| D | — | BLK | S4_Ca | S4_Cb | S4_Cc | S4_Cd | — | — | — | — | — | — |
| E | — | BLK | U1_Ca | U1_Cb | U1_Cc | U1_Cd | — | — | — | — | — | — |
| F | — | BLK | U2_Ca | U2_Cb | U2_Cc | U2_Cd | — | — | — | — | — | — |
| G | — | BLK | U3_Ca | U3_Cb | U3_Cc | U3_Cd | — | — | — | — | — | — |
| H | — | BLK | U4_Ca | U4_Cb | U4_Cc | U4_Cd | — | — | — | — | — | — |

US 12,529,052 B2

11 12

Analysis of the Variance

The analysis of the variance is performed according to the section 5.3.2.3 of the Ph. Eur. current edition and Finney DJ (1964) Statistical Method in Biological Assay 2nd ed.

Test for Validity

1) The linear regression terms is significant, i.e. the calculated probability is less than 0.05. If this criterion is not met, it is not possible to calculate 95% C.I.

2) The Term of non-parallelism is not significant, i.e. the calculated probability is less than 0.05.

3) The term for non linearity is not significant, i.e. the calculated probability is less than 0.05.

Acceptance Criteria

4) The estimated potency is not less than 90% and not more than 111% of the stated potency.

5) The confidence limits (P-0.95) of the estimated potency are not less than 80% and not more than 125% of the stated potency

Calculation

$$\text{Sample Potency (UI/mg)} = \frac{R \times Std \text{ Potency (UI/mg)} \times Conc.Std \text{ (mg/mL)}}{Conc. \text{ Sample (mg/mL)}}$$

where:

R: Result of sample obtained by the parallel line model analysis

Std Potency: Stated potency of the Standard (UI/mg on dry substance)

Conc. Std: Concentration of the Standard (mg/mL on dry substance)

Conc. Sample: Concentration of the Sample (mg/mL on dry substance)

Assay Applied to Defibrotide Formulations

The above-disclosed assay has been used to determine the biological activity of liquid formulations containing 200 mg of defibrotide in 2.5 ml (80 mg per ml) and having the quali-quantitative composition reported in table 3.

TABLE 3

| Component | Reference to Standard Quality | Function | 200 mg Injection | Concentration per mL |
|---|---|---|---|---|
| Defibrotide | In-house standard | Drug Substance | 200.00 mg | 80.00 mg |
| Sodium Citrate, Dihydrate | USP-EP | Buffer | 25.00 mg | 10.00 mg |
| Water-for-injection | USP-EP | Solvent/vehicle | q.s. to 2.5 mL | 1.00 mL |
| Sodium hydroxide 1M or hydrochloric acid 1M | NF-EP | pH adjustment | q.s. to 6.8-7.8 | — |
| Nitrogen | NF-EP | Inert gas to displace the air | q.s. | — |

The results are reported in table 4.

TABLE 4

| Batch | Potency IU/mg | Potency IU/container of 200 mg |
|---|---|---|
| 688 | 31 | 6200 |
| 738 | 34 | 6800 |

TABLE 4-continued

| Batch | Potency IU/mg | Potency IU/container of 200 mg |
|---|---|---|
| 785 | 32 | 6400 |
| 836 | 30 | 6000 |
| 0406 | 31 | 6200 |
| DS0617 | 35 | 7000 |
| DV0502* | * | Not available |
| DV0601 | 35 | 7000 |
| 1070010073 | 32 | 6400 |
| 1080010016 | 32 | 6400 |
| 1080020018 | 31 | 6200 |
| 1080030021 | 31 | 6200 |
| 1080040110 | 32 | 6400 |
| 1080050114 | 35 | 7000 |
| 1080060117 | 34 | 6800 |
| Mean | 33 | |
| Min | 30 | |
| Max | 35 | |
| RSD (%) | 5.4 | |

*Used as Reference Standard

The invention claimed is:

1. A defibrotide formulation consisting of defibrotide, sodium citrate, a pH adjusting agent, and water for injection, having a potency of 25 to 35 IU/mg, and a concentration of at least 80 mg/mL, wherein the defibrotide potency is determined by a method comprising the steps of:

a) bringing into contact defibrotide, a biological composition comprising plasminogen, and a substrate specific for plasmin which, by reaction with plasmin, provides a measurable product; and

b) measuring the amount of product formed at successive times, to thereby determine the potency of the defibrotide.

2. The defibrotide formulation of claim 1, wherein the formulation has a potency of 27.5 to 32.5 IU/mg.

3. The defibrotide formulation of claim 2, wherein the formulation has a potency of 28 to 32 IU/mg.

4. The defibrotide formulation of claim 1, wherein the formulation is a water solution.

5. The defibrotide formulation of claim 4, wherein the formulation has a pH of from 6.5 to 8.5.

6. The defibrotide formulation of claim 5, wherein the formulation has a pH of from 7 to 8.

7. The defibrotide formulation of claim 5, wherein the pH adjusting agent is an acid and/or a base.

8. The defibrotide formulation of claim 5, wherein the pH adjusting agent is hydrochloric acid.

9. The defibrotide formulation of claim 5, wherein the pH adjusting agent is sodium hydroxide.

Case 2:25-cv-02529   Document 1   Filed 03/13/26   Page 35 of 54 PageID: 35

**10**. The defibrotide formulation of claim **5**, wherein the pH adjusting agent is hydrochloric acid and sodium hydroxide.

\* \* \* \* \*

# EXHIBIT B

Case 2:25-cv-02529   Document 1   Filed 03/13/26   Page 37 of 54 PageID: 37



US012534722B2

## (12) United States Patent
Ignoni et al.

(10) Patent No.: **US 12,534,722 B2**

(45) Date of Patent: *Jan. 27, 2026

(54) **EUGLOBULIN-BASED METHOD FOR DETERMINING THE BIOLOGICAL ACTIVITY OF DEFIBROTIDE**

(71) Applicant: **Gentium S.R.L.**, Villa Guardia (IT)

(72) Inventors: **Terenzio Ignoni**, Solbiate (IT); **Vijay Kumar**, Casnate (IT); **Khalid Islam**, Massagno (CH)

(73) Assignee: **Gentium S.R.L.**, Villa Guardia (IT)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **19/173,652**

(22) Filed: **Apr. 8, 2025**

(65) **Prior Publication Data**

US 2025/0236866 A1    Jul. 24, 2025

### Related U.S. Application Data

(63) Continuation of application No. 18/953,184, filed on Nov. 20, 2024, which is a continuation of application No. 18/351,241, filed on Jul. 12, 2023, now abandoned, which is a continuation of application No. 17/396,028, filed on Aug. 6, 2021, now Pat. No. 11,746,348, which is a continuation of application No. 16/816,741, filed on Mar. 12, 2020, now Pat. No. 11,085,043, which is a continuation of application No. 15/844,801, filed on Dec. 18, 2017, now abandoned, which is a continuation of application No. 14/408,272, filed as application No. PCT/IT2012/000193 on Jun. 22, 2012, now Pat. No. 9,902,952.

(51) **Int. Cl.**
| | |
|---|---|
| *C12N 15/11* | (2006.01) |
| *A61K 31/711* | (2006.01) |
| *A61K 38/36* | (2006.01) |
| *C12N 9/68* | (2006.01) |
| *C12Q 1/37* | (2006.01) |
| *C12Q 1/56* | (2006.01) |
| *G01N 33/86* | (2006.01) |

(52) **U.S. Cl.**
CPC ............ *C12N 15/11* (2013.01); *A61K 31/711* (2013.01); *C12Q 1/37* (2013.01); *C12Q 1/56* (2013.01); *G01N 33/86* (2013.01); *C12N 2310/127* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,770,720 A | 11/1973 | Butti et al. | |
| 3,829,567 A | 8/1974 | Butti et al. | |
| 3,899,481 A | 8/1975 | Butti et al. | |
| 4,234,682 A | 11/1980 | Bartl et al. | |
| 4,649,134 A | 3/1987 | Bonomini | |
| 4,693,995 A | 9/1987 | Prino et al. | |
| 4,694,134 A | 9/1987 | Ross | |
| 4,753,221 A | 6/1988 | Kensey et al. | |
| 4,853,221 A | 8/1989 | Elslager et al. | |
| 4,985,552 A | 1/1991 | Fedeli et al. | |
| 5,081,109 A | 1/1992 | Ulutin | |
| 5,116,617 A | 5/1992 | Mantovani et al. | |
| 5,223,609 A | 6/1993 | Fedeli et al. | |
| 5,231,006 A | 7/1993 | Kolde | |
| 5,624,912 A | 4/1997 | Burcoglu et al. | |
| 5,646,127 A | 7/1997 | Lanzarotti et al. | |
| 5,646,268 A | 7/1997 | Lanzarotti et al. | |
| 5,856,444 A | 1/1999 | Kawakita et al. | |
| 5,919,772 A | 7/1999 | Szyf et al. | |
| 5,977,083 A | 11/1999 | Burcoglu | |
| 6,046,172 A | 4/2000 | Ennio et al. | |
| 6,335,356 B1 | 1/2002 | Schwartz et al. | |
| 6,573,372 B2 | 6/2003 | McCall et al. | |
| 6,699,985 B2 | 3/2004 | Burcoglu | |
| 7,338,777 B2 | 3/2008 | Porta et al. | |
| 7,785,797 B2 | 8/2010 | Wohlgemuth et al. | |
| 8,551,967 B2 | 10/2013 | Ferro et al. | |
| 8,980,862 B2 | 3/2015 | Iacobelli | |

(Continued)

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 101301306 A | 11/2008 |
| DE | 19740384 A1 | 3/1999 |

(Continued)

#### OTHER PUBLICATIONS

Abdalla, S.A. et al., "Prognostic relevance of microvessel density in colorectal tumours," Oncology Reports, vol. 6, Apr. 16, 1999, pp. 839-842.

Akaogi, Jun, et al. "Role of PGE2 and EP Receptors in the Pathogenesis of Rheumatoid Arthritis and as a Novel Therapeutic Strategy." E Endocrine, Metabolic & Immune Disorders—Drug Targets (Formerly Current Drug Targets—Immune, Endocrine & Metabolic Disorders) (2006); 6(4): 383-394.

Albini, A. et al., "A Rapid in Vitro Assay for Quantitating the Invasive Potential of Tumor Cells," American Association for Cancer Research, vol. 47, Jun. 15, 1987, pp. 3239-3245.

(Continued)

*Primary Examiner* — Marsha Tsay

(74) *Attorney, Agent, or Firm* — COOLEY LLP

(57) **ABSTRACT**

It is disclosed a method for determining the biological activity of defibrotide, which comprises the steps of: a) bringing into contact defibrotide, mammalian euglobulin and a substrate specific for the plasmin which, by reaction with the plasmin, provides a measurable product; and b) measuring the amount of product formed at successive times, to thereby determine the biological activity of the defibrotide. Liquid defibrotide formulations are also disclosed, preferably water solutions, having a defined biological activity and, in particular, having an activity of 25 to 35 IU/mg of defibrotide, preferably from 27 to 32 IU/mg and, more preferably, from 28 to 32 IU/mg.

**15 Claims, 2 Drawing Sheets**

(56)            **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 9,539,277 | B2 | 1/2017 | Iacobelli |
| 9,867,843 | B2 | 1/2018 | Iacobelli |
| 9,902,952 | B2 | 2/2018 | Ignoni et al. |
| 10,393,731 | B2 | 8/2019 | Ignoni et al. |
| 11,085,043 | B2 | 8/2021 | Ignoni et al. |
| 11,236,328 | B2 | 2/2022 | Ignoni et al. |
| 11,746,348 | B2 | 9/2023 | Ignoni et al. |
| 2002/0142029 | A1 | 10/2002 | Porta et al. |
| 2002/0155432 | A1 | 10/2002 | Schwartz et al. |
| 2003/0013669 | A1 | 1/2003 | Burcoglu |
| 2004/0131588 | A1 | 7/2004 | Ferro et al. |
| 2004/0248834 | A1 | 12/2004 | Klinman et al. |
| 2005/0009131 | A1 | 1/2005 | Porta et al. |
| 2005/0059029 | A1 | 3/2005 | Gaarde et al. |
| 2005/0196382 | A1 | 9/2005 | Vaillant et al. |
| 2005/0215498 | A1 | 9/2005 | Eissner et al. |
| 2007/0037144 | A1 | 2/2007 | Wohlgemuth et al. |
| 2009/0131362 | A1 | 5/2009 | Echart et al. |
| 2010/0254938 | A1 | 10/2010 | Ferro et al. |
| 2011/0092576 | A1 | 4/2011 | Stein et al. |
| 2012/0121698 | A1 | 5/2012 | Manku et al. |
| 2013/0231470 | A1 | 9/2013 | Iacobelli |
| 2015/0176003 | A1 | 6/2015 | Ignoni et al. |
| 2015/0196580 | A1 | 7/2015 | Echart et al. |
| 2015/0297624 | A1 | 10/2015 | Iacobelli |
| 2017/0080012 | A1 | 3/2017 | Iacobelli |
| 2017/0304349 | A1 | 10/2017 | Iacobelli |
| 2017/0322199 | A1 | 11/2017 | Ignoni et al. |
| 2018/0334672 | A1 | 11/2018 | Ignoni et al. |
| 2020/0057051 | A1 | 2/2020 | Ignoni et al. |
| 2021/0052622 | A1 | 2/2021 | Iacobelli |
| 2021/0338707 | A1 | 11/2021 | Dimitrova et al. |
| 2021/0363519 | A1 | 11/2021 | Ignoni et al. |
| 2021/0388350 | A1 | 12/2021 | Ignoni et al. |
| 2022/0023533 | A1 | 1/2022 | Dimitrova et al. |
| 2023/0190783 | A1 | 6/2023 | Wang et al. |
| 2023/0194502 | A1 | 6/2023 | Ignoni et al. |
| 2023/0357762 | A1 | 11/2023 | Ignoni |
| 2025/0075206 | A1 | 3/2025 | Ignoni et al. |
| 2025/0236867 | A1 | 7/2025 | Ignoni |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 0558833 | A2 | 9/1993 |
| EP | 0937461 | A1 | 8/1999 |
| EP | 1059092 | A1 | 12/2000 |
| EP | 1147777 | A1 | 10/2001 |
| EP | 1325962 | A1 | 7/2003 |
| EP | 1550462 | A1 | 7/2005 |
| EP | 1276497 | B1 | 11/2005 |
| EP | 1872787 | A1 | 1/2008 |
| EP | 1660100 | B1 | 7/2008 |
| EP | 1456404 | B1 | 9/2010 |
| JP | H02149527 | A | 6/1990 |
| JP | H08127539 | A | 5/1996 |
| JP | 2005527636 | A | 9/2005 |
| WO | WO-8706235 | A1 | 10/1987 |
| WO | WO-9221402 | A1 | 12/1992 |
| WO | WO-9848843 | A1 | 11/1998 |
| WO | WO-9854313 | A2 | 12/1998 |
| WO | WO-9912935 | A1 | 3/1999 |
| WO | WO-9957153 | A1 | 11/1999 |
| WO | WO-0074634 | A2 | 12/2000 |
| WO | WO-0178761 | A2 | 10/2001 |
| WO | WO-02053700 | A2 | 7/2002 |
| WO | WO-03004705 | A1 | 1/2003 |
| WO | WO-03027313 | A2 | 4/2003 |
| WO | WO-03052130 | A2 | 6/2003 |
| WO | WO-03101468 | A1 | 12/2003 |
| WO | WO-2004003166 | A2 | 1/2004 |
| WO | WO-2004028516 | A2 | 4/2004 |
| WO | WO-2004078922 | A2 | 9/2004 |
| WO | WO-2005023273 | A1 | 3/2005 |
| WO | WO-2005089503 | A2 | 9/2005 |
| WO | WO-2006092036 | A1 | 9/2006 |

| | | | |
|---|---|---|---|
| WO | WO-2006094916 | A1 | 9/2006 |
| WO | WO-2006094917 | A2 | 9/2006 |
| WO | WO-2006119619 | A1 | 11/2006 |
| WO | WO-2008000549 | A1 | 1/2008 |
| WO | WO-2008125424 | A1 | 10/2008 |
| WO | WO-2009012237 | A1 | 1/2009 |
| WO | WO-2009126310 | A2 | 10/2009 |
| WO | WO-2010101903 | A2 | 9/2010 |
| WO | WO-2012063272 | A1 | 5/2012 |
| WO | WO-2013190582 | A1 | 12/2013 |
| WO | WO-2016083297 | A1 | 6/2016 |
| WO | WO-2019028340 | A1 | 2/2019 |

OTHER PUBLICATIONS

Algire, G., "An Adaptation of the Transparent-Chamber Technique to the Mouse," Journal of the National Cancer Institute, vol. 4, No. 1, Aug. 1943, 11 pages.

Andersen, N.F. et al., "Syndecan-1 and angiogenic cytokines in multiple myeloma: correlation with bone marrow angiogenesis and survival," British Journal of Haematology, 2004, vol. 128, pp. 210-217.

Arauz-Pacheco, C. et al., "The treatment of hypertension in adult patients with diabetes," Diabetes Care, vol. 25, No. 1, Jan. 2002, pp. 134-147.

Argoff, C.E. et al., "Diabetic Peripheral Neuropathic Pain: Clinical and Quality-of-Life Issues," Mayo Clinic Proceedings, Supplement, Apr. 2006, vol. 81, No. 4, 34 pages.

Becker et al., "Organikum: organisch-chemisches grundpraktikum" 1990, Deutscher Verlag der Wissenschaften, Berlin, with Google translation, 3 pages.

Belcaro, G. et al., "Fibrinolytic Enhancement with Defibrotide in Diabetic Microangiopathy with Defibrotide," Angiology, The Journal of Vascular Diseases, vol. 43, No. 10, Oct. 1992, pp. 793-800.

Belcaro, G. et al., "Laser Doppler Flowmetry and Transcutaneous Oximet Evaluation in Microangiopathic Diabetic Patients Treated with Defibrotide," Current Therapeutic Research 46, No. 5, May 1989, pp. 726-732.

Benimetskaya et al., "Angiogenesis alteration by defibrotide: implications for its mechanism of action in severe hepatic veno-occlusive disease," Blood, vol. 112, No. 10, Nov. 15, 2008, pp. 4343-4352.

Berti, F. et al., "Effects of defibrotide on prostacyclin release from isolated rabbit kidneys and protection from post-ischemic acute renal failure in vivo," Eicosanoids, vol. 4, 1991, pp. 209-215.

Bianchi, G. et al., "Defibrotide, a Prostacyclin Releasing Agent, Protects the Rabbit Kidney from Acute Failure," Advances in Prostaglandin, Thromboxane, and Leukotriene Research, vol. 21, 1990, pp. 711-714.

Biedermann, B.C., "Vascular endothelium and graft-versus-host-disease," Best Practice & Research Clinical Haematology, vol. 21(2): 129-138, 2008.

Bonomini, V. et al., "Use of Defibrotide in Renal Transplantation in Man," Haemostasis, vol. 16, Supp. 1, 1986, pp. 48-50.

Bonomini, V., et al., "Effect of a New Antithrombotic Agent (Defibrotide) in Acute Renal Failure Due to Thrombotic Microangiopathy," Nephron, 1985, vol. 40(2), pp. 195-200.

Bostwick, D.G. et al., "Microvessel density in prostate cancer: prognostic and therapeutic utility," Seminars in Urologic Oncology, vol. 16, No. 3, Aug. 1998, pp. 118-123.

Brenchley, "Antagonising angiogenesis in rheumatoid arthritis," Annals of the Rheumatic Diseases, vol. 60, 2001, pp. 71-74.

Budavari, S. et al. (eds.), The Merck Index, Twelfth Edition, Merck & Co., Inc., Whitehouse Station, NJ, p. 484 (1996).

Burra, P. et al., "Warm Hepatic Ischemia in Pigs: Effects of L-Arginine and Oligotide Treatment," Journal of Investigative Surgery, vol. 14, 2001, pp. 303-312.

Cao, Y., "Tumor angiogenesis and therapy," Biomedicine & Pharmacotherapy, vol. 59, 2005, pp. S340-S343.

Cappelli, B., et al., "Absence of VOD in paediatric thalassaemk HSCT recipients using defibrotide prophylaxis and intravenous Busulphan", British Journal of Heamatology, 2009, vol. 147:554-560.

Carlo-Stella, C. et al. "Defibrotide significantly enhances peripheral blood progenitor cell mobilization induced by recombinant human

(56)     **References Cited**

OTHER PUBLICATIONS

granulocyte colony-stimulating factor (rhG-CSF)." Blood. vol. 96. No. 11. Abstract #2374, 2000, p. 553a, 2 pages.

Carlo-Stella, C. et al., "Defibrotide in Combination with Granulocyte Col Significantly Enhances the Mobilization of Primitive and Committed Peripheral Cells in Mice," Cancer Research, vol. 62, Nov. 1, 2002, pp. 6152-6157.

Chalandon, Y., et al., "Prevention of Veno-Occlusive Disease with Defibrotide after Allogeneic Stem Cell Transplantation." Biology of Blood and Marrow Transplantation (2004); 10: 347-354.

Chapter II Demand for related International Application No. PCT/ EP2007/054633, dated Apr. 9, 2008, 10 pages.

Cheuk D.K.L., "Interventions for prophylaxis of hepatic venoocclusive disease in people undergoing haematopoietic stem cell transplantation," 2015 Cochrane Database of Systematic Reviews Issue 5, Art No. CD009311, 82 pages.

Chopra et al., "Defibrotide for the treatment of hepatic venoocclusive disease: results of the European compassionate-use study," British Journal of Haematology 111:1122-1129, 2000.

Coccheri et al. "Defibrotide," Cardiovascular Drug Reviews, vol. 9: 172-196, 1991.

Coccheri, S. et al., "Defibrotide as a Possible Anti-Ischemic Drug," Seminars in Thrombosis and Hemostasis, vol. 22, Supp. 1, 1996, pp. 9-14.

Comandella, M.G. et al., "Functional and morphological effects of defibrotide on renal ischema," Research in Experimental Medicine, vol. 193, 1993, pp. 65-71.

Conde-Knape, K. et al., "Heparan sulfate proteoglycans in experimental models of diabetes: a role for perlecan in diabetes complications," Diabetes/Metabolism Research and Reviews, vol. 17, 2001, pp. 412-421.

Copelan, E.A. et al., "Hematopoietic Stem-Cell Transplantation," N Engl. J. Med. 354:17, Apr. 27, 2006, pp. 1813-1826.

Coppell, J.A. et al., "Hepatic Veno-Occlusive Disease following Stem Cell Transplantation: Incidence, Clinical Course, and Outcome," Biol. Blood Marrow Transplant (2010) 16, pp. 157-168.

Corbacioglu et al., "Stem cell transplantation in children with infantile osteopetrosis is associated with a high incidence of VOD, which could be prevented with defibrotide," Bone Marrow Transplantation (2006) 38, 547-553.

Corbacioglu, S. et al., "Defibrotide for Prophylaxis of Hepatic Veno-Occlusive Disease in Paediatric Haemopoietic Stem-Cell Transplantation: An Open-Label, Phase 3, Randomised Controlled Trial," Lancet 379: 1301-1309, 2012.

Corsi, M. et al., "Antiischaemic effect of defibrotide treatment in rat kidney," Drugs Experimental Clinical Research, vol. 19, No. 6, 1993, pp. 261-265.

Corsi, M. et al., "Possible Role of Defibrotide in Endothelial Cell Protection," International Journal of Tissue Reactions, XV(4), 1993, pp. 157-161.

Craddock et al., "Antibodies to VLA4 Integrin Mobilize Long-Term Repopulating cells and Augment Cytokine-Induced Mobilization in Primates and Mice," Blood, vol. 90, No. 12, Dec. 15, 1997, pp. 4779-4788.

Davi, G. et al., "Effects of Defibrotide on Fibrinolytic Activity in Diabetic Patients with Stable Angina Pectoris," Thrombosis Research, vol. 65, No. 2, 1992, pp. 211-220.

Davis, S. "Insulin, Oral Hypoglycemic Agents, and the Pharmacology of the Endocrine Pancreas," Goodman and Gilman's The Pharmacological Basis of Therapeutics, Chapter 60, Section XII, Hormone sand Hormone Antagonists, McGraw-Hill, 2006, pp. 1613-1645.

De Mestre, A.M. et al., "Regulation of Inducible Heparanase Gene Transcription in Activated T Cells by Early Growth Response 1," The Journal of Biological Chemistry, vol. 278, No. 50, Dec. 12, 2003, pp. 50377-50385.

"Defibrotide"—Clinic Medication, First Edition, Mar. 2000, pp. 887-888 with English translation.

"Defibrotide—Substance Summary," SIDS 51091757, PubChem Substance, Retrieved from http://pubchem.ncbi.nlm.nih.gov on Mar. 11, 2009, 3 pages.

Dempsey, L. et al., "Heparanase expression in invasive trophoblasts and acute vascular damage," Glycobiology, vol. 10, No. 5, 2000, pp. 467-475.

Denne, J.S., "Sample size recalculation using conditional power," Statist. Med. 2001; 20: pp. 2645-2660.

Dickerson, R.E. et al., "The Anatomy of A- , B- and Z-DNA," Science, vol. 216, No. 4545, 1982, pp. 475-485.

Dignan, F., et al., "Prophylactic defibrotide in allogeneic stem cell transplantation: minimal morbidity and zero mortality from venoocclusive disease." Bone Marrow Transplantation (2007); 40: 79-82.

DrugBank, "Showing drug card for Defibrotide (DB04932)," retrieved Jan. 21, 2007 from http://www.drugbank.ca/cgi-bin/getCard.cgi? CARD=DB04932.txt, 10 pages.

Echart, C.L. et al., "The fibrinolytic mechanism of defibrotide: effect of defibrotide on plasmin activity," Blood Coagulation and Fibrinolysis 2009, vol. 20, No. 8, pp. 627-634.

Eissner, G. et al., "Fludarabine induces apoptosis, activation, and allogenicity in human endothelial and epithelial cells: protective effect of defibrotide," Blood, Jul. 1, 2002 vol. 100, No. 1, pp. 334-340.

Eissner, G. et al., "Oliogotide, a defibrotide derivative, protects human microvascular endothelial cells against fludarabine-induced activation, damage and allogenicity," Bone Marrow Transplantation, Mar. 2005, 35, pp. 915-920.

Eissner, G. et al., "Defibrotide, a DNA-based drug, modulates endothelial cell function in multiple ways—impact for transplantation and cancer therapy," Vascular Pharmacology, vol. 45, No. 3, Sep. 1, 2006, pp. E152-E153.

Ertault-Daneshpouy, M. et al., "Pericapillary hemorrhage as criterion of severe human digestive graft-versus-host disease," Blood, Jun. 15, 2004, vol. 103, No. 12, pp. 4681-4684.

Esau, Christine C. et al., "Therapeutic potential for microRNAs," Advanced Drug Delivery Reviews, vol. 59, 2007, pp. 101-114.

European Pharmacopoeia 5.0, 5.3 Statistical Analysis, pp. 475-504 (2005), 30 pages.

"Everything you ever wanted to know concerning Oligonucleotides but were afraid to ask," downloaded Jul. 9, 2010 from http://www. auburn.edu/.about.santosr/protocols/OligoProtocols.pdf, 5 pages.

Falanga, A. et al., "Defibrotide reduces procoagulant activity and increases fibrinolytic properties of endothelial cells," Leukemia (2003); 17(8):1636-1642.

Fernandez Pujol, B. et al., "Dendritic cells derived from peripheral monocytes express endothelial markers and in the presence of angiogenic growth factors differentiate into endothelial-like cells," European Journal of Cell Biology, vol. 80, Issue 1, 2001, pp. 99-110.

Ferrara, J.L.M. et al., "Graft-versus-host disease," Lancet 2009: vol. 373, May 2, 2009, pp. 1550-1561.

Ferrero, M.E. et al., "Efficacy of Defibrotide Treatment in Favoring the Function of the Grafted Heart and Kidney in Rats," Transplantation Proceedings, vol. 26, No. 1, Feb. 1994, pp. 251-252.

Ferrero, M.E. et al., "Prostacyclin Release from Endothelial Cells, Induced by Defibrotide Treatment, Favours the Function of Grafted Rat Hearts and Kidneys," International Journal of Tissue Reactions, XIII 4, 1991, pp. 215-218.

"Fibrinolytic System," Pediatric Hemorrhagic Diseases, First Edition, May 2009, Chapter 5, pp. 81-85 with English translation.

Folkman, J. et al., "Isolation of a tumor factor responsible for angiogenesis," Journal of Experimental Medicine, vol. 133, Issue 2, Feb. 1, 1971, pp. 275-288.

Folkman, J. et al., "Switch to the Angiogenic Phenotype during Tumorigenesis," Princess Takamatsu symposia, Jan. 1991, Boca Raton, pp. 339-347.

Fong, D.S. et al., "Diabetic Retinopathy," Diabetes Care, vol. 27, No. 10, Oct. 2004, pp. 2540-2553.

Fontanini, G. et al., "Microvessel count predicts metastatic disease and survival in non-small cell lung cancer," Journal of Pathology, vol. 177, 1995, pp. 57-63.

(56) **References Cited**

OTHER PUBLICATIONS

Frasca, G.M. et al., "Defibrotide Treatment and Disease Progression in Patients with IgA Nephropathy and Impaired Renal Function at Diagnosis," Clinical Drug Investigation, vol. 13, Issue 4, Apr. 1997, pp. 185-191.

Frasca, G.M. et al., "Effects of defibrotide treatment in patients with IgA nephropathy and reduced renal function," Nephrology Dialysis Transplantation, vol. 11, No. 2, 1996, pp. 392-393.

Friberger, P. et al., "Methods for determination of plasmin, antiplasmin and plasminogen by means of substrate S-2251," Haemostasis, 7:138-145 (1978).

Gharib et al., "Venous occlusive disease in children," Thrombosis Research, vol. 118: 27-38, 2006.

Giraud-Panis, M-J. et al., "Transplatin-modified oligonucleotides as modulators of gene expression," Pharmacology & Therapeutics, vol. 85, 2000, pp. 175-181.

Goldshmidt, O. et al., "Cell surface expression and secretion of heparanase markedly promote tumor angiogenesis and metastasis," Proceedings of the National Academy of Sciences, vol. 99, No. 15, Jul. 23, 2002, pp. 10031-10036.

Guba, M. et al., "Rapamycin induces tumor-specific thrombosis via tissue factor in the presence of VEGF," Blood, vol. 105, Jun. 1, 2005, pp. 4463-4469.

Guba, M. et al., "Rapamycin inhibits primary and metastatic tumor growth by antiangiogenesis: involvement of vascular endothelial growth factor," Nature Medicine, vol. 8, No. 2, Feb. 2002, pp. 128-135.

Gulati et al., "Parenteral Drug Delivery: A Review," Recent Patents on Drug Delivery & Formulation May 2011 , 133-145.

Gura et al., "Systems for Identifying New Drugs are Often Faulty" Science. (1997) 278:1041-1042.

Guvakova, M.A. et al., "Phosphorothioate oligodeoxynucleotides bind to basic fibroblast growth factor, inhibit its binding to cell surface receptors, and remove it from low affinity binding sites on extracellular matrix," The Journal of Biological Chemistry, vol. 278, No. 6, Feb. 10, 1995, pp. 2620-2627.

Hames, B.D. et al., "Nucleic Acid Hybridisation," Practical Approach Series, IRL Press, Oxford, 1985, 141 pages.

Han, J. et al., "Endothelial cell injury by high glucose and heparanase is prevented by insulin, heparin and basic fibroblast growth factor," Cardiovascular Diabetology, Aug. 9, 2005, vol. 4, Issue 12, pp. 1-12.

Hanahan, D. et al., Patterns and emerging mechanisms of the angiogenic switch during tumorigenesis, Cell, vol. 85, Aug. 9, 1996, pp. 353-364.

Hasan, J. et al. "Intra-tumoural microvessel density in human solid tumours," British Journal of Cancer, vol. 86, 2002, pp. 1566-1577.

Hazlehurst, L.A. et al., "Adhesion to fibronectin via b1 integrins regulate p27 kip1 levels and contributes to cell adhesion mediated drug resistance (CAM-DR)," Oncogene, vol. 19, 2000, pp. 4319-4327.

Helmlinger, G. et al., "Interstitial pH and p02 gradients in solid tumors in vivo: high-resolution measurements reveal a lack of correlation," Nature Medicine, vol. 3, No. 2, Feb. 1997, pp. 177-182.

Hershkoviz, R. et al., "Differential effects of polysulfated polysaccharide on experimental encephalomyelitis, proliferation of autoimmune T cells, and inhibition of heparanase activity," Journal of Autoimmunity, vol. 8, No. 5, Oct. 1995, pp. 741-750. Abstract Only.

Imaginis.com, Centre for Women's Health, "Breast Health, Breast Cancer Glossary of Medical Terms" Retrieved from http://www.imaginis.com/glossary/breast-cancer-glossary-of-medical-terms—11, date unknown, 4 pages.

International Application No. PCT/IT2012/000193, International Preliminary Report on Patentability, dated Dec. 23, 2014, 8 pages.

International Application No. PCT/IT2012/000193, International Search Report and Written Opinion, dated Nov. 27, 2012, 12 pages.

International Preliminary Report on Patentability for International Application No. PCT/EP2015/077355, dated May 30, 2017, 7 pages.

International Preliminary Report on Patentability for International Application No. PCT/EP2004/009723, dated May 31, 2005, 7 pages.

International Preliminary Report on Patentability for International Application No. PCT/EP2006/060304, dated Jun. 8, 2007, 7 pages.

International Preliminary Report on Patentability for International Application No. PCT/EP2006/060306, dated Sep. 12, 2007, 6 pages.

International Preliminary Report on Patentability for International Application No. PCT/EP2007/054633, dated Sep. 11, 2008, 7 pages.

International Preliminary Report on Patentability for International Application No. PCT/EP2008/053461, dated Oct. 20, 2009, 11 pages.

International Preliminary Report on Patentability for International Application No. PCT/EP2009/053002 dated Sep. 21, 2010, 7 pages.

International Preliminary Report on Patentability for International Application No. PCT/IT2010/000451, dated May 14, 2013, 5 pages.

International Search Report and Written Opinion for International Application No. PCT/EP2015/077355, mailed Jan. 22, 2016, 10 pgs.

International Search Report and Written Opinion for International Application No. PCT/US2018/045152, dated Dec. 5, 2018, 13 pages.

International Search Report and Written Opinion for International Application No. PCT/EP2004/009723, mailed Dec. 22, 2004, 12 pages.

International Search Report and Written Opinion for International Application No. PCT/EP2006/060304 mailed Apr. 8, 2006, 8 pages.

International Search Report and Written Opinion for International Application No. PCT/EP2006/060306 mailed Sep. 25, 2006, 8 pages.

International Search Report and Written Opinion for International Application No. PCT/EP2007/054633 mailed Aug. 24, 2007, 9 pages.

International Search Report and Written Opinion for International Application No. PCT/EP2008/053461 mailed Oct. 9, 2008, 15 pages.

International Search Report and Written Opinion for International Application No. PCT/EP2009/053002 mailed Jun. 5, 2009, 11 pages.

International Search Report for International Application No. PCT/EP2002/013371, mailed Jul. 23, 2003, 4 pages.

International Search Report for International Application No. PCT/IT2010/000451, dated Jan. 22, 2011, 2 pages.

Irony-Tur-Sinai, M. et al., "A synthetic heparin-mimicking polyanionic compound inhibits central nervous system inflammation," Journal of the Neurological Sciences, Jan. 2003, vol. 206, No. 1, Jan. 15, 2003, pp. 49-57. Abstract Only.

Isaji, M. et al., "Tranilast inhibits the proliferation, chemotaxis and tube formation of human microvascular endothelial cells in vitro and angiogenesis in vivo," British Journal of Pharmacology, vol. 122, 1997, pp. 1061-1066.

Japanese Patent Application No. 2013-538335, Official Notice of Rejection mailed Sep. 24, 2014 (with English translation), 6 pages.

Jeffery, C.J. et al., "The Escherichia coli aspartate receptor: sequence specificity of a transmembrane helix studied by hydrophobic-biased random mutagenesis," Protein Engineering, vol. 12, No. 10, 1999, pp. 863-871.

Kainz, C. et al., "Prognostic value of tumour microvessel density in cancer of the uterine cervix stage IB to IIB," Anticancer Research, vol. 15, No. 4, Jul.-Aug. 1995; pp. 1549-1551.

Kaiser, "First Pass at Cancer Genome Reveals Complex Landscape," Science, vol. 313, Sep. 8, 2006, p. 1370.

Karlsson et al., "N-acetyl-l-cysteine promotes T-cell mediated immunity in allogeneic settings in vivo and in vitro," Oral Session 11: Immunotherapy/Experimental Graft-Versus-Host-Disease, 35th Annual Meeting of the European Group for Blood and Marrow Transplantation, Göteborg, Sweden, Mar. 31, 2009, 1 page.

Kaushansky, K et al, "Hematopoietic Growth Factors: Understanding Functional Diversity in Structural Terms," The Journal of The American Society of Hematology, Blood, vol. 82, No. 11, Dec. 1, 1993, pp. 3229-3240.

(56)         **References Cited**

OTHER PUBLICATIONS

Kelland, "'Of mice and men': values and liabilities of the athymic nude mouse model in anticancer drug development," European Journal of Cancer, vol. 40, 2004, pp. 827-836.

Kerbel, "Human tumor Xenografts as Predictive Preclinical Models for Anticancer Drug Activity in Humans," Cancer Biology & Therapy, vol. 2, No. 4, Suppl. 1, Jul./Aug. 2003, pp. S134-S139.

Khaled, Z. et al., "Multiple mechanisms may contribute to the cellular anti-adhesive effects of phosphorothioate oligodeoxynucleotides," Nucleic Acids Research, vol. 24, No. 4, 1996, pp. 737-745.

Kochar, D.K. et al., "Sodium valproate for painful diabetic neuropathy: a randomized double-blind placebo-controlled study," QJM: An International Journal of Medicine, vol. 97, 2004, pp. 33-38.

Koehl, G.E. et al., "Defibrotide an endothelium protecting and stabilizing drug, has an anti-angiogenic potential in vitro and in vivo," Cancer Biology & Therapy, vol. 6, No. 5, May 2007, pp. 686-690.

Kojima, S. et al., "Enhancement of plasminogen activator activity in cultured endothelial cells by granulocyte colony-stimulating factor," Journal of Cellular Physiology, vol. 138, Jan. 1989, pp. 192-196. Abstract Only.

Kornblum, Noah, et al. "Defibrotide, a polydisperse mixture of single-stranded phosphodiester oligonucleotides with lifesaving activity in severe hepatic veno-occlusive disease: clinical outcomes and potential mechanisms of action." Oligonucleotides (2006); 16.1: 105-114.

Lee, S.J. et al., "Recognizing and Managing Chronic Graft-Versus-Host Disease," American Society of Hematology (2008) pp. 134-141.

Levidiotis, V. et al., "A synthetic heparanase inhibitor reduces proteinuria in passive heymann nephritis," Journal of the American Society of Nephrology, vol. 15, 2004, pp. 2882-2892.

Levidiotis, V. et al., "Heparanase inhibition reduces proteinuria in a model of accelerated anti-glomerular basement membrane antibody disease," Nephrology, vol. 10, 2005, pp. 167-173.

Levidiotis, V. et al., "Heparanase is involved in the pathogenesis of proteinnuria as a result of glomerulonephritis," Journal of the American Society of Nephrology, vol. 15, 2004, pp. 68-78.

Levidiotis, V. et al., "Increased expression of heparanase in puromycin aminonucleoside nephrosis," Kidney International, vol. 60, 2001, pp. 1287-1296.

Li, Q., et al., "Involvement of caspase-3 and p38MAPK in allogeneic CD8+T cell—induced apoptosis of vascular endothelial cells," Chinese Journal of Pathophysiology, 2009, vol. 25, Issue 9, Published Sep. 15, 2009, pp. 1671-1675 (English Abstract).

Maeshima, Y. et al., "Identification of the Anti-angiogenic Site within Vascular Basement Membrane-derived Tumstatin," The Journal of Biological Chemistry, vol. 276, No. 18, May 4, 2001, pp. 15240-15248.

Marni, A. et al. "Anti-ischemic effect of oligotide treatment in rat kidney: comparison with the effect of nifedipine and isosorbide dinitrate," Transplantation Proceedings, vol. 28, No. 1, Feb. 1996, pp. 301-303.

Marni, A. et al., "Protection of Kidney from Postischemic Reperfusion Injury in Rats Treated with Defibrotide," Transplantation Proceedings, vol. 22, No. 5, Oct. 1990, pp. 2226-2229.

Maxhimer, J.B. et al., "Heparanase-1 gene expression and regulation by high glucose in renal epithelial cells," Diabetes, Jul. 2005, vol. 54, pp. 2172-2178.

McDonald, G.B. et al., "Venocclusive Disease of the Liver after Bone Marrow Transplantation: Diagnosis, Incidence, and Predisposing Factors," Hepatology vol. 4, No. 1, 1984, pp. 116-122.

McDonald, G.B. et al., "Veno-occlusive Disease of the Liver and Multiorgan Failure after Bone Marrow Transplantation: A Cohort Study of 355 Patients," Annals of Internal Medicine, 1993;118:255-267.

Mitsiades, C.S., et al., "Defibrotide (DF) has anti-neoplastic activity against multiple myeloma: Clinical implications for the incorpora-

tion of DF in cytotoxic chemotherapeutic regimes," Blood, vol. 102, No. 11, Nov. 16, 2003, p. 693a, Abstract 2567, Poster Board #-Session: 738-II.

Mitsiades, C.S. et al., "Defibrotide (DF) Targets Tumor-Microenvironmental Interactions and Sensitizes Multiple Myeloma and Solid Tumor Cells to Cytotoxic Chemotherapeutics," Blood (ASH Annual Meeting Abstracts), 2004, vol. 104, Abstract 286, 1 page.

Mitsiades, C.S. et al., "Preclinical Studies in Support of Defibrotide for the Treatment of Multiple Myeloma and Other Neoplasias," Clin Cancer Res 2009; 15(4), Feb. 15, 2009, pp. 1210-1221.

Mitsiades, C.S., "Defibrotide (DF) an Orally Bioavailable Modulator of Myeloma Tumor—Microenvironment Interactions: Molecular Sequelae and Clinical Implications," Blood (ASH Annual Meeting Abstracts), 2006 108: Abstract 3523, Poster Board #-Session: 752-III, 2 pages.

Mondesire, W. et al., "Targeting Mammalian Target of Rapamycin Synergistically Enhances Chemotherapy-Induced Cytotoxicity in Breast Cancer Cells," Clinical Cancer Research, vol. 10, Oct. 2004, pp. 7031-7042.

Morabito, A. et al., "Antiangiogenic strategies, compounds, and early clinical results in breast cancer," Critical Reviews in Oncology/Hematology, vol. 49, 2004, pp. 91-107.

Murohara, T. et al., "Cardioprotective actions of oligotide, a single stranded polydeoxyribonucleotide complex, in myocardial ischaemia and reperfusion injury," British Journal of Pharmacology, vol. 117, 1996, pp. 1000-1008.

National Library of Medicine, "Defibrotide"—Medical Subject Heading, 2009 MeSH, MeSH Supplementary Concept Data, 1 page.

Niada, R., et al., "PGI2-generation and antithrombotic activity of orally administered defibrotide," Pharmacological Research Communications, vol. 14, Issue 10, Nov. 1982, pp. 949-957. Abstract Only.

Nieuwenhuizen, W. et al., "Fluorogenic substrates for sensitive and differential estimation of urokinase and tissue plasminogen activator," Haemostasis, 7:146-149 (1978).

Orsino, A. et al., "Childhood acute myelomonocytic leukemia (AML-M4) presenting as catastrophic antiphospholipid antibody syndrome," Journal of Pediatric Hematology/Oncology, vol. 26, No. 5, May 2004, pp. 327-330.

Osterberg and See, "Toxicity of Excipients—A Food and Drug Administration Perspective," International Journal of Toxicology, 2003, 22:377-380.

Ostrovsky, O. et al., "Genetic variations in the heparanase gene (HPSE) associate with increased risk of GVHD following allogeneic stem cell transplantation: effect of discrepancy between recipients and donors." Blood, Mar. 18, 2010, vol. 115, No. 11, pp. 2319-2328.

Palmer, K.J., et al., "Defibrotide A Review of its Pharmacodynamic and Pharmacokinetic Properties, and Therapeutic Use in Vascular Disorders," Drugs, vol. 45, No. 2, 1993, pp. 259-294.

Parish, C.R. et al., "Heparanase: a key enzyme involved in cell invasion," Biochimica et Biophysica Acta, vol. 1471, 2001, M99-M108.

Parish, C.R. et al., "Treatment of central nervous system inflammation with inhibitors of basement membrane degradation," Immunology and Cell Biology, vol. 76, No. 1, Feb. 1998, pp. 104-113.

Pellegatta, F. et al., "The anti-ischemic drugs defibrotide and oligotide analogously inhibit leukocyte-endothelial cell adhesion in vitro," Transplant International, vol. 9, Suppl. 1, 1996, pp. S420-S424.

Persengiev, S.P et al., "Nonspecific, concentration-dependent stimulation and repression of mammalian gene expression by small interfering RNAs (siRNAs)," RNA, vol. 10, 2004, pp. 12-18.

Pescador, R. et al., "An Integrated View of the Activities of Defibrotide," Seminars in Thrombosis and Hemostasis, vol. 22, Suppl. 1, 1996, pp. 71-75.

Plaut, "p-Nitrobenzyl p-Toluenesulfonyl-L-Arginine: A Chromogenic Substrate for Thrombin, Plasmin, and Trypsin," Haemostasis, vol. 7: 105-108, 1978.

Podar, K. et al., "The pathophysiologic role of VEGF in hematologic malignancies: therapeutic implications," Blood, vol. 105, No. 4, Feb. 15, 2005, pp. 1383-1395.

(56)            **References Cited**

OTHER PUBLICATIONS

Porta et al., "High-Performance Liquid Chromatography Determination of Polydeoxyribonucleotides in Plasma: Its Application to the Determination of Defibrotide's Pharmacokinetics in the Rabbit," Analytical Biochemistry, vol. 204: 143-146, 1992.
Prino, G. et al., Indagini preliminari sull'attivita fibrinolitica, nell'animale E nell'uomo, di una nuova sostanza presente in diversi organi animali, Simposio Internazionale, La Ricerca Scientifica Nell'Industria Farmaceutica in Italia, Risultati e Ruolo Internazionale, Roma, Oct. 2-4, 1975 (with English summary), 7 pages.
Prosper, F. et al., "Mobilization and Homing of Peripheral blood Progenitors Is Related to Reversible Downregulation of $\alpha4\beta1$ Integrin Expression and Function," The American Society for Clinical Investigation, Inc., vol. 101, No. 11, Jun. 1998, pp. 2456-2467.
PureLink Brochure, "Nucleic Acid Purification" Invitrogen, 2007, 8 pages.
Ranieri et al., "Defibrotide in the treatment of Raynaud's phenomenon in patients with progressive systemic sclerosis or essential mixed cryoglobulinemia," Current Therapeutic Research, vol. 53:48-58, 1993.
Richardson et al., "Multi-institutional use of defibrotide in 88 patients after stem cell transplantation with severe veno-occlusive disease and multisystem organ failure: response without significant toxicity in a high-risk population and factors predictive of outcome," Blood 100(13):4337-4343, 2002.
Richardson et al., "Defibrotide (DF) in the Treatment of Severe Hepatic Veno-Occlusive Disease (VOD) with Multi-Organ Failure (MOF) Following Stem Cell Transplantation (SCT): Results of a Phase 3 Study Utilizing a Historical Control," Blood, vol. 114, 22, Abstract 654, 2009, 3 pages.
Richardson et al., "Defibrotide for the Treatment of Severe Hepatic Veno-Occlusive Disease and Multiorgan Failure after Stem Cell Transplantation: A Multicenter, Randomized, Dose-Finding Trial," Biol Blood Marrow Transplant 16: 1005-1017, 2010.
Richardson, P.G. et al., "Treatment of severe veno-occlusive disease with defibrotide: compassionate use results in response without significant toxicity in a high-risk population," Blood, vol. 92, No. 3, Aug. 1, 1998, pp. 737-744.
Rowlings, P.A. et al., "IBMTR Severity Index for grading acute graft-versus-host disease: retrospective comparison with Glucksberg grade," British Journal of Haematology, 1997, 97, pp. 855-864.
Ruutu, T et al., "Diagnostic criteria for hematopoietic stem cell transplant-associated microangiopathy: results of a consensus process by an International Working Group," Haematologica/The Hematology Journal, 2007; 92(1):95-100.
Schroder, "Defibrotide protects endothelial cells, but not L929 tumour cells, from tumour necrosis factor-alpha-mediated cytotoxicity," Journal of Pharmacy and Pharmacology, vol. 47, 1995, pp. 250-252.
Simizu, S. et al., "Heparanase as a molecular target of cancer chemotherapy," Cancer Science, vol. 95, No. 7, Jul. 2004, pp. 553-558.
Sosa E.C., "Veno-Occlusive Disease in Hematopoietic Stem Cell Transplantation Recipients," Clinical Journal of Oncology Nursing, 2012, 16(5): pp. 507-513.
Stanford Health Care ECL sheet: 1 page total. Retrieved from the internet Jul. 10, 2016, 1 page.
Staton, C.A. et al., "Current methods for assaying angiogenesis in vitro and in vivo," International Journal of Experimental Pathology, vol. 85, 2004, pp. 233-248.
Stephan, S. et al., "Effect of Rapamycin Alone and in Combination with Antiangiogenesis Therapy in an Orthotopic Model of Human Pancreatic Cancer," American Association for Cancer Research, 2004, vol. 10, pp. 6993-7000.
Sun, H.C. et al., "Microvessel density of hepatocellular carcinoma: its relationship with prognosis," Journal of Cancer Research and Clinical Oncology, vol. 125, 1999, pp. 419-426.

Tai, BC et al., "Competing risks analysis of patients with osteosarcoma: a comparison of four different approaches," Statis. Med. 2001; 20:661-684.
Tamsma, J.T. et al., "Expression of glomerular extracellular matrix components in human diabetic nephropathy: decrease of heparan sulphate in the glomerular basement membrane," Diabetologia, vol. 37, 1994, pp. 313-320.
Trichon, B.H. et al., "Acute coronary syndromes and diabetes mellitus," Diabetes and Vascular Disease Research, vol. 1, Issue 1, May 2004, pp. 23-32.
Van Den Born, J. et al., "Distribution of GBM heparan sulfate proteoglycan core protein and side chains in human glomerular diseases," Kidney International, vol. 43, 1993, pp. 454-463.
Van't Veer et al., "Gene expression profiling predicts clinical outcome of breast cancer," Nature, vol. 415, Jan. 31, 2002, pp. 530-536.
Verheul, H.M.W. et al., "Are tumours angiogenesis-dependent?," Journal of Pathology, vol. 202, 2004, pp. 5-13.
Vermuelen, M. et al., "Role of Adhesion Molecules in the Homing and Mobilization of Murine Hematopoietic Stem and Progenitor Cells," Blood, vol. 92, No. 3, Aug. 1, 1998, pp. 894-900.
Vingolo, E.M., et al., "Treatment of nonproliferative diabetic retinopathy with Defibrotide in noninsulin-dependent diabetes mellitus: A pilot study," Acta Opthalmologica, vol. 77, 1999, pp. 315-320.
Vlodavsky, I. et al., "Mammalian heparanase: Gene cloning, expression and function in tumor progression and metastasis," Nature Medicine, vol. 5, No. 7, Jul. 1999, pp. 793-802.
Vlodavsky, I. et al., "Molecular properties and involvement of heparanase in cancer metastasis and angiogenesis," The Journal of Clinical Investigation, vol. 108, No. 3, Aug. 2001, pp. 341-347.
Voskoglou-Nomikos, T, et al., "Clinical Predictive Value of the In Vitro Cell Line, Human Xenograft, and Mouse Allograft Preclinical Cancer Models," Clinical Cancer Research 9(11), (2003), 4227-4239.
Weidner, N. et al., "Tumor angiogenesis: a new significant and independent prognostic indicator in early-stage breast carcinoma," Journal of the National Cancer Institute, vol. 84, No. 24, Dec. 16, 1992, pp. 1875-1887.
Written Opinion for International Application No. PCT/IT2010/000451, dated Jun. 22, 2011, 4 pgs.
Xiangming, C. et al., "Angiogenesis as an unfavorable factor related to lymph node metastasis in early gastric cancer," Annals of Surgical Oncology, vol. 5, No. 7, 1998, pp. 585-589.
Yang, Y. et al., "Heparanase promotes the spontaneous metastasis of myeloma cells to bone," Blood, vol. 105, No. 3, Feb. 1, 2005, pp. 1303-1309.
Yanik et al., "Defibrotide Therapy for Acute Respiratory Distress Syndrome" Blood, 138, 3237-3238, 2021.
Abecasis et al., "Defibrotide as salvage therapy for refractory veno-occlusive disease of the liver complicating allogeneic bone marrow transplantation," Bone Marrow Transplantation, (1999) 23, 843-846.
Abshire et al., "Laboratory Assessment of Fibrinolysis," Transfusion Medicine and Hemostasis (editor Hillyer et al.), 2009, Chapter 130, 7 pages.
Almaject's Preliminary Invalidity Contentions For Plaintiffs' Jul. 28, 2025 Asserted Claims, Civil Action No. 25-cv-02785, Aug. 20, 2025, 598 pages.
Barker et al., "Plasminogen and plasmin in Alzheimer's disease," Brain Research, 2010, 1355: 7-15.
Bastian et al., "Casein Interference in Bovine Plasmin Assays Using a Synthetic Substrate," Journal of Dairy Science, 1991, vol. 74, No. 12, 4119-4124.
Bearman, S., "The Syndrome of Hepatic Veno-occlusive Disease After Marrow Transplantation," Blood, vol. 85, No. 11 (Jun. 1, 1995): pp. 3005-3020.
Bearman, S., "Veno-occlusive disease of the liver," Current Opinion in Oncology Dec. 2000:103-109.
Bianchi, G. et al., "Defibrotide, a single-stranded polydeoxyribonucleotide acting as an adenosine receptor agonist," European Journal of Pharmacology, 238 (1993) 327-334.
Bonini et al., "Low-dose defibrotide after allogeneic stem cell transplantation as prophylaxis of veno-occlusive disease of the liver.

(56)          **References Cited**

OTHER PUBLICATIONS

A single-centre experience," Bone Marrow Transplantation, 2008, vol. 41, Abstract R1298, p. S419.

Bulley et al., "Defibrotide for the Treatment of Hepatic Veno-Occlusive Disease in Children," Pediatr Blood Cancer 2007;48:700-704.

Carreras et al., "Defibrotide for the Treatment of Veno-Occlusive Disease Post SCT: Preliminary Results of EU Compassionate Use Program in 332 Patients Confirm Promising Activity and Manageable Toxicity," Blood (2007) 110 (11) :613 (2 pages).

Carreras et al., "Early complications after HSCT," Haematopoietic Stem Cell Transplantation (eds.: Apperley J et al.) 2012, Chapter 11, pp. 177-195.

Carreras et al., "Incidence and Outcome of Hepatic Veno-Occlusive Disease After Blood or Marrow Transplantation: A Prospective Cohort Study of the European Group for Blood and Marrow Transplantation," Blood, vol. 92, No. 10 (Nov. 15), 1998: pp. 3599-3604.

Carreras et al., "The Incidence of Veno-Occlusive Disease Following Allogeneic Hematopoietic Stem Cell Transplantation Has Diminished and the Outcome Improved over the Last Decade," Biol Blood Marrow Transplant 17:1698-1720, 2011.

Cash, J.D. et al., "Technical Methods: Automatic Determination of Euglobulin Lysis Time," Journal of Clinical Pathology, 1965, vol. 18, No. 6, 821-23.

Center for Drug Evaluation and Research, Defibrotide Injection, Application No. 2081140rig1s000, Chemistry Review(s), NDA 208114, Addendum to Review #1, Review Date: Mar. 25, 2016, 41 pages.

Center for Drug Evaluation and Research, Defibrotide Injection, Application No. 2081140rig1s000, Medical Review(s), Mar. 29, 2016, 241 pages.

Center for Drug Evaluation and Research, Defibrotide Injection, Application No. 2081140rig1s000, Other Review(s), Mar. 29, 2016, 95 pages.

Cesari et al., "Plasminogen activator inhibitor-1 (PAI-1): a key factor linking fibrinolysis and age-related subclinical and clinical conditions," Cardiovasc Ther. Oct. 2010; 28(5): e72-e91.

Chakrabarti et al., "Methodological study and a recommended technique for determining the euglobulin lysis time," J. Clin. Path. (1968), 21, 698-701.

Coccheri et al., "Acute Effects of Defibrotide, an Experimental Antithrombotic Agent, on Fibrinolysis and Blood Prostanoids in Man," Eur J. Clin Pharmacol, 1998, 35: 151-156.

Cochran et al., "The CD-loop of PAI-2 (SERPINB2) is redundant in the targeting, inhibition and clearance of cell surface uPA activity," BMC Biotechnology, Sep. 2009:43, 9 pages.

Corbacioglu et al., "Defibrotide (DF) for the Prevention of Hepatic Veno-Occlusive Disease (VOD) in Pediatric Stem Cell Transplantation: Results of a Prospective Phase II/III Randomized, Multicenter Study," Blood (2009) 114 (22) : 653, Abstract 653 (3 pages provided).

Corbacioglu et al., "Defibrotide in the treatment of children with veno-occlusive disease (VOD): a retrospective multicentre study demonstrates therapeutic efficacy upon early intervention," Bone Marrow Transplantation (2004) 33, 189-195.

Corbacioglu, S. et al., "Defibrotide for the treatment of hepatic veno-occlusive disease in children after hematopoietic stem cell transplantation," Expert Rev Hematol. Jun. 2012; 5(3):291-302.

Dobrovolsky et al., "The Fibrinolysis System: Regulation of Activity and Physiologic Functions of Its Main Components," Biochemistry (Moscow), vol. 67, No. 1, 2002, pp. 99-108. Translatedfrom Biokhimiya, vol. 67, No. 1, 2002, pp. 116-126.

Drenos et al., "Increase of Plasma Fibrinogen Levels and Variability with Age in a Sample of Middle Aged Healthy Men," Annals of Human Genetics (2007) 71, 43-53.

Dubash D. et al., "Water," Handbook of Pharmaceutical Excipients (ed. Rowe et al.), Sixth edition, Pharmaceutical Press, American Pharmacists Association, 2009, 766-770.

Echart et al., "Defibrotide Counteracts the Modifications of Anti-Thrombotic Phenotype of Endothelial Cells Induced by Thalidomide," Blood (2007) 110 (11) :2502, Abstract (2 pages provided).

Echart et al., "Reduced Fibrinolysis in the Hepatic Venous Occlusive Disease: Effect of Defibrotide on Plasmin Activity," Blood (2007) 110 (11): 1992, Abstract (2 pages provided).

Elder and Crowley, "Antimicrobial Preservatives Part Three: Challenges Facing Preservative Systems," American Pharmaceutical Review, Jan. 1, 2012, 13 pages.

EU Clinical Trials Register, EudraCT No. 2004-000592-33, Prospective Study of the Incidence and Outcome of Venoocclusive Disease (VOD) with the Prophylactic Use of Defibrotide (DF, Gentium, Italy) in Pediatric Stem Cell Transplantation, Jan. 20, 2006, 5 pages.

FDA, Drug Approvals and Databases, Defitelio Injection, Mar. 30, 2016, 1 page.

FDA Label for "DEFITELIO (defibrotide sodium) injection, for intravenous use", Highlights of Prescribing Information, Revised Mar. 2016, 11 pages.

Ferraresso et al., "Immunosuppressive Effects of Defibrotide," Transplantation, Oct. 1993, vol. 56, No. 4, 928-933.

Flight et al., "Resistance of porcine blood clots to lysis relates to poor activation of porcine plasminogen by tissue plasminogen activator," Blood Coagulation and Fibrinolysis 2006, 17:417-420.

Friberger et al., "Appendix 1-6," Scandinavian Journal of Clinical and Laboratory Investigation, 1982, 42:sup162, 79-88.

Friberger et al., "Chromogenic Substrates," Scandinavian Journal of Clinical and Laboratory Investigation, 1982, 42:sup162, 15-24.

Friberger et al., "Functional Assays of the Components of the Fibrinolytic System Using A Plasmin Sensitive Substrate—A Review," Synthetic Substrates In Clinical Blood Coagulation Assays (ed.: Lijnen et al.), 1980, pp. 73-92.

Gaffney et al., "Activation of Plasminogen as a Feature in its Assay," Haemostasis 6: 72-88 (1977).

Gaffney, "Plasminogen activity", ECAT Assay Procedures A Manual of Laboratory Techniques (ed.: Jespersen et al.), 1992, Chapter 20, pp. 155-163.

Gaffney, "Plasminogen activity", ECAT Assay Procedures A Manual of Laboratory Techniques (ed.: Jespersen et al.), 1999, Chapter 27, pp. 247-255.

Gaffney, "Standardization of Plasminogen Assays", Haemostasis 18: suppl. 1, pp. 47-60 (1988).

Gagné, F., "Tissue Preparation and Subcellular Fractionation Techniques," Biochemical Ecotoxicology, Principles and Methods, 2014, Chapter 2, pp. 21-31.

Gagné, F., "Tissue Preparation and Subcellular Fractionation Techniques," Biochemical Ecotoxicology, Principles and Methods, 2014, Chapter 2, pp. 21-31 (Abstract, 4 pages only).

Gentium S.p.A. Form 20-F 2009 Filing Details, 1 page.

Gentium S.p.A., Form 20-F, As filed with the Securities and Exchange Commission on Mar. 31, 2009, 176 pages.

Gentium S.p.A., "Gentium Announces NDA Submission for Defibrotide," Worldwide Biotech, Aug. 1, 2011, vol. 23; Issue 8, 3 pages.

Gentium S.p.A., "Gentium Announces Submission of a Marketing Authorization Application for Defibrotide to the European Medicines Agency," GlobeNewswire, May 10, 2011, 3 pages.

Gentium S.p.A., "Gentium signs technical transfer services agreement with Patheon," Datamonitor Financial Deals Tracker, Feb. 2, 2009, 2 pages.

Good, N. E. et al., "Hydrogen Ion Buffers for Biological Research," Biochemistry. Feb. 1966; 5(2): 467-477.

Grimaudo et al., "Diurnal Variation of the Fibrinolytic System," Thrombosis and Haemostasis, 59(3): 495-499 (1988).

Guglielmelli et al., "Update on the use of defibrotide," Expert Opin. Biol. Ther. (2012) 12(3):353-361.

Gyzander and Teger-Nilsson, "Activity of the alpha 2-macroglobulin-plasmin complex on the plasmin specific substrate H-D-Val-Leu-Lys-p-nitroanilide," Thrombosis Research, 1980, 19:165-175.

Hasenkamp et al., "Prevention of Veno-Occlusive Disease in Hematopoietic Stem Cell Transplantation Due to Defibrotide Prophylaxis," Blood (2004) 104 (11): 1139, Abstract, 2 pages.

(56)  **References Cited**

OTHER PUBLICATIONS

Hastings et al., "Neuroserpin, a Brain-associated Inhibitor of Tissue Plasminogen Activator Is Localized Primarily in Neurons," The Journal of Biological Chemistry, 1997, vol. 272, No. 52, pp. 33062-33067.

Haussmann et al., "Hepatic veno-occlusive disease in pediatric stem cell transplantation: impact of pre-emptive antithrombin III replacement and combined antithrombin III/defibrotide therapy," Haematologica 2006; 91:795-800.

Hedlin et al., "A Comparative Study of Fibrinolytic Activity in Human, Rat, Rabbit, and Dog Blood," Canadian Journal Physiol. Pharmacol., 1972, vol. 50, pp. 11-16.

Heegaard et al., "Plasminogen Activators in Bovine Milk During Mastitis, an Inflammatory Disease," Fibrinolysis, Aug. 1994, 22-30.

Hellgren, M., "Hemostasis during Normal Pregnancy and Puerperium," Semin Thromb Hemost. Apr. 2003; 29(2): 125-130.

Helmy et al., "Review article: updates in the pathogenesis and therapy of hepatic sinusoidal obstruction syndrome," Aliment Pharmacol Ther 2006, 23, 11-25.

Hizal et al., "Investigation of the Fibrinolytic Activity of Defibrotide Fractions," Gen. Pharmac. vol. 25, No. 8, pp. 1617-1620, 1994.

Ho et al., "Hepatic veno-occlusive disease after hematopoietic stem cell transplantation: update on defibrotide and other current investigational therapies," Bone Marrow Transplantation (2008) 41, 229-237.

Hommeyer et al., "Venocclusive Disease of the Liver: Prospective Study of US Evaluation," Radiology 1992, 184: 683-686.

Jalandhara et al., "Hepatic Veno-Occlusive Disease in a Kidney Transplant Patient: Case Report and Review of the Literature," Dialysis & Transplantation, May 2011, 226-230.

Jazz Pharmaceuticals, Inc. And Gentium S.R.L., Plaintiffs, v. Almajet, Inc., Alvogen, Inc., and Alvogen PB Research and Development LLC, Defendants. Complaint For Patent Infringement. United States District Court District Of New Jersey. Case 2:25-cv-02785-SRC-LDW, filed Apr. 16, 2025, 67 pages.

Jones and Safi, "Ecology and evolution of mammalian biodiversity," Phil. Trans. R. Soc. B (2011) 366, 2451-2461.

Jones et al., "Venoocclusive Disease Of The Liver Following Bone Marrow Transplantation," Transplantation, 1987, vol. 44, No. 6, 778-783.

Kato et al., "New Fluorogenic Peptide Substrates for Plasmin," J. Biochem. 88, 183-190 (1980).

Korycka-Dahl et al., "Plasmin Activity in Milk," J Dairy Sci. 1983 66: 704-711.

Kumar et al., "Hepatic Veno-occlusive Disease (Sinusoidal Obstruction Syndrome) After Hematopoietic Stem Cell Transplantation," Mayo CGn Proc. 2003;78:589-598.

Latallo et al., "Fibrinolytic system of guinea pig serum," Am. J. Physiol., 196(4):775-778, 1959.

Lawson et al., "A Sensitive Fluorescent Assay for Determining 2-Plasmin Inhibitor Using a Synthetic Substrate," Thrombosis Research, 1979, 14; 323-332.

Lee et al., "Historical introduction," Textbook of Hemophilia, Second Edition, 2010, pp. 1-6.

Lijnen et al., "In Vitro Fibrinolytic Activity of Recombinant Tissue Type Plasminogen Activator in the Plasma of Various Primate Species," Thromb Haemostas (Stuttgart) 52(3) 308-310 (1984).

Lämmle et al., "Different Assessment of Plasmin with Different Substrates. In vitro Alteration of Plasmin, Influence of Epsilon-Aminocaproic Acid and Tranexamic Acid upon its Activity," Thromb Haemost., 1980, 43(2): 112-117.

Mantovani et al., "Activation of fibrinolytic processes by a substance of polydesoxynucleotidic nature (Fraction P)," Advances in coagulation, fibrinolysis, platelet aggregation and atherosclerosis, Proceedings of the European Symposium, S. Flavia (Palermo), Oct. 6-9, 1976, pp. 274-281.

Matute-Bello et al., "Association of pulmonary function testing abnormalities and severe veno-occlusive disease of the liver after marrow transplantation," Bone Marrow Transplantation, (1998) 21, 1125-1130.

Milone et al., "Defibrotide in Prevention of Liver Toxicity in Patients at High Risk of VOD after HSC Transplantation," Blood (2008) 112 (11) :3275, Abstract, 2 pages.

Mitsiades et al., "Defibrotide (DF), an Orally Bioavailable Modulator of Myeloma Tumor-Microenvironment Interactions: Molecular Sequelae and Clinical Implications," Blood (2006) 108(11): 3523, Abstract, 2 pages.

Mohan, C., "Buffers: A guide for the preparation and use of buffers in biological systems," Calbiochem, 2003 EMD Biosciences, Inc, 37 pages.

Morabito et al., "Insights into defibrotide: an updated review," Expert Opin. Biol. Ther. (2009) 9(6)763-772.

Mussoni et al., "Plasminogen Assay in Rabbit, Rat and Mouse Plasma Using the Chromogenic Substrate S-2251," Thrombosis Research, 1979, 13; 341-349.

Noseda et al., "Pharmacokinetics of Defibrotide in Healthy Volunteers," Haemostasis 16: suppl. 1, pp. 26-30 (1986).

Novokhatny et al., "Thrombolytic potency of acid-stabilized plasmin: superiority over tissue-type plasminogen activator in an in vitro model of catheter-assisted thrombolysis," Journal of Thrombosis and Haemostasis, Jan. 2003: 1034-1041.

Ohki, Y. et al., "Automated plasmin assay of euglobulin fraction with chromogenic substrate S-2251 and ABA-100," Blood & Vessel. 1980; 11(3): 491-494.

Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations, Patent and Exclusivity for: N208114, Aug. 15, 2025, 2 pages.

Palomo et al., "Defibrotide Prevents the Activation of Macrovascular and Microvascular Endothelia Caused by Soluble Factors Released to Blood by Autologous Hematopoietic Stem Cell Transplantation," Biol Blood Marrow Transplant 17: 497-506 (2011).

Palumbo et al., "Melphalan, prednisone, thalidomide and defibrotide in relapsed/refractory multiple myeloma: results of a multicenter phase I/II trial," Haematologica 2010, 95(7): 1144-1149.

Pasquini et al., "2013 Report from the Center for International Blood and Marrow Transplant Research (CIBMTR): Current Uses and Outcomes of Hematopoietic Cell Transplants for Blood and Bone Marrow Disorders," Clinical Transplants 2013, Chapter 22, pp. 187-197.

Pescador, R. et al., "Effects of defibrotide on leukocytosis in rabbits with diet-induced atherosclerosis," Life Sci. 1995; 57(6): 579-589.

Philo, R. D. et al., "Plasmin potency estimates: influence of the substrate used in assay," Thromb Haemost. Apr. 30, 1981; 45(2): 107-109.

Pihusch, M. et al., "Diagnosis of hepatic veno-occlusive disease by plasminogen activator inhibitor-1 plasma antigen levels: a prospective analysis in 350 allogeneic hematopoietic stem cell recipients," Transplantation. Nov. 27, 2005; 80(10): 1376-1382.

Porta, R. et al., "Pharmacokinetics of defibrotide and of its profibrinolysis activity in different animal species. Effects on the levels of fibrinolysis inhibitors and of fibrinogen/fibrin degradation products (FDP) (* DCI)," Progress in Fibrinolysis (ed. Davidson et al.), vol. 7, Longman Group Limited. 1985; Chapter 83, 322-326.

Prisco, D. et al., "Euglobulin lysis time in fresh and stored samples," Am J Clin Pathol. Dec. 1994; 102(6): 794-796.

Qureshi, A. et al., "Defibrotide in the prevention and treatment of veno-occlusive disease in autologous and allogeneic stem cell transplantation in children," Pediatr Blood Cancer. Apr. 2008; 50(4): 831-832.

Ramasamy, K. et al., "Incidence and management of hepatic venooclusive disease in 237 patients undergoing reduced-intensity conditioning (RIC) haematopoietic stem cell transplantation (HSCT)," Bone Marrow Transplant. Dec. 2006; 38(12): 823-824.

Richardson, P. et al., "Defibrotide (DF) for the Treatment of Severe Veno-Occlusive Disease (sVOD) and Multi-Organ Failure (MOF) Post SCT: Final Results of a Multi-Center, Randomized, Dose-Finding Trial," Blood. Nov. 16, 2006; 108(11): 2 pages.

Richardson, P. et al., "Defibrotide (DF) In the Treatment of Severe Hepatic Veno-Occlusive Disease (VOD) with Multi-Organ Failure (MOF): Results of a Treatment IND Expanded Access Protocol," Blood. Nov. 19, 2010; 116(21): 3 pages.

# US 12,534,722 B2

Page 9

## (56) References Cited

### OTHER PUBLICATIONS

Richardson, P. et al., "Use of defibrotide in the treatment and prevention of veno-occlusive disease," Expert Rev Hematol. Aug. 2009; 2(4): 365-376.

Richardson, P. G. et al., "Safety and efficacy of defibrotide for the treatment of severe hepatic veno-occlusive disease," Ther Adv Hematol. Aug. 2012; 3(4): 253-265.

Richardson, P. G. et al., "Meta-Analysis of Defibrotide (DF) In the Treatment of Severe Hepatic Veno-Occlusive Disease (VOD) with Multi-Organ Failure (MOF) with Comparison to a Historical Control (HC)," Blood. Nov. 19, 2010; 116(21): 3 pages.

Rowe et al. (eds.), Handbook of Pharmaceutical Excipients, Sixth edition, 2009, pp. 5-6, 181-183, 441-445, 596-596, 620-622, 640-642 (22 pages).

Sacha, G. A. et al., "Practical fundamentals of glass, rubber, and plastic sterile packaging systems," Pharm Dev Technol. Jan.-Feb. 2010; 15(1): 6-34.

Salat, C. et al., "Plasminogen activator inhibitor-1 confirms the diagnosis of hepatic veno-occlusive disease in patients with hyperbilirubinemia after bone marrow transplantation," Blood. Mar. 15, 1997; 89(6): 2184-2188.

Salat, C. et al., "The Relevance of Plasminogen Activator Inhibitor 1 (PAI-1) as a Marker for the Diagnosis of Hepatic Veno-Occlusive Disease in Patients after Bone Marrow Transplantation," Leuk Lymphoma. Mar. 1999; 33(1-2): 25-32.

Sane, D. C. et al., "Elevated Urokinase-Type Plasminogen Activator Level and Bleeding in Amyloidosis: Case Report and Literature Review," Am J Hematol. May 1989; 31(1): 53-57.

Scicli, A. G. et al., "Relationship between structure and correcting activity of bovine high molecular weight kininogen upon the clotting time of Fitzgerald-trait plasma," J Exp Med. Apr. 1, 1979; 149(4): 847-855.

Sherry, S. et al., "Activity of plasmin and streptokinase-activator on substituted arginine and lysine ester," Thromb Diath Haemorrh. Jul. 31, 1966; 16(1): 18-31.

Shulman, H. M. et al., "Venoocclusive Disease of the Liver After Marrow Transplantation: Histological Correlates of Clinical Signs and Symptoms," Hepatology. May 1994; 19(5): 1171-1181.

Siller-Matula, J. M. et al., "Interspecies differences in coagulation profile," Thromb Haemost. Sep. 2008; 100(3): 397-404.

Simon, M. et al., "Retrospective multivariate analysis of hepatic veno-occlusive disease after blood or marrow transplantation: possible beneficial use of low molecular weight heparin," Bone Marrow Transplant. Mar. 2001; 27(6): 627-633.

Simon, R. A., "Adverse reactions to drug additives," J Allergy Clin Immunol. Oct. 1984; 74(4 Pt 2): 623-630.

Steele, G., "Preformulation as an Aid to Product Design in Early Drug Development," Pharmaceutical Preformulation and Formulation: A Practical Guide from Candidate Drug Selection to Commercial Dosage Form (ed. Gibson), 2nd edition, Drugs and the Phar-maceutical Sciences. CRC Press, 2009; 199: 219-220.

Stevens, J. D. et al., "Plasminogen activator in human tears," Eye (Lond). 1992:6 (Pt 6): 653-658.

Sucak, G. T. et al., "Treatment of sinusoidal obstruction syndrome with defibrotide: a single-center experience," Transplant Proc. Jun. 2007; 39(5): 1558-1563.

Takada, A. et al., "Fluctuations of euglobulin lysis time, tissue plasminogen activator, and free and total plasminogen activator inhibitor levels in plasma in daytime," Thromb Res. Jan. 1, 1990; 57(1): 13-20.

Takada, A. et al., "Influence of Coagulation on the Activation of Plasminogen by Streptokinase and Urokinase," Thromb Haemost. Oct. 31, 1979; 42(3): 901-908.

Technical Transfer Services Agreement between Patheon International A.G. and Gentium S.p.A. dated Feb. 2, 2009, 16 pages.

Teger-Nilsson, A. C., "Use of chromogenic substrates for screening of inhibitors of coagulation and fibrinolysis in patients," Chromogenic Peptide Substrates: chemistry and clinical usage (ed. Scully et al.), Longman Group Limited. 1979; Chapter 27, 269-276.

U.S. Department of Health and Human Services et al., "Defitelio Approval Letter", Mar. 30, 2016, NDA 208114, 8 pages.

Vallet-Pichard, A. et al., "Veno-occlusive disease of the liver in renal transplant patients," Nephrol Dial Transplant. Aug. 2003; 18(8): 1663-1666.

Van Vliet, H. H. D. M., "Experiences with the Determination of Kallikrein, Plasminogen and Antiplasmin Using Chromogenic Substrates: Clinical Application," Synthetic Substrates in Clinical Blood Coagulation Assays (ed. Lijnen et al.), Martinus Nijhoff Publishers. 1980; 103-112.

Verheijen, J. H. et al., "A Simple, Sensitive Spectrophotometric Assay for Extrinsic (Tissue Type) Plasminogen Activator Applicable to Measurements in Plasma," Thromb Haemost. Dec. 27, 19827 48(3): 266-269.

Versluys, B. et al., "Prophylaxis with defibrotide prevents veno-occlusive disease in stem cell transplantation after gemtuzumab ozogamicin exposure," Blood. Mar. 1, 2004; 103(5): pp. 1968.

Violi, F. et al., "Effect of oral defibrotide on tissue-plasminogen activator and tissue-plasminogen activator inhibitor balance," Eur J Clin Pharmacol. 1992; 42(4): 379-383.

Violi, F. et al., "Improvement of Walking Distance by Defibrotide in Patients with Intermittent Claudication—results of a randomized, placebo-controlled study (the DICLIS study)," Thromb Haemost. May 2000; 83(5): 672-677.

Winek, C. L., "History of Excipient Safety and Toxicity," Excipient Toxicity and Safety (ed. Weiner et al.), Marcel Dekker, Inc., 2000; Chapter 3, 59-72.

Wun, T. C. et al., "An inhibitor of plasminogen activation from human placenta. Purification and characterization," J Biol Chem. Mar. 15, 1987; 262(8): 3646-3653.

Zhang, L. et al., "Defibrotide for the prevention of hepatic veno-occlusive disease after hematopoietic stem cell transplantation: a systematic review," Clin Transplant. Jul.-Aug. 2012; 26(4): 511-519, Epub Mar. 20, 2012.

Figure 1



Figure 2



Case 2:26-cv-02529   Document 1   Filed 03/13/26   Page 46 of 54 PageID: 46

Figure 3



US 12,534,722 B2

1

# EUGLOBULIN-BASED METHOD FOR DETERMINING THE BIOLOGICAL ACTIVITY OF DEFIBROTIDE

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 18/953,184, filed Nov. 20, 2024, which is a continuation of U.S. application Ser. No. 18/351,241, filed Jul. 12, 2023, which is a continuation of U.S. application Ser. No. 17/396, 028, filed Aug. 6, 2021, now U.S. Pat. No. 11,746,348, which is a continuation of U.S. application Ser. No. 16/816, 741, filed Mar. 12, 2020, now U.S. Pat. No. 11,085,043, which is a continuation of U.S. application Ser. No. 15/844, 801 filed Dec. 18, 2017, now abandoned, which is a continuation of U.S. application Ser. No. 14/408,272 filed Dec. 15, 2014, now U.S. Pat. No. 9,902,952, and which is a 371 of international PCT/IT2012/000193, filed Jun. 22, 2012, each of which is herein incorporated by reference in its entirety.

## TECHNICAL FIELD OF THE INVENTION

The present invention relates to a method for determining the biological activity of defibrotide and, more especially, relates to an efficient enzymatic method for determining the biological activity of defibrotide.

## BACKGROUND OF THE INVENTION

Defibrotide (Merck Index, 1996, no. 2915) is a substance of natural origin which is obtained by extraction from animal organs and which is constituted by the sodium salt of polydeoxyribonucleotides having a low molecular weight. Defibrotide has been the subject of numerous pharmacological investigations which have suggested that it be applied in therapy as an anti-thrombotic agent (U.S. Pat. No. 3,829, 567).

In addition, defibrotide has also been used successfully in the treatment of peripheral arteriopathies, in acute renal insufficiency (U.S. Pat. No. 4,694,134) or in acute myocardial ischaemia (U.S. Pat. No. 4,693,995).

Defibrotide is currently undergoing clinical trials to be used for the treatment and prevention of venous occlusive disease (VOD).

Like other biological substances which are obtained by extraction, defibrotide is also subject to a limited variability of composition which is typical of natural biopolymers. A classical example of this situation is provided by heparin whose variability from batch to batch in terms of chain length, molecular weight, composition, degree of sulphatation, etc. is well known. The consequence of this is that the same amounts by weight of defibrotide could in fact be non-equivalent from the point of view of a specific biological activity.

The process of extraction, isolation and purification cannot per se ensure absolute reproducibility of the product, precisely owing to its intrinsic biopolymeric nature.

However, if well controlled, it is possible to reduce this variability: for that purpose, studies have been made of standardized industrial processes for isolating defibrotide by extraction from organs, such as, for example, that described in U.S. Pat. No. 4,985,552.

The product obtained according to the above-mentioned process is characterized by the determination of some specific physico-chemical parameters, such as, for example,

2

electrophoretic mobility, the coefficient of extinction, optical rotatory power and mass-average relative molecular mass. However, those parameters depend basically on the structure of defibrotide and are not capable of providing information on the biological activity thereof.

As far as we know, the only methods that have been reported to be used hitherto to evaluate the biological activity of defibrotide are the fibrin plate test and the thromboelastographic recording of the euglobulin lysis time [Prino G., Mantovani M., Niada R., Coccheri S., Butti A., Indagini preliminari sull'attività fibrinolitica, nell'animale e nell'uomo, di una nuova sostanza presente in diversi organi animali, Simposio Internazionale: La ricerca scientifica nell'industria farmaceutica in Italia, Rome, 2-4 Oct. 1975-11 Farmaco, Ed. Prat.) (1969), 24, 552-561] and the method based on plasmin disclosed in U.S. Pat. No. 7,338,777, herein incorporated by reference.

However, the above-mentioned method thromboelastographic recording of the euglobulin lysis time is characterized by considerable experimental complexity, by unsatisfactory reproducibility and precision and, in the specific case of thromboelastographic recording, by a response linearity limited to very restricted concentration ranges.

As to the plasmin-based method, the enzymatic activity of plasmin is normally determined by various standard in vitro tests. One of the most commonly used methods is the determination by spectrophotometry or fluorimetry of the chromogenic or fluorogenic compounds that are freed by the action of plasmin on suitable substrates [Haemostasis, (1978), 7, 138-145]. Peptide substrates having the formula $A_1$-$A_2$-$A_3$-X are generally used in which $A_1$ and $A_2$ are amino acids that are predominantly non-polar, $A_3$ is lysine or arginine and X represents the measurable freed compound, for example para-nitroaniline (pNa) or 2-naphthylamine (NA) [Haemostasis, (1978), 7, 146-149]. In addition to the above-mentioned peptide substrates, success has been achieved using other, simpler, compounds, such as, for example, p-nitrobenzyl-p-toluenesulphonyl-L-arginine [Haemostasis, (1978), 7, 105-108].

The rate at which the compound X is released into the incubation medium is proportional to the activity (Units/mg) of plasmin present in the sample. The method disclosed in U.S. Pat. No. 7,338,777 is thus based on the finding that, in the plasmin-evaluation tests described above, defibrotide increases the rate of release of compound X proportionally to its concentration.

However, such a method is conducted in TRIS buffer without any other plasma/serum activator/inhibitor. Therefore, the procedure does not reflect the physiological condition nor accurately simulates the mechanism of action of defibrotide in vivo.

Hitherto, therefore, no truly valid, precise and reproducible methods have been described and validated for determining the biological activity of defibrotide reflecting in an accurate way the mechanism of action of the product in a complex biological system (in vivo).

We have developed a simple and reliable method for determining the biological activity of defibrotide, which enables the samples obtained by extraction to be controlled and therefore enables medicinal preparations based on defibrotide to be standardized.

The method to which the present invention relates enables the specific biological activity of defibrotide to be determined in comparison with a reference standard with a high degree of precision and accuracy.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a plot showing the kinetics of release of pNA from the substrate S-2251, by means of mammalian

3

euglobulin fraction which is activated and non-activated with defibrotide (concentration 0-50 μg/ml, 0-100 min).

FIG. 2 is a plot illustrating the sigmoid that arises in relation to a standard and test sample of defibrotide.

FIG. 3 is a plot showing the "absorbance versus time" of the standard preparations (ex.: S1_Ca, S1_Cb, S1_Cc) to identify a suitable linear range (ex.: from 30 to 35 min).

DESCRIPTION OF THE INVENTION

The present invention therefore relates to a method for determining the specific biological activity of samples of defibrotide, which method comprises the steps of:

a) bringing into contact defibrotide, euglobulin and a substrate specific for the plasmin which, by reaction with the plasmin, provides a measurable product and

b) measuring the amount of product formed at successive times.

The method of the invention is an indirect in vitro method for determining the activity of defibrotide, which is based on the functional interactions between defibrotide and euglobulin.

Euglobulin is that fraction of serum globulin that is insoluble in distilled water but soluble in saline solutions.

Euglobulin contains fibrinogen, PAI-1, tissue plasminogen activator (tPA), plasminogen, and to a lesser extent alpha 2-antiplasmin and also factor VIII.

The present inventors have surprisingly found that defibrotide catalyzes the hydrolysis of plasminogen into plasmin. Consequently, when defibrotide is incubated with euglobulin and a substrate specific for plasmin, such as a peptide of formula A1-A2-A3-X as disclosed by Haemostasis, (1978), 7, 138-149, herein incorporated by reference, the rate at which the compound X is released into the incubation medium increases proportionally to the concentration of defibrotide itself.

In other terms, defibrotide catalyzes the hydrolysis of plasminogen contained in euglobulin into plasmin; which plasmin enzymatically reacts with the substrate specific for plasmin, preferably a cromogenic substrate, to provide a measurable product.

The method of the present invention thus further comprises the steps of: c) determining the rate of release of the measurable product during the course of the enzymatic reaction of both a standard sample and a test sample of defibrotide; d) correlating, mathematically and/or graphically, the rate of release with the corresponding defibrotide concentration to obtain the biological activity of the test sample of defibrotide.

The defibrotide sample used for the determination according to the present invention is generally prepared by extraction from organs in accordance with known procedures, such as described, for example, in U.S. Pat. No. 4,985,552 which has already been mentioned and which is also herein incorporated by reference.

A batch of normal industrially manufactured defibrotide was chosen as the reference sample (standard) and was used to prepare the calibration curves in accordance with the method of the present invention.

In general, the present method provides precise and accurate measurements of defibrotide even in the presence of contaminants, such as, for example, RNA, heparin, degraded defibrotide (defibrotide from which purin or pyrimidine has been removed) or ethanol, provided they are in concentrations, generally less than 10% by weight, such as not to impair the system.

4

In addition to permitting the determination of defibrotide, the method also allows the determination of other biologically equivalent substances derived from defibrotide, such as, for example, deaminated defibrotide or, more simply, defibrotide denatured/degraded by combination of physicochemical conditions.

The present method is sufficiently sensitive to detect concentrations of defibrotide lower than or equal to 2.5 μg/ml (final concentration in the determination system) and, generally, expresses good correlation up to maximum concentration values higher than or equal to 1000 μg/ml.

The euglobulin used is generally any mammalian euglobulin fraction, such as, for example, bovine, porcine, rabbit 'or human euglobulin, with a preference for human and bovine euglobuline.

However, although euglobulin fraction is the enzymatic system of choice, the use of other equivalent enzymatic systems, such as, for example, diluted plasma and serum (up to 1:10 with buffers), artificially created or isolated combinations of plasminogen, tPA, uPA, PAI-1&2 alpha 2 antiplasmin and the like enzymatic systems which are chemically and biologically related and have similar functionality, falls within the scope of the present invention.

In the method of the present invention, the substrate for the plasmin may be understood as being any substrate specific for plasmin which, under the conditions of the method, frees a detectable hydrolysis product X.

Depending on the nature of the detectable group X, alternative systems of detection commonly known to the person skilled in the art can be adopted equally well. Spectrophotometric or fluirimetric detection systems are particularly advantageous, especially spectrophotometric systems.

The substrates generally used are ones that are specific for plasminoge-plasmin assay. It is preferable to use peptides of the formula $A_1$-$A_2$-$A_3$-X, in which $A_1$ and $A_2$ are amino acids that are predominantly non-polar, $A_3$ is lysine or arginine and X is the detectable group. Examples of those substrates are Val-Leu-Lys-pNa, Val-Phe-Lys-pNa or pyro-Glu-Phe-Lys-pNa in which the group X detectable by spectrophotometry is para-nitroaniline (pNA). Other suitable substrates, for example Val-Gly-Arg-2NA, contain 2-naphthylamine, which is measurable by fluirimetry. A particularly preferred substrate is the compound H-D-Valyl-L-Leucyl-L-Lysine-p-nitroaniline (H-D-Val-Leu-Lys-pNA).

The specific substrates used for determining defibrotide activity in euglobulin fraction are generally commercially available.

The determination method of the present invention is carried out by placing defibrotide sample in euglobulin solution, at a specific pH and molarity.

In particular, euglobulin fractions obtained from mammalian plasma are reconstituted dissolving and diluting the euglobulin to the original volume of the generating plasma with saline buffer (ex.: the quantity of euglobulin fraction obtained from 10 mL plasma are dissolved and reconstituted to 10 mL with saline buffer at pH between 7 and 8).

However, as regards of the substrate concentrations of from 0.3 to 4 mM, preferably from 2.5 to 3.5 mM and advantageously of 3 mM, are generally used in the case of a chromogenic substrate, while concentrations of from 0.05 to 0.15 mM are used in the case of a fluorogenic substrate.

The determination method of the invention, like other enzymatic methods, is sensitive to the pH of the medium.

In fact, it cannot generally be applied at extreme pH values where the enzymatic system would be inactivated.

5

It is also preferable for the pH of the medium not to undergo variation at any time during the period when measurements are being taken, and therefore euglobuline fraction is reconstituted with buffer systems selected from those normally used for biological tests. Suitable buffer systems may be, for example, phosphate buffer, citrate buffer or tris(hydroxymethyl)aminomethane hydrochloride and sodium chloride (TRIS-NaCl) buffer. The reconstitution of the euglobuline fraction is preferably carried out with TRIS-NaCl.

In the present method it is usually preferred to maintain the pH of the medium in a range of approximately from 7 to 8, more preferably at approximately 7.4-7.6.

In addition, it is preferred to maintain the concentration of the buffer system in a range of from 10 to 200 mM, preferably at approximately 50 mM. More specifically for the TRIS-NaCl the concentrations should be 50 mM for TRIS and 150 mM for sodium chloride.

The method of the invention for determining defibrotide biological activity, defibrotide sample solutions is diluted directly into euglobulin fraction, then the chromogenic or fluorogenic substrate is added. In particular, in order to enable the measurements it is preferable to preliminary dilute/dissolve defibrotide in TRIS-NaCl buffer in order to obtain a mother stock solution of both, sample and standard. From the mother stock solutions the sample and the standard are diluted, by serial dilution, into defined volume of euglobulin fraction till the analytical concentration range which is about 1 to 1000 µg/mL of defibrotide.

An important parameter in the present method of determination is the temperature. It is preferable for the same temperature to be maintained throughout the entire duration of the measurements and for all of the samples determined, both as regards the construction of the reference curves and during the measuring stage. To that end, it is preferable to use temperature controlled apparatus and also, where necessary, it is possible to proceed with several sets of measurements, changing the position of the samples appropriately in order to ensure that the system has maximum thermal homogeneity.

Generally, this method of determination is applied in a temperature range of, for example, from 25 to 40° C., preferably from 35 to 39° C., and even more preferably at 37° C.

According to the present invention, measurement of the concentration of compound X released in the medium by the action of defibrotide starts when all of the reagents have been added and continues for a predetermined time and at a predetermined frequency as a function of the chemical nature of X and of the detection system.

Similarly to other methods of biological determination, the method of the invention also provides for a calibration stage and a measuring stage which are preferably carried out in the same microplateplate in order to reduce as far as possible the incidence of experimental variability.

The calibration stage comprises the acquisition of the absorbance data relating to the samples at known increasing concentrations of defibrotide (standard), the statistical reprocessing of those data and the extrapolation of calibration curves, which express the correlation between the increase in the rate of the enzymatic reaction of the invention and the concentration of defibrotide present in the euglobulin fraction. In the measuring stage, owing to the correlation obtained in the calibration stage, it is possible to determine the unknown biological activities of samples of defibrotide on the basis of the absorbance values measured and processed under the same conditions.

In more detail, the experimental protocol generally provides for the preparation of several samples, both standard and unknown, at various known concentrations of defibrot-

6

ide. The defibrotide samples are prepared by progressive dilution of the mother solutions in accordance with a predetermined dilution factor.

In the present method, it is preferred to prepare at least 5 concentrations of the standard and 5 concentrations of the sample to be tested, preparing at least 4 replicates for each concentration of the standard and, similarly, for each concentration of the test sample, generally for successive 1:2 dilutions of mother solutions.

Both the standard and test-sample concentrations of defibrotide are generally from 0.1 to 1000 µg/ml.

The concentrations of the test sample are preferably of the same order of magnitude as the concentrations of the standard.

In accordance with the above illustration, the measurements for each concentration are preferably carried out on 1 microplates where the position of each sample, the standard and the test sample, respectively, at corresponding concentration is preferably alternated. According to this scheme for the arrangement of the samples, which is explained in more detail in the experimental part, for each concentration of both standard and test-sample defibrotide, at least 4 absorbance values are measured for each time.

The set of measurements described above are taken at predetermined times, that is to say, first of all at time to, that is to say, when all of the components have been added, before the enzymatic reaction of the invention has started, and subsequently at precise intervals and for a period of time sufficient to acquire the necessary data.

Preferably, the absorbance measurements are continued up to a maximum of 90 minutes, with readings taken every 1-10 minutes. More advantageously, the readings are taken every minute. The photometric absorbance readings are performed at a wavelength which depends on the nature of the detectable group X freed in the course of the enzymatic hydrolytic reaction. In the specific case in which X is p-NA, the absorbance is measured at 405 nm.

The absorbance readings of the standard and unknown defibrotide samples, known as raw data, generally originate directly from the same apparatus that provides for the reading operation; they are tabulated in such a manner that an absorbance value is expressed for each time and well.

The raw data are then processed, using, for example, the Spread Sheet—Microsoft Excel®. This first processing operation leads to the calculation of the average absorbance and of the associated standard deviation, at each time and for each set of readings, each set comprising at least 4 replicates for each concentration of both standard and test-sample defibrotide.

Further statistical processing of the data is carried out with commercially available software for biological assay determination as described by Finney D J, Statistical Method in Biological Assay, 2nd ed. Ch. Griffin, London and relevant Pharmacopoeias.

To be more precise, according to the present invention, defibrotide biological assay determination can be performed using parallel line model, slope ration model and four-parameter logistic curve models as defined, for example, by the relevant European Pharmacopoeia General text 5.3, Statistical Analysis.

As illustrated in FIG. 1, by placing the time on the abscissa and the absorbance on the ordinate, straight lines will be obtained whose slope "b" will be proportional to the rate of enzymatic reaction: by increasing the concentration of defibrotide, the rate of hydrolysis and, proportionally, the value of "b" will increase. Finally, the slope values, calculated as described above for each set of replicates of standard defibrotide and test-sample defibrotide, are correlated with the concentration of defibrotide to which they relate. Suit-

US 12,534,722 B2

7

able mathematical transformation of the abscissa (i.e. log of defibrotide concentration) can be used in lieu of the real value.

Graphically, that correlation gives rise to a sigmoid for the standard and a sigmoid for the test sample (FIG. 2); the central portions of the sigmoid have two straight lines which are generally parallel and the distance between which is a function of the difference in biological activity between the test sample and the standard. This interval is used for potency determination using the parallel line model as described by Finney D J, Statistical Method in Biological Assay, 2nd ed. Ch. Griffin, London.

For a more specific determination, the four-parameter logistic curve models is used and in this case the entire sigmoid curve of both, sample and standard, is used for the calculation of the relative biological potency of the sample.

In a preferred embodiment of the present invention, the standard solutions and the solutions of the samples of defibrotide to be determined are introduced into the respective wells of the microplate. The euglobulin fraction are prepared at the moment of use and it is the dilution media of defibrotide stock solution. Finally, the solution containing the chromogenic substrate is added. The microplate is then placed in the thermostated reader and, after rapid agitation, readings of the system's absorbance are taken at predetermined intervals and for the predetermined period of time. The raw data obtained are then processed, thus determining the unknown activities of the defibrotide samples.

As it shall be appreciated from the following examples, the method according to the present invention allows to obtain liquid defibrotide formulations, preferably water solutions, having a defined biological activity and, in particular, having an activity of 25 to 35 IU/mg of defibrotide, preferably from 27.5 to 32.5 IU/mg and, more preferably, from 28 to 32 IU/mg.

Liquid defibrotide formulations are preferably marketed in form of containers, more preferably vials, containing 200 mg of defibrotide in 2.5 ml of buffered water solution (preferably at a pH from 6.5 to 8.5, more preferably from 7 to 8), to be diluted before use; consequently, when the biological activity is assessed with the method of the present invention, each container presents a defibrotide activity of 5000 to 7000 IU, preferably 5500 to 6500 IU, more preferably 5600 to 6400.

Those and other aspects of the invention will be better illustrated in the following examples which are not, however, to be regarded as limiting the invention.

### EXAMPLES

The following materials were used in the examples given here:

### Apparatus

| | |
|---|---|
| Main features: | Microplate reader for UV-Vis absorbance determination equipped with thermostatic chamber and absorbance filter at 405 nm. |
| Detection | Kinetic Absorbance determination at 405 nm |
| Plate Type | 96-well clear for UV-Vis Determination |
| Chamber Temperature | 37° C.    Total Absorbance    45-60 min recording time |
| Absorbance recording frequency | About 1 × min |

### Programs & Software

Microsoft Excel® (Microsoft Corporation, Redmond, Wash., USA)

8

### Substances

Defibrotide (Gentium)
Chromogenic substrate S-2251 (Chromogenix Instrumentation Laboratory S.p.A., Milan, Italy)
Tris(hydroxymethyl)aminomethane (TRIS)-NaCl, (Sigma-Aldrich, Milan, Italy)
1N HCl (Carlo Erba reagenti, Milan, Italy)
1N NaOH (Carlo Erba reagenti, Milan, Italy)
Bovine Plasma (Tebu Bio Italia, Magenta (MI), Italy)
Glacial Acetic Acid (Carlo Erba reagenti, Milan, Italy)

### Solutions

TRIS-NaCl (1 L Preparation): Into a 1 L beaker quantitatively transfer 6.06 g of TRIS-HCl and 2.2 g of NaCl. Dissolve in 500 mL of purified water and adjust the pH to 7.4 with about 40 mL of HCl 1N. Quantitatively transfer the solution into a volumetric flask of 1 L and dilute the solution to volume with purified water. Store the solution into refrigerator (2-8° C.)

Chromogenic Substrate S2251 (CAS 63589-93-5) 3 mM (15.2 mL Preparation): Dissolve about 25 mg of chromogenic substrate with 15.2 mL of purified water. Store the solution into refrigerator (2-8° C.)

Bovine euglobulins (10 mL Preparation). In a container with a minimum capacity of 300 mL introduce 240 mL of ice-cooled purified water and under stirring add 10 mL bovine plasma. Adjust the pH to 5.3±0.1 with acetic acid 1%. Allow to settle at 2-8° C. for 1 to 16 hours. Remove the clear supernatant solution by siphoning and collect the precipitate by centrifugation at 2.800 rpm for 5 minutes and 4° C. Suspend the precipitate dispersing mechanically (e.g.: by means of a laboratory glass rod) in 5 mL of ice-cooled purified water, shake for about 5 min and collect the precipitate by centrifugation at 2.800 rpm for 5 minutes and 4° C. Disperse the precipitate mechanically into about 10 mL of TRIS-NaCl; to facilitate the dissolution of the precipitate crush the particles of the precipitate with a suitable instrument (es.: laboratory glass rod). Store the obtained suspension at 2-8° C. for not less than 1 hour and not more than 6 hours before its use.

Standard and Sample Defibrotide Solutions
Reference Stock Solution

Into 20 mL volumetric flask quantitatively transfer about 100 mg of defibrotide reference standard accurately weighed. Dissolve the powder with about 10 mL TRIS-NaCl and bring the volume with the same solvent. Dilute 1:4 the obtained solution with TRIS-NaCl in order to obtain a defibrotide RS solution of about 1.25 mg/mL.

Sample Stock Solution

Into 20 mL volumetric flask quantitatively transfer about 100 mg of defibrotide sample accurately weighed. Dissolve the powder with about 10 mL TRIS-NaCl and bring the volume with the same solvent. Dilute 1:4 the obtained solution with TRIS-NaCl in order to obtain a defibrotide sample solution of about 1.25 mg/mL.

Reference and Sample Solutions Preparation

a) Defibrotide 125 µg/mL: dilute 1:10 defibrotide stock solution (Reference and Sample) with TRIS NaCl (corresponding to 50 µg/mL into the plate well). Into an eppendorf tube quantitatively transfer 500 µL of the prepared solution and mix with 500 µL of euglobulin. Close the tube and store in ice-cooled water.

b) Defibrotide 62.5 µg/mL: dilute 1:2 solution a) with TRIS NaCl (corresponding to 25 µg/mL into the plate well), Into an eppendorf tube quantitatively transfer

US 12,534,722 B2

9 10

500 µL of the prepared solution and mix with 500 µL of euglobulin. Close the tube and store in ice-cooled water.

c) Defibrotide 31.25 µg/mL: dilute 1:2 solution (b) with TRIS NaCl (corresponding to 12.5 µg/mL into the plate well). Into an eppendorf tube quantitatively transfer 500 µL of the prepared solution and mix with 500 µL of euglobulin. Close the tube and store in ice-cooled water.

d) Defibrotide 12.5 µg/mL: dilute 1:2.5 solution (d) with TRIS NaCl (corresponding to 5 µg/mL into the plate well). Into an eppendorf tube quantitatively transfer 500 µL of the prepared solution and mix with 500 µL of euglobulin. Close the tube and store in ice-cooled water.

Calculate for each preparation of the standard and of the sample the response of the assay (Slope) in the pre-defined time range as follow.

$$\text{Sample \& Standard Response} = \frac{A_b - A_a}{T_b - T_a} \times 1000$$

Where:
Aa is the Absorbance values at Time Ta (30 min from the plot above)
Ab is the Absorbance value at Time Tb (35 min from the plot above)
Report the obtained value in a tabular format as reported in table 2.

TABLE 2

| Concentration Level | Standard Preparation | | | | Sample Preparation | | | |
|---|---|---|---|---|---|---|---|---|
| [ug/mL] | S1 | S2 | S3 | S4 | U1 | U2 | U3 | U4 |
| 5 | S1_Cd | S2_Cd | S3_Cd | S4_Cd | U1_Cd | U2_Cd | U3_Cd | U4_Cd |
| 12.5 | S1_Cc | S2_Cc | S3_Cc | S4_Cc | U1_Cc | U2_Cc | U3_Cc | U4_Cc |
| 25 | S1_Cb | S2_Cb | S3_Cb | S4_Cb | U1_Cb | U2_Cb | U3_Cb | U4_Cb |
| 50 | S1_Ca | S2_Ca | S3_Ca | S4_Ca | U1_Ca | U2_Ca | U3_Ca | U4_Ca |

Blank Solution

Mix 1 volume of euglobulins with 1 volume of TRIS NaCl solution (ex.: 500 µL+500 µL)

Plate Deposition

According to the proposed deposition scheme (see Table 1 below) add in each well of the plate 200 µL of standard or sample or blank solution. Note different deposition scheme can be used according to the availability and configuration of automatic pipettes. However not less than 4 depositions for each reference and sample solution must be used for the assay.

Immediately before incubation of the plate into the microplate reader add in each well 50 uL of Chromogenic substrate.

Plot the responses for the substance to be examined and for the standard against the logarithms of the concentration and calculate the activity of the substance to be examined using the parallel line model as defined by the relevant 5.3.2 chapter of the Ph. Eur Current edition.

Not less than 3 consecutive serial dilutions of the reference and of the sample should be used (e.g., defibrotide concentration 5 µg/mL, 12.5 µg/mL, 25 µg/mL, 50 µg/mL, or 5 µg/mL, 12.5 µg/mL, 25 µg/mL, or 12.5 µg/mL, 25 µg/mL, 50 µg/mL).

Analysis of the Variance

The analysis of the variance is performed according to the section 5.3.2.3 of the Ph. Eur. current edition and Finney D J (1964) Statistical Method in Biological Assay 2nd ed.

Test for Validity

TABLE 1

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | — | BLK | S1_Ca | S1_Cb | S1_Cc | S1_Cd | — | — | — | — | — | — |
| B | — | BLK | S2_Ca | S2_Cb | S2_Cc | S2_Cd | — | — | — | — | — | — |
| C | — | BLK | S3_Ca | S3_Cb | S3_Cc | S3_Cd | — | — | — | — | — | — |
| D | — | BLK | S4_Ca | S4_Cb | S4_Cc | S4_Cd | — | — | — | — | — | — |
| E | — | BLK | U1_Ca | U1_Cb | U1_Cc | U1_Cd | — | — | — | — | — | — |
| F | — | BLK | U2_Ca | U2_Cb | U2_Cc | U2_Cd | — | — | — | — | — | — |
| G | — | BLK | U3_Ca | U3_Cb | U3_Cc | U3_Cd | — | — | — | — | — | — |
| H | — | BLK | U4_Ca | U4_Cb | U4_Cc | U4_Cd | — | — | — | — | — | — |

S1, S2, S3, S4: Reference Solution deposition 1, deposition 2, deposition 3, deposition 4, U1, U2, U5: Sample solution deposition 1, deposition 2 deposition 3, deposition 4, Ca, Cb, Cc etc.: Defibrotide reference and sample concentration a, b, c etc.

BLK Blank Solution

Calculation and Results

From the kinetic plot "absorbance versus time" of the standard preparations (ex.: S1_Ca, S1_Cb, S1_Cc) identify a suitable linear range (ex.: from 30 to 35 min, see FIG. 3).

Identification of the linear kinetic range (A@405 nm vs time).

1) The linear regression terms is significant, i.e. the calculated probability is less than 0.05. If this criterion is not met, it is not possible to calculate 95% C.I.
2) The Term of non-parallelism is not significant, i.e. the calculated probability is less than 0.05.
3) The term for non linearity is not significant, i.e. the calculated probability is less than 0.05.

Acceptance Criteria

4) The estimated potency is not less than 90% and not more than 111% of the stated potency.
5) The confidence limits (P=0.95) of the estimated potency are not less than 80% and not more than 125% of the stated potency

Calculation

$$\text{Sample Potency } (UI/mg) = \frac{R \times Std \text{ Potency } (UL/mg) \times Conc.Std \text{ (mg/mL)}}{Conc.\text{Sample (mg/mL)}}$$

where:

R: Result of sample obtained by the parallel line model analysis

Std Potency: Stated potency of the Standard (UI/mg on dry substance)

Conc. Std: Concentration of the Standard (mg/mL on dry substance)

Conc. Sample: Concentration of the Sample (mg/mL on dry substance)

Assay Applied to Defibrotide Formulations

The above-disclosed assay has been used to determine the biological activity of liquid formulations containing 200 mg of defibrotide in 2.5 ml (80 mg per ml) and having the quali-quantitative composition reported in table 3.

TABLE 3

| Component | Reference to Standard Quality | Function | 200 mg Injection | Concentration per mL |
|---|---|---|---|---|
| Defibrotide | In-house standard | Drug Substance | 200.00 mg | 80.00 mg |
| Sodium Citrate, Dihydrate | USP-EP | Buffer | 25.00 mg | 10.00 mg |
| Water-for-injection | USP-EP | Solvent/ vehicle | q.s. to 2.5 mL | 1.00 mL |
| Sodium hydroxide 1M or hydrochloric acid 1M | NF-EP | pH adjustment | q.s. to 6.8-7.8 | — |
| Nitrogen | NF-EP | Inert gas to displace the air | q.s. | — |

The results are reported in table 4.

TABLE 4

| Batch | Potency IU/mg | Potency IU/container of 200 mg |
|---|---|---|
| 688 | 31 | 6200 |
| 738 | 34 | 6800 |
| 785 | 32 | 6400 |
| 836 | 30 | 6000 |
| 0406 | 31 | 6200 |
| DS0617 | 35 | 7000 |
| DV0502* | * | Not available |
| DV0601 | 35 | 7000 |
| 1070010073 | 32 | 6400 |
| 1080010016 | 32 | 6400 |
| 1080020018 | 31 | 6200 |
| 1080030021 | 31 | 6200 |
| 1080040110 | 32 | 6400 |
| 1080050114 | 35 | 7000 |

TABLE 4-continued

| Batch | Potency IU/mg | Potency IU/container of 200 mg |
|---|---|---|
| 1080060117 | 34 | 6800 |
| Mean | 33 | |
| Min | 30 | |
| Max | 35 | |
| RSD (%) | 5, 4 | |

*Used as Reference Standard

The invention claimed is:

1. A defibrotide formulation comprising defibrotide, sodium citrate, and water for injection, having a potency of 25 to 35 IU/mg, and a concentration of at least 80 mg/mL, wherein the defibrotide potency is determined by a method comprising the steps of:

a) bringing into contact defibrotide, a biological composition comprising plasminogen, and a substrate specific for plasmin which, by reaction with plasmin, provides a measurable product; and

b) measuring the amount of product formed at successive times, to thereby determine the potency of the defibrotide.

2. The defibrotide formulation of claim 1, wherein the formulation has a potency of 27.5 to 32.5 U/mg.

3. The defibrotide formulation of claim 2, wherein the formulation has a potency of 28 to 32 IU/mg.

4. The defibrotide formulation of claim 1, wherein the formulation is a water solution.

5. The defibrotide formulation of claim 4, wherein the formulation has a pH of from 6.5 to 8.5.

6. The defibrotide formulation of claim 5, wherein the formulation has a pH of from 7 to 8.

7. The defibrotide formulation of claim 5, wherein the formulation additionally comprises a pH adjusting agent.

8. The defibrotide formulation of claim 7, wherein the pH adjusting agent is an acid and/or a base.

9. The defibrotide formulation of claim 7, wherein the pH adjusting agent is hydrochloric acid, sodium hydroxide, or a combination thereof.

10. The defibrotide formulation of claim 1, wherein the biological composition comprising plasminogen is bovine euglobulin.

11. The defibrotide formulation of claim 10, wherein the substrate specific for plasmin is H-D-Valyl-L-Leucyl-L-Lysine-p-nitroaniline.

12. The defibrotide formulation of claim 1, wherein the biological composition comprising plasminogen is human euglobulin.

13. The defibrotide formulation of claim 12, wherein the substrate specific for plasmin is H-D-Valyl-L-Leucyl-L-Lysine-p-nitroaniline.

14. The defibrotide formulation of claim 1, wherein the biological composition comprising plasminogen is rabbit euglobulin.

15. The defibrotide formulation of claim 14, wherein the substrate specific for plasmin is H-D-Valyl-L-Leucyl-L-Lysine-p-nitroaniline.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 12,534,722 B2          Page 1 of 1
APPLICATION NO.  : 19/173652
DATED      : January 27, 2026
INVENTOR(S)   : Terenzio Ignoni et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

  In the Claims

  At Claim 2, Column 12, Line 25, please delete "32.5 U/mg." and replace with --32.5 IU/mg.--

Signed and Sealed this
Third Day of March, 2026

John A. Squires
*Director of the United States Patent and Trademark Office*